E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**3.5.3** Issue a license for events directly sponsored by the National AAU or National Sports Committee. (The National Sport Committee shall consult with the District Sport Director and Governor prior to seeking an event license.)

**3.5.4** Review and approve any licenses rejected by the District.

**3.5.5** Revoke an approved license for good cause.

**3.6** Event licenses issued to one organization cannot be transferred to another organization.

**3.7** No event license will be issued for any event where the word "Olympic" or any derivative thereof is used in any advertisements or notice in connection with the event except upon the specific written approval of the Board of Directors.

## BYLAW 4. MEMBERSHIP.

**4.1 Individual Membership.**  Membership is required of all persons who participate in the AAU in the following capacities:

    **4.1.1.** Athletes
    **4.1.2.** Coaches
    **4.1.3.** Club Contacts
    **4.1.4.** District Officers
    **4.1.5.** District Committee Chairs, Sport Directors and Committee Members, Members of the District Board of Managers (Club Contact or Club Replacement Representative)
    **4.1.6.** National Committee Chairs and Committee Members
    **4.1.7.** Event Operators and event management listed on any event information
    **4.1.8.** Members of the Board of Directors
    **4.1.9.** Members of Congress
    **4.1.10** National Officers

**4.2 Club and Individual Membership Applications.**  Applications for club and individual membership must be completed and submitted with the yearly membership fee. All club and individual memberships expire on August 31st of the membership year.  All membership applications must be processed on-line or through the AAU National Office. [Rev. 10/07]

    **4.2.1 Review and Approval.**  Clubs and individual memberships are effective immediately upon receipt of the application and fees by the AAU, subject to the right of the Registrar to review the application. Within thirty (30) days of the receipt of the application, the Registrar may reject an application for good cause. Applications are automatically approved if not rejected within thirty (30) days. The decision of the Registrar to reject an application is subject to the appeal process established by Article III of the Constitution.

## 4.3 Membership and Residency.

    **4.3.1** Adult members will not be bound by residence requirements.

    **4.3.2** Youth members must register in the District of their bona fide residency, except as follows:

EXHIBIT F      **EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**4.3.2.1** A youth member who resides in the county of one District that adjoins a county of another District and who attends a school located in the adjoining county will have the option of registering in either District.

**4.3.2.2** A youth member subject to a written joint legal custody arrangement whose custodians reside in different Districts shall have the option of registering in either District.

**4.3.2.3** A bona fide student at an educational institution may be considered a resident of the District in which the institution is located.

**4.3.3** Persons living outside the U.S. may register on-line or through the AAU National Office. The respective National Sports Committee rules shall govern the participation of non-U.S. residents in AAU competitions.

## BYLAW 5. DUES, FEES, REPORTS AND REMITTANCES

### 5.1 Dues and Fees.

**5.1.2** **District Membership Fees.** Congress establishes District membership fees which shall be paid according o National Policy III.

**5.1.3** **Clubs Membership Fees.** Club membership fees shall be established by Congress. Districts shall not establish additional club fees or club requirements.

**5.1.4** **Individual Membership Fees.** Individual membership fees shall be established by Congress. Fees shall not exceed those established by the Congress.

**5.1.4.1 Youth Program Membership.** A youth membership (athlete or non-athlete) allows participation in all AAU youth sports.

**5.1.4.2 Adult Program Membership.** An adult athlete member must register and pay the appropriate fee in each sport in which the member participates.

### 5.1.5 Event License Fees.

**5.1.5.1** The AAU will collect (in advance) the fee established by the Congress for the granting of an event license for the conduct of a competition, exhibition or demonstration. Districts shall not establish additional fees.

**5.2** **District Reports.** The District shall make reports to the AAU as required by this Bylaw. The Governor and Secretary of the District are responsible for filing the reports. A District which fails to submit the required reports shall not be chartered. National staff shall report failures to the National Board of Review.

**5.2.1.** **Notice.** The District Secretary must forward to the National_Office, in care of the Membership Services Department, a copy of the District Board of Managers Meeting notice, at the time it is sent to the member clubs.

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**5.2.2** **Minutes.** The District Secretary must, within thirty (30) days after each meeting of the District, mail to the National Headquarters of the AAU a copy of the minutes of the meeting with an attached list of attendees.

**5.2.3** Request and Consent Form. Annually submit to the National AAU Office any IRS compliance forms requested.

**5.2.4** All elected Officers of the District shall annually sign and file the Location of District Assets report with the District Office and forward a copy to the National Office.

**5.2.5** The Districts shall report annually their listing of Officers, Sports Directors and appointments to the National Legislation and Registration Committee.

## BYLAW 6. ELIGIBILITY

**6.1** A youth member may elect to participate in his or her District of bona fide residence or a District that geographically adjoins that District. Exception: In team events the National Sports Committee shall determine the number of youth members permitted to participate on a team from ~~in~~ an adjoining District.

**6.2** **Club Attachment.** A youth member becomes attached to a club member when he/she competes with that club in any AAU authorized event (practice not included). A youth member may be attached to only one club with the following exceptions:

**6.2.1** An athlete may attach to additional clubs (one in each sport) if he/she participates in additional sports.

**6.2.2** Participation in an AAU authorized league does not create club attachment.

**6.3** **Transfers.** Athletes who transfer under this section are subject to National Championship eligibility restrictions as adopted by National Sport Committees. After a youth member becomes attached to a club, he/she may only transfer to another club in the same sport as follows:

**6.3.1** If the youth member has not competed in any AAU authorized events in that Sport for a period of sixty (60) days.

**6.3.2** If the representative of the club to which an athlete is attached signs a release form permitting an immediate transfer. (Athletes who transfer under this section are subject to National Championship eligibility restrictions as adopted by National Sport Committees.) [Added 10/07]

**6.3.3** When the transfer is for the purpose of competing with a team which has qualified for a National Championship as provided by National Sport Committee rules.

**6.3.4** If the Registrar determines there is good cause to believe that the transfer is due to events outside the control of the athlete or that the transfer serves the best interest of the AAU.

EXHIBIT F

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## BYLAW 7. COMPETITION.

**7.1 District Championships.** Districts may conduct Championships in any AAU approved sport. National Sport Committee rules determine whether District Championships qualify athletes/teams to National Championships.

**7.2** Districts located within the same state may, by mutual consent, conduct an AAU Championship in any of the sports open to competitors from all such Districts.

**7.3 Special Competition.** In the event no competition is planned in a District, competition in a sport may be initiated by the National Sports Committee.

**7.4 Acceptance of Entry.** The person or committee designated to direct an authorized competition may accept or reject entries in accordance with National Sport Committee rules and AAU Code.

**7.5 National Championship.** Each National Sport Committee shall establish the criteria for the placement of national championship events.

    **7.5.1 Award.** The Championships of the AAU shall be placed by the appropriate National Sport Committee. A National Sport Committee has the right to accept or reject any bid for national events.

    **7.5.2. Championship Contracts.** National Sport Committees shall execute a Championship contract for all National Championship events. The contract shall include legal and financial rights, privileges, and responsibilities of all parties, and shall not be binding until approved and signed by the AAU, the Host Organization and the Chair of the National Sport Committee.

**7.8 Competitions Outside of the U.S.** Any competitions outside the U.S., if any, shall be subject to insurance coverage limitations.

## BYLAW 8. DISTRICTS AND CHARTERING.

**8.1 District Membership.** Districts are chartered by Congress. Districts must complete a charter application and forward it with the yearly membership fee as defined by the Business Practices. Congress will not grant charters to District members unless the District has:

    **8.1.1** A minimum of ten (10) club members;

    **8.1.2** A minimum of 2,000 members;

    **8.1.3** Filed all required District reports;

    **8.1.4** Paid all fees due to the AAU.

**8.2** District territories are established by Congress.

**8.3 Redistricting Territories.** Proposals to change territorial boundaries of Districts must be received by the National Secretary at least sixty (60) days prior to the date of the National Meeting.

    **8.3.1** The National Secretary shall give notice of the proposal to all Districts that will be affected by the proposal and shall forward the proposal to the Chair of the Legislation Committee.

**8.4 Inter-District Sport Management Agreements.** Adjoining Districts may enter agreements which permit one District to operate and manage sports within the territory of the other District. The agreement must be in writing and must be approved by the Board of Managers of both Districts, the appropriate National Sport Committee and Board of Directors. A copy of the agreement shall be filed by the AAU Compliance Department.

**8.5 Names and Territories.** The names and territories of the AAU Districts are as follows:

    **8.5.1 ADIRONDACK** (Organized January 31, 1920) – That portion of New York State east and north of Broome, Cortland, Dutchess, Onondaga, Orange, Oswego and Sullivan Counties.

    **8.5.2 ALASKA** (Organized December 3, 1965) - State of Alaska

    **8.5.3 ARIZONA** (Organized March 10, 1956) – State of Arizona

    **8.5.4 ARKANSAS** (Organized February 16, 1936) – State of Arkansas and Bowle County, Texas

    **8.5.5 CENTRAL** (Organized 1890) – State of Illinois except Calhoun, Greene, Jersey, Madison, Monroe and St. Clair counties, however all Judo events in these counties shall be controlled by the Central District.

    **8.5.6 CENTRAL CALIFORNIA** (Organized 1952) – Counties of Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Mono, Tulare in the State of California (Territory re-aligned December 1963)

    **8.5.7 COLORADO** (Organized November 1906) State of Colorado (Territory re-aligned December 1963, 1965, 1968. Re-named October 2004.)

    **8.5.8 CONNECTICUT** (Organized September 17, 1929) – State of Connecticut

    **8.5.9 FLORIDA** (Organized January 1925) – State of Florida except Broward, Dade, that part of Hendry County west of Route 833, Monroe, and Palm Beach counties. (Territory re-aligned December 1958, 1959, 1963, 1972, and 1999)

    **8.5.10 FLORIDA GOLD COAST** (Organized December 30, 1959) – Counties of Broward, Dade, that part of Hendry County east of Route 833, Monroe and Palm Beach in the State of Florida. (Name changed from South Florida Association at 1960 Convention) (Territory re-aligned December 1963)

EXHIBIT F

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**8.5.11 GEORGIA** (Organized January 6, 1951) – State of Georgia.

**8.5.12 GULF** (Organized March 6, 1931) – That part of the State of Texas bounded on the North and including the counties of Angelina, Houston, Leon, Nacogdoches, Robertson and Shelby; on the East by the State of Louisiana; on the South by the Gulf of Mexico and on the West by and including the counties of Austin, Brazos, Colorado, Fort Bend, Grimes, Matagorda, Robertson, Waller, Washington and Wharton. (Territory re-aligned September 1992)

**8.5.13 HAWAIIAN** (Organized November 1910) – State of Hawaii

**8.5.14 INDIANA** (Organized August 22, 1919) – State of Indiana except Clark, Dearborn and Floyd Counties.

**8.5.15 INLAND EMPIRE** (Organized April 25, 1937) – State of Washington, counties of Adams, Asotin, Benton, Chelan, Columbia, Douglas, Ferry, Franklin, Garfield, Grant, Kittitas, Klickitat, Lincoln, Okanogan, Spokane, Stevens, Walla Walla, Whitman and Yakima. State of Idaho. State of Nevada, counties of Elko, Eureka, and White Pine. (Territory re-aligned September 1987 and October 2002 to include the territory of the Snake River Association which was originally organized December 2, 1978.)

**8.5.16 IOWA** (Organized January 15, 1939) – State of Iowa.

**8.5.17 KENTUCKY** (Organized February 27, 1939) – The Commonwealth of Kentucky and Clark and Floyd counties in Indiana. (Territory re-aligned September 1987, October 2003)

**8.5.18 LAKE ERIE** (Organized January 5, 1931 as Northeastern Ohio Association. Name changed at the 1956 Convention) The counties of Ashland, Ashtabula, Belmont, Columbiana, Crawford, Cuyahoga, Erie, Geauga, Huron, Jefferson, Lake, Lorain, Mahoning, Medina, Portage, Richland, Seneca, Stark, Summit, Trumball, Tuscarawus and Wayne. (Territory re-aligned December 1960 and September 1991)

**8.5.19 MARYLAND** (Organized 1981) – State of Maryland except the counties of Montgomery and Prince Georges. (Territory re-aligned December 1968)

**8.5.20 MICHIGAN** (Organized November 1923) – State of Michigan (Territory re-aligned December 1962 and October 1971)

**8.5.21 MIDDLE ATLANTIC** (Organized 1906) – State of New Jersey south of Mercer and Monmouth counties; the State of Delaware; and the Commonwealth of Pennsylvania east of and including Bedford, Centre, Clinton and Potter counties. (Territory re-aligned December 1962)

**8.5.22 MINNESOTA** (Organized April 25, 1932) – State of Minnesota. (Re-aligned September 1989).

**8.5.23 MISSOURI VALLEY** (Organized February 14, 1931) – State of Kansas and that portion of the western part of the State of Missouri including and bounded by Adair,

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Audrain, Benton, Callaway, Christian, Cole, Greene, Hickory, Macon, Montineau, Morgan, Polk, Randolph, Schuyler and Taney (Territory re-aligned December 1962)

**8.5.24 MONTANA** (Organized February 15, 1936) – State of Montana

**8.5.25 NEBRASKA** (Organized June 26, 1922 as the Midwestern Association) – State of Nebraska (Territory re-aligned September 1986)

**8.5.26 NEW ENGLAND** (Organized 1890) – States of New Hampshire, Maine, Rhode Island and Vermont; and the Commonwealth of Massachusetts. (Territory re-aligned September 1987 to incorporate the Maine Association which was originally organized December 9, 1934)

**8.5.27 NEW JERSEY** (Organized April 21, 1930) – State of New Jersey north of and including Hudson, Mercer and Monmouth counties.

**8.5.28 NEW MEXICO** (Organized May 29, 1947) – State of New Mexico and the counties of Brewster, Culbertson, Crockett, El Paso, Hudspeth, Jeff Davis, Presidio and Terrell in the State of Texas. (Territory re-aligned September 1983)

**8.5.29 NEW YORK METROPOLITAN** (Organized 1890) – State of New York south of and including Dutchess, Orange, Sullivan and Ulster counties. (Re-named October 2004.)

**8.5.30 NIAGARA** (Organized September 27, 1919) - State of New York west of and including Broome, Cortland, Onondaga and Oswego counties.

**8.5.31 NORTH CAROLINA** (Organized December 5, 1965) - State of North Carolina

**8.5.32 NORTH DAKOTA** (Organized December 1, 1962) – State of North Dakota

**8.5.33 OHIO** (Organized May 1, 1923) - State of Ohio except the counties of Ashland, Ashtabula, Belmont, Crawford, Cuyahoga, Erie, Geauga, Huron, Jefferson, Tuscarawus, and Wayne; and the Dearborn County in the State of Indiana. (Territory re-aligned December 1959, 1960, 1962, 1963, October 1971, and October 2003)

**8.5.34 OKLAHOMA** (Organized February 23, 1936) – State of Oklahoma

**8.5.35 OREGON** (Organized September 23, 1935) – State of Oregon and Clark Cowlitz and Skamania counties in the State of Washington (Territory re-aligned September 1987)

**8.5.36 OZARK** (Organized 1935) - State of Missouri east of and including the counties of Camden, Dallas, Douglas, Knox, Miller, Monroe, Montgomery, Osage, Ozark, Pike, Scotland, Shelby, and Webster (including the city of St. Louis). Counties of Calhoun, Greene, Jersey, Madison, Monroe and St. Clair in the State of Illinois with the reservation that all judo therein be controlled by the Central Association. (Territory re-aligned December 1962)

**8.5.37 PACIFIC** (Organized 1890) State of California north of but not including the counties of Fresno, Madera, Mariposa, Merced, Mono and San Luis Obispo and the counties of Churchill, Douglas, Humboldt, Lander, Lyon, Mineral, Ormsby, Pershing, Storey and

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Washoe in the State of Nevada. (Territory re-aligned December 1961 and December 1962 and 1963)

**8.5.38** **PACIFIC NORTHWEST** (Organized June 1905) – State of Washington, west of but not including the counties of Chelan, Kittitas, Okanogan and Yakima; and north of but not including Cowlitz, Klickitat, and Skamania.

**8.5.39** **PACIFIC SOUTHWEST** (Organized December 10, 1949 as Pacific Border Association. Name changed in 1956) – Imperial and San Diego counties in the State of California.

**8.5.40** **POTOMAC VALLEY** (Organized October 15, 1929 as the District of Columbia Association. Territory re-named December 1972) – All territory within the District of Columbia, counties of Montgomery and Prince Georges in the State of Maryland, and the counties of Arlington and Fairfax and cities of Alexandria and Falls Church in the Commonwealth of Virginia.

**8.5.41** **PUERTO RICO** (Organized September 8, 1984) – Puerto Rico and U.S. Virgin Islands.

**8.5.42** **SOUTH CAROLINA** (Organized December 5, 1965) – State of South Carolina

**8.5.43** **SOUTH DAKOTA** (Organized December 4, 1965) – State of South Dakota

**8.5.44** **SOUTH TEXAS** (Organized November 12, 1945) – State of Texas bounded on the East by and including the counties of Burleson, Fayette, Jackson, Lavaca, Lee, Milam; on the South by the Gulf of Mexico and the Republic of Mexico; on the West by and including the counties of Schleicher, Sutton and Val Verde; and on the North by and including the counties of Bell, Burnett, Coryell, Falls, Lampasas, Llano, Mason and Menard. (Territory re-aligned December 1961, 1963 and September 1992)

**8.5.45** **SOUTHEASTERN** (Organized August 13, 1951) – State of Alabama and the State of Tennessee. (Territory re-aligned December 1958, December 1982, September 1989, and September 1999)

**8.5.46** **SOUTHERN** (Organized 1892) – State of Louisiana and the State of Mississippi

**8.5.47** **SOUTHERN NEVADA** (Organized January 15, 1959) – Counties of Clark, Esmeralda, Lincoln, Nyle in the State of Nevada. (Territory re-aligned December 1961, 1962)

**8.5.48** **SOUTHERN PACIFIC** (Organized November 1909) – Including the counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara and Ventura in the State of California. (Territory re-aligned October 1973)

**8.5.49** **SOUTHWESTERN** (Organized May 8, 1936) – State of Texas bounded on the South but not including the counties of Angelina, Brown, Callahan, Coryell, Falls, Houston, Lampasas, Leon, Milam, Mills, Nacagdoches, Robertson and Shelby; on the East by the State of Louisiana and the State of Arkansas and Bowie County in Texas; on the North by the State of Oklahoma and Bowie County in Texas; and on the West by the

EX. A, PART 2

counties of, but not including Foard, Hardeman, Haskell, Jones and Knox. (Territory re-aligned September 1992)

**8.5.50** **UTAH** (Organized November 1910) – State of Utah (Territory re-aligned December 1978)

**8.5.51** **VIRGINIA** (Organized December 9, 1934) – Commonwealth of Virginia except the counties Arlington and Fairfax and the cities of Alexandria and Falls Church. (Territory re-aligned December 1968)

**8.5.52** **WESTERN** **PENNSYLVANIA** (Organized November 16, 1917 as the Allegheny Mountain Association) – Counties west of Bedford, Centre, Clinton, Huntingdon and Potter in the Commonwealth of Pennsylvania. (Territory re-aligned December 1959 and October 2003)

**8.5.53** **WEST** **TEXAS** (Organized 1952) – State of Texas bounded on the South and including the counties of Concho, Irion, McCulloch, Pecos, Reeves, Regan, San Saba, Tom Green And Upton; on the West by the State of New Mexico; on the North by the State of Oklahoma; and on the East by the State of Oklahoma and by and including the counties of Brown, Callahan, Foard, Hardeman, Haskell, Jones, Knox, Mills, and San Saba. (Territory re-aligned December 1961, October 1976)

**8.5.54** **WEST** **VIRGINIA** (Organized February 28, 1960) – The State of West Virginia (Territory re-aligned December 1963, October 1973 and October 2003)

**8.5.55** **WISCONSIN** (Organized June 6, 1935) – State of Wisconsin (Territory re-aligned December 1964 and September 1989)

**8.5.56** **WYOMING** (Organized December 9, 1968) – State of Wyoming

**8.6 Zone Alignment.** There shall be four (4) Zones of the AAU. The Districts which comprise the Zones of the AAU are:

    **8.6.1 Zone A.** Adirondack, Connecticut, Lake Erie, Maryland, Middle Atlantic, New England, New Jersey, New York Metropolitan, Niagara, Ohio Potomac Valley, Virginia, Western Pennsylvania.

    **8.6.2 Zone B.** Florida, Florida Gold Coast, Georgia, Gulf, Kentucky, North Carolina, Puerto Rico, South Carolina, South Texas, Southeastern, Southern, Southwestern, West Texas, West Virginia.

    **8.6.3 Zone C.** Arkansas, Central, Indiana, Iowa, Ozark, Oklahoma, Michigan, Minnesota, Missouri Valley, Montana, Nebraska, North Dakota, South Dakota, Wisconsin, Wyoming.

    **8.6.4 Zone D.** Alaska, Arizona, Central California, Colorado, Hawaiian, Inland Empire, New Mexico, Oregon, Pacific, Pacific Northwest, Pacific Southwest, Southern Pacific, Southern Nevada, Utah.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**8.7 Regional Alignment.** National Sport Committee rules may designate territory for Regional competition.

## Bylaw 9.  Meetings, Notices, Voting.

**9.1 Meetings of the AAU of the U.S. Inc.**  The AAU shall hold a Convention at least every two (2) years.  The business of the Convention shall include the Regular Meeting of Congress, the Regular Meeting of Sport Committees, Administrative Committees and any other matters pertinent to the AAU.

**9.1.1** Representation at the AAU Convention.

**9.1.1.1 District Representatives to Congress.**  The District must submit its list of members to Congress at least forty-five (45) days prior to the date Congress convenes.  If an elected member is unable to attend Congress, the Governor, or a person selected by the Board of Managers may assign, in writing, a replacement member.

**9.1.1.2 National Sport Committee Representatives to Congress.**  A National Sport Chair shall submit a list of Committee members to Congress at least forty-five (45) days prior to the date Congress convenes.  The Chair may replace the named members as necessary to fill any vacancies.

**9.1.1.3 District Representatives to National Sport Committees.**  If the District's elected or appointed Sport Director is unable to attend the meeting of the National Sport Committee, a District Officer, or a person selected by the Board of Managers, may assign, in writing, a replacement representative who shall be entitled to all rights and privileges due the District representative at that meeting.

**9.2 District Representation to Congress.**  The District's representation in Congress is based on the number of individual members reported to the National Office by the deadline established by the Board of Directors.  The formula used to calculate representation is as follows:

| No. of Individual Members | Représentatives to Congress |
|---|---|
| 1st 2,000 | 3 |

One (1) additional representative for each additional one thousand (1,000) individual members. (If the total number of individual members shall number more than five hundred (500) it shall count as an additional one thousand (1,000) for calculating additional members of Congress.) A District shall have a maximum of 20 representatives under this section.

**9.3 National Sport Committee Representation to Congress.**  The Sport Committee's representation in Congress is based on the number of individual members reported to the National Office by the deadline established by the Board of Directors. The formula used to calculate representation is as follows:

EXHIBIT F

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

| No. of Individual Members | Representatives to Congress |
|---|---|
| 150 to 500 | 1 |
| 501 to 1,000 | 2 |
| 1,001 to 5,000 | 4 |
| 5,001 to 10,000 | 6 |
| 10,001 to 20,000 | 8 |
| 20,001 to 35,000 | 10 |
| 35,001 to 50,000 | 12 |
| 50,001 to 65,000 | 14 |
| 65,001 to 80,000 | 16 |
| 80,001 to 95,000 | 18 |
| 95,001 to 110,000 | 20 |
| 110,001 to 125,000 | 21 |
| 125,001 to 140,000 | 22 |
| 140,001 or more | 23 |

**9.4 Notice.** At least thirty (30) days' notice of regular meetings or twenty (20) days notice of special meetings shall be given to members of Congress and the members of a National Sport Committee. The Special Meeting Notice shall state the purpose of a Special Meeting.

**9.5 Order of Meetings.** At all meeting of Congress, Districts, and National Sport Committees, the following order of the meeting shall be observed.

Roll call of members(Credentialing process)
Call meeting to order
Establish rules of the meeting
Adopt Agenda
Approval of the minutes of preceding meeting.
Reports of Officers and Committees
Unfinished business
New business
-   At District Biennial Legislative Meeting include an item to establish the Biennial Legislative Meeting Date
-   Requests from the National Office to include items on the agenda
Elections
Announcements
Standing Resolutions
Adjournment

**9.6 Rules of Order.** Unless otherwise provided parliamentary procedures shall be governed by the latest edition of Robert's Rules of Order. The presiding officer may designate a qualified individual to serve as parliamentarian.

**9.7 Mail or Electronic or Teleconference Voting.** In the interval between meetings of Congress, a District Board of Managers, or a Committee, any action that can be taken at a special meeting can also be taken by mail or electronic vote. Members shall be given a date and time by which the vote shall be received if mail, or electronic, or teleconference voting is being used.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**9.7.1**  Mail/Electronic/Teleconference votes can be taken only after the proposition is presented, and notice given in the same manner as a special meeting.

**9.7.2**  **Filing.** In every instance of a mail, electronic or teleconference vote, the Secretary shall preserve the ballot of each member in the files for a period of one year.

## Bylaw 10. Composition of the Board of Directors.

**10.1**  **The Officers.**  The President, the First Vice-President, the Second Vice-President, Secretary and Treasurer.

**10.2**  An elected representative from each of the four Zones.

**10.3**  The Chairs of the Finance, Insurance, Legislation, and Registration Committees.

**10.4**  The Chairs of the Adult Sports Council, Past Presidents' Council, and Youth Sport Council.

**10.5**  The elected Co-Chairs of the District Governors' Council.

**10.6**  The Chair, or the permanent designee, of the National Sport Committees whose National Sport Committee has registered five percent (5%) or more of the total membership of the AAU. (Registration will be determined utilizing the final numbers supplied by the AAU National Office which determine voting representation at the National Meeting.)

**10.7**  A representative recommended by the President and approved by the Board of Directors from a National Sport Committee not represented under 10.6.

**10.8**  The Governor, or permanent designee from any District whose individual membership registrations total four percent (4%) or more of the total membership of the AAU. (Registration will be determined utilizing the final numbers supplied by the AAU National Office which determine voting representation at the National Meeting.)

**10.9**  A representative recommended by the President and approved by the Board of Directors from a District not represented under 10.8.

**10.10**  The Chair of the National Board of Review and the General Counsel will be non-voting members.

**10.11**  No individual may represent more than one of the above-listed categories.

## Bylaw 11. National Councils.

**11.1**  **Youth Sport Council.** The Council will consist of the Chair of each Youth Sport Committee and up to five (5) at-large members to be appointed by the President. The President shall appoint the Chair.

EX. A, PART 2

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**11.1.1 Duties.** The Council will:

**11.1.1.1** Recommend broad policies for improvement and enhancement of the youth sport programs.

**11.1.1.2** Encourage multi-sport competition in the youth program.

**11.1.1.3** Conduct other business that will contribute to the cohesive planning for AAU sports programs.

**11.2 Adult Sport Council.** The Council will consist of the Chair of each Adult Sport Committee and up to five (5) at-large members to be appointed by the President. The President shall appoint the Chair.

**11.2.1 Duties.** The Council will:

**11.2.1.1** Recommend broad policies for improvement and enhancement of the adult sport programs.

**11.2.1.2** Encourage multi-sport competition in the adult program.

**11.2.1.3** Conduct other business that will contribute to the cohesive planning for AAU sports programs.

**11.3 Past Presidents' Council.** The Council will consist of all past National Presidents of the AAU. The immediate Past President will serve as the Chair of the Council. The Council will serve as a special advisory group to the President, Board of Directors. And Congress. The Council will carry out such duties as outlined by the President, Board of Directors, and/or Congress.

**11.4 Zone Councils.** The Zone Councils shall consist of the District Governor and a second District designee from each District located in the Zone (Refer to Bylaw 8). In case of the Governor's absence, the District Governor may appoint another officer of the District who will represent the District. Additionally each National Sport Committee may appoint two (2) representatives from the Districts within the Zone to the Zone Council.

**11.4.1 Chair.** Every four (4) years in concert with National Officer elections at the Convention, an election for the Chair of the Zone Councils will be held. The Chairs of the Zone Councils shall conduct all council meetings and represent the Zone to the Board of Directors.

**11.5 District Governors Council.** The Council shall consist of all current District Governors. In case of absence, the District Governor may appoint another officer of the District who will represent the District.

**11.5.1 Co-Chairs.** Co-Chairs shall be elected for a 2-year term (even years), at the National Meeting of the AAU from the membership of the District Governors' Council. A Co-Chair must be a District Governor during the term of office. One Co-Chair shall be elected from Zone A or B; the other Co-Chair shall be from Zone C or D.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**11.5.2 Duties.** The Council will:

**11.5.2.1** Consider and recommend policies for the improvement and enhancement of the general welfare of the Districts.

**11.5.2.2** Serve as a special advisory group to the President, Board of Directors, Congress, and the National Office.

**11.5.2.3** Conduct other business that will contribute to the growth and development of the Districts.

**Bylaw 12. Miscellaneous.**

**12.1 AAU James E. Sullivan Award.** The AAU James E. Sullivan award shall be presented annually. A Committee appointed by the President shall conduct the Sullivan Award program in accordance with guidelines established by the Board of Directors.

**12.2 Life Membership.** Honorary membership, known as Life Membership, may be granted to persons who contribute a minimum of $125.00 to the AAU, and they shall receive the privileges established by the Board of Directors.

**12.3 Indemnification.** Each District shall indemnify its Officers and managers to the fullest extent allowed by law while acting reasonably within the scope of its capacity. This indemnification is secondary and in excess to coverage afforded under any insurance policy from any source.

**12.4 Executive Director.** There may be an Executive Director who shall serve as the chief operating officer of the AAU with direct responsibility for all staff functions. The Executive Director may be employed or dismissed by a majority vote of the Officers.

**12.5 Substantial Compliance.** Failure of literal or complete compliance in respect of dates and times of notice, or the sending or receipt of the same, or errors in phraseology of notice of proposals, which do not cause substantial injury to the rights of members, shall not invalidate the actions or proceedings of the members at any meeting.

**12.6 Glossary of Terms.** The Chair of the Legislation Committee and the National Board of Review shall prepare and maintain a glossary which shall define terms used in the AAU Code to be appended to these Bylaws. Any changes, additions or amendments to the glossary shall be submitted to the Board of Directors for approval.

EXHIBIT F

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## AAU NATIONAL POLICIES

### IF ANY PORTION OF ANY POLICY IS HELD TO BE INVALID, THE BALANCE NOTWITHSTANDING, SHALL CONTINUE IN FULL FORCE AND EFFECT.

I. **MEMBERSHIP POLICIES.** By submitting or authorizing an application for membership in the AAU, the applicant agrees and stipulates to the following terms and conditions:

A. The applicant agrees and consents to receive and accept all written or oral communications, including but not limited to e-mails, facsimiles, mail-outs, advertisements, and telephone calls from the AAU, its employees, Officers, agents, attorneys, volunteers, members, affiliates, subordinates, host organizations and clubs.

B. **BINDING ARBITRATION.**

1. **BY APPLYING FOR AAU MEMBERSHIP (OR HAVING A THIRD PARTY SUBMIT AN APPLICATION FOR MEMBERSHIP IN THE AAU ON BEHALF OF THE APPLICANT), OR UPON ENTERING ANY AAU EVENT, THE APPLICANT/MEMBER/ENTRANT AND THE AAU AGREE TO SUBMIT ALL CIVIL DISPUTE(S) TO BINDING ARBITRATION. THE ARBITRATION HEARING SHALL BE HELD IN THE COUNTY OF THE LOCALE OF THE AAU NATIONAL OFFICE UNLESS OTHERWISE SO SET BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"). THE PARTIES FURTHER AGREE TO SUBMIT THE MATTER TO ONE (1) ARBITRATOR PURSUANT TO THE RULES SET OUT BY THE AAA, INCLUDING THE FEDERAL ARBITRATION ACT AND TO THE ARBITRATION CODE OF THE NATIONAL OFFICE'S RESIDENT STATE, WHICH IS CURRENTLY FLORIDA. DUE TO THE EXPEDITED NATURE OF ARBITRATION DEPOSITION(S), REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS ARE STRICTLY DISCOURAGED AND WILL NOT BE ALLOWED WITHOUT AN ORDER FROM AAA; AND, TO AID IN EXPEDITING ANY SUCH ARBITRATION, IN ORDER TO BE CONSIDERED, A REQUEST FOR ANY SUCH ORDER, IF ANY, SHALL ACCOMPANY THE FILING OF THE APPLICABLE PARTY'S FIRST SUBMISSION TO AAA OR SUCH REQUEST SHALL BE WAIVED AND/OR DENIED. A LIST OF WITNESSES AND ALL EXHIBITS TO BE INTRODUCED AT THE HEARING WILL BE EXCHANGED AT LEAST TWENTY (20) DAYS PRIOR TO THE HEARING. THE PARTIES AGREE THAT THE BINDING ARBITRATION SHALL BE IN LIEU OF ANY LITIGATION BY AND BETWEEN ALL OF THE PARTIES RELATED TO THE DISPUTE. IF ANY PORTION OF THE ARBITRATION AGREEMENT SHALL BE DECLARED INVALID OR UNENFORCEABLE, THE REST OF THE AGREEMENT (TO SO ARBITRATE) SHALL REMAIN IN FULL FORCE AND EFFECT. [REV. 10/06, 3/09]**

2. **THE PARTIES DECLARE THAT IT IS THEIR CLEAR AND UNMISTABLE INTENT FOR THE ARBITRATOR TO DETERMINE ANY AND ALL QUESTIONS OF ARBITRABILITY, IF ANY. ANY OBJECTION TO THE ARBITRATOR'S JURISDICTION, INCLUDING ANY OBJECTIONS WITH**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**RESPECT TO THE EXISTENCE, SCOPE OR VALIDITY OF THE ARBITRATION AGREEMENT SHALL BE DECIDED BY THE ARBITRATOR. IF, HOWEVER, FOR ANY REASON, (SUCH) ARBITRATION IS DECLARED INVALID BY ANY COURT, IN THE ALTERNATIVE TO ARBITRATION, THE PARTIES AGREE TO WAIVE A JURY AND AGREE THAT ANY LEGAL ACTION BETWEEN THE PARTIES SHALL BE COMMENCED EXCLUSIVELY IN THE CIRCUIT COURT OF THE NINTH JUDICIAL DISTRICT FOR ORANGE COUNTY, FLORIDA, OR TO ANY OTHER COURT SITTING IN THAT COUNTY HAVING SUBJECT MATTER JURISDICTION, PURSUANT TO THIS FORUM SELECTION CLAUSE, WHICH IS AGREED TO BY THE PARTIES. [Rev. 3/09]**

3. **THE TIME LIMIT (STATUTE OF LIMITATIONS) FOR BRINGING ANY ACTION SHALL BE ONE (1) YEAR.**

4. **DAMAGES. THE SUCCESSFUL PARTY IN ANY SUCH ARBITRATION AND/OR LITIGATION SHALL BE ENTITLED TO BE REIMBURSED FOR ITS ACTUAL AND CONSEQUENTIAL DAMAGES (BUT NOT PUNITIVE OR EXEMPLARY DAMAGES, IT BEING THE INTENT OF THE PARTIES TO HEREBY WAIVE ANY RIGHT TO SEEK AND THE PARTIES HEREBY COVENANT NOT TO SEEK, ANY PUNITIVE OR EXEMPLARY DAMAGES AND FURTHER AGREE THAT NO CLASS ACTION MATTERS SHALL BE BROUGHT).** [Rev. 10/06, 3/09]

## C. Indemnification/Assumption of Risk.

1. The member, applicant and/or participant releases and forever discharges, and covenants not to sue the Amateur Athletic Union of the U.S., Inc ("AAU"), AAU's Districts (formerly known as Associations), the Host (of the Event), Local Organizing Entity, and if applicable owners and lessors of premises upon which the activity takes place, (the foregoing collectively, including without limitation, the AAU, hereinafter for convenience referred to as the « Releasees »), together with the respective administrators, members (including all categories), volunteers, participants, sponsors and advertisers, together with the insureds, and the parent related, affiliated, subsidiary companies, and affiliated committees, as well as the officers, directors, agents, attorneys, employees, representatives, successors and assigns of each of the Releasees entities, and any other party indemnified and held harmless by the AAU (each considered one of the Releasees herein) from all liability, claims, demands, losses, or damages of the Member, Applicant, and/or Participant, caused or alleged to be caused in whole or in part by the action, inaction or negligence of the Releasees or otherwise, including but not limited to negligent rescue operations, negligent security, travel and recreation operations and activities; and further agree that if despite this release and waiver of liability, assumption of risk, and indemnity policy, the Member, Applicant and/or Participant or anyone on behalf of the Member, Applicant and/or Participant, makes a claim against any of the Releasees, the Member, Applicant and/or Participant and/or his/her parent or guardian will indemnify, save and hold harmless each of the Releasees from any litigation expenses, attorney's fees, loss, liability, damage, or cost which may be incurred as the result of such a claim. [Rev. 10/06]

42

EXHIBIT F

**EX. A, PART 2**

**2**. The Member, Applicant and/or Participant understand that : (a) athletic activities involve risks and dangers of serious bodily injury, including permanent disability, paralysis, and death (« Risks ») ; (b) these Risks and dangers may be caused by the Member, Applicant, and/or Participant's own actions or inactions, the actions or inactions of others participating in the activity, the condition in which the activity takes place, or the negligence of others ; (c) there may be other risks and social and economic losses  either not known to the Member, Applicant, and/or Participant, or not readily foreseeable at this time ; and the Member, Applicant, and/or Participant accepts and assumes all risks and all responsibility for losses, costs, and damages the Member, Applicant, and/or Participant incurs as a result of participation in the activity.

## D. Administrative Remedies.

1. Applicant agree(s) to comply with all the provisions of the AAU Code, and the rules and regulations of the AAU Sports and activities.  Further, applicant acknowledge(s) that the AAU Code establishes a process by which disputes with the AAU or any entity of the AAU shall be adjudicated.  Applicant agree(s) to submit any dispute to the AAU Judiciary, to exhaust all administrative procedures thereunder, and to abide by the final resolution of the matter. The applicant acknowledges that the AAU is not a state actor, and that the due process, which is applicable to all disputes concerning the AAU is the AAU Code and which includes its Policies, as set out herein.

2. Members who do not follow the Administrative Procedures of the AAU may be denied membership in the AAU.

## E. Membership Limitations

1. All persons who apply to the AAU for an adult or non-athlete membership must give consent to the AAU to conduct a criminal background check.

2. Sexual Misconduct. It is the policy of the AAU to deny participation in the AAU to any individual for whom there is reasonable cause to believe that they have engaged in sexual misconduct. For the purposes of this policy, reasonable cause shall exist when:

   a. Criminal or civil charges have been filed against an individual alleging sexual misconduct.
   b. The individual has been convicted of a crime involving sexual misconduct.
   c. Written allegations of sexual misconduct against the individual of reasonable probative value have been submitted to the AAU; or
   d. The individual has been accused of sexual misconduct and the accusations have reasonable probative value.

3. Criminal Misconduct.

   a. It is the policy of the AAU to deny participation in the AAU to any individual who has been convicted of a felony, or who has pending felony charges, or who has a substantial history but no felony conviction.  For the purposes of this policy, a person has a substantial criminal history when the membership background check yields a negative report using criteria approved by the Compliance Committee Chair, and the Chair of the National Board of Review.

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **b.** Any person denied participation in the AAU pursuant to this policy may seek a review or reconsideration pursuant to the applicable procedures under the AAU Code.

**4.** Application for Policy Exception.

    **a.** Any person who has been convicted of a felony, or any offense of sexual misconduct or who has been denied membership due to a negative report on the membership background check may not apply for membership except directly through the National Office Compliance Department. The President of the AAU shall appoint one or more members of the AAU (Reviewer) to determine whether the application should be accepted. The criteria used by the Reviewer are whether the best interests of the AAU are served by accepting the application.

    **b.** Decisions of the Reviewer may be appealed to the National Board of Review; however, appeals do not stay the action of the Reviewer unless an Order for Stay is issued by the Board of Review Chair.

## F. Misrepresentation.

**1.** Information provided to the AAU by the applicant/member shall be correct in every material aspect, including but not limited to street address, birth date, social security number (for adults and non-athletes), phone numbers, etc.

**2.** If an applicant/member fails to disclose a conviction for a felony or sexual misconduct or submits a membership application containing material information that is false (for purposes of this Policy any information as to conviction of a felony or any sex offense, as well as the applicant's name, address, date of birth, social security number shall be considered to be material, and if misrepresented, shall constitute fraud), then any membership acquired has been fraudulently obtained and is void. When the AAU has reasonable cause to believe that a membership has been fraudulently obtained, it may void the membership without notice or hearing and require that further application be made through the National Office as provided by this policy. Any person denied membership in the AAU pursuant to this Policy may seek a review or reconsideration pursuant to the applicable procedures under the AAU Code.

## G. Sport Agents, Agencies and Representatives.

Any person who is a registered sports agent or a representative or employee of a sports agent or agency, or a person who has received compensation or consideration of any kind directly or indirectly from a sports agent or agency, is prohibited from involvement in the AAU throughout the entire fiscal year (September 1 through August 31) during which any such compensation or consideration is received except as specifically set out herein.

Violation of this policy may subject a club and/or athletes affiliated with the agent to penalties set out in the Code.

An agent, employee or representative of an agent may apply in writing to the AAU for an exemption to this policy. If, in the sole discretion of the AAU, it is determined that the interests of the AAU are best served, an exemption may be granted. The exemption may only be granted by the Chairman of the Board of Review. The exemption must be in writing

**EX. A, PART 2**

and is subject to reconsideration at any time and may be revoked by the Board of Review Chair at his sole discretion.

**H. Agency.** Membership in the AAU does not create an agency relationship. The authority of any member providing services to the AAU is limited to the terms of the agreement for services. The AAU does not organize clubs, or teams, and does not select coaches or club managers. Members shall not represent themselves to be agents of the AAU without specific written authorization from the National AAU. Acts of an AAU member not related to an licensed AAU event are not authorized by the AAU and therefore no agency relationship is created thereby.

**I. Waiver/Release/Authorization to Use Likeness Names, Voice and Words.**—The applicant authorizes the AAU including without limitation, the Releasees defined in Section C.1. hereinabove, in perpetuity, without compensation, reservation, or limitation, to allow the reproduction, dissemination, and/or publication of the applicant's name, nickname, image, voice, signature, facsimile, biological information, photograph, and/or likeness for media coverage, public relations, or any other purpose whatsoever, which may involve the use of photographs, films, and/or videotape recording and/or any other form of media, whether currently in existence or not, and understand that the AAU retains title, exclusive and unlimited rights to all internet streaming files including live and archived games, interviews, and events broadcast to the Internet. The AAU is under no obligation to exercise the rights herein granted. The applicant understands and agrees that he/she will not receive any payment for the possible commercial use of his/her name or likeness. [Rev. 10/06]

**J. Notice of Claims.** Any member of the AAU, who has knowledge of a claim, potential claim, or litigation against the AAU, shall notify the AAU in writing as soon as reasonably practical by forwarding notice of such claim to the National AAU at its home office, attention: President.

**K. Participation Without Modification.** In consideration of my/the minor's participation in any way in any Amateur Athletic Union of the U. S., Inc. ("AAU"), activity ("Activity"), I, for myself, or on behalf of the minor as parent or guardian, and/or my/the minor's personal representatives, assigns, heirs, and next of kin: acknowledge and understand that the nature of athletic activities and the participants' experience and capabilities and believe the participant (myself or the minor, as applicable) to be qualified, in good health and in proper physical condition to participate in such activity – as is, without modification, accommodation, or special personnel.

   1. **Waiver of Policy.** Any member that wishes to participate with modification, accommodation, or special personnel, must submit a request in writing by certified mail to the Compliance Department four weeks before the first date of participation. If approved, the member will pay all expenses related thereto.

   2. The AAU is not a place of public accommodation.

   3. These policies shall be governed by the laws of the State of Florida.

**L. Residency.** The National Board of Review shall determine issues of residency arising out of Bylaw 4.3. [Added 10/06]

EXHIBIT F

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## II. MEMBERSHIP DATA POLICY.

**A.** All the registration/contact information including but not limited to names, addresses, telephone numbers, e-mail addresses, fax numbers of the AAU membership commonly known as and referred to as the "membership data" is the exclusive and proprietary property of the National AAU and shall only be utilized for the conduct of official AAU business and promotion of the Amateur Athletic Union.

**B. Use of AAU Membership Data.** This information may be utilized as follows:

1. Governors may utilize, or may authorize, the use of the club list within their District;

2. National Sport Chairs may use or authorize use of their respective sport list;

3. District Sport Directors may use or authorize use of a list of clubs in their sport only within the District.

**C. Procedures.** If District Sport Director wishes to send information to individual members registered in the sport, the following procedures will be followed:

1. Any information sent to individual members of the District shall be approved by the Governor of the District. If the Governor of the District wishes to distribute information to the District members in behalf of his/her club, that distrtibution shall be approved by the District Executive Committee.

2. **Mailings.**  Information distributions approved by the Governor (or Executive Committee), will be forwarded to the AAU National Office for a review of the content.

3. For security and privacy protection reasons, all mass information distribution will be done through the AAU National Office, or its designated source.

4. If information is distributed through postal service, the cost for mailings shall be paid by credit card or check prior to the distribution of the mailing.

**D.** The National AAU may allow third parties to utilize membership information for specified purposes. Information may not be sold, rented or traded or used in any way without the written authorization of the National Officers.

**E. Violation of Policy.**  Any Officer, District Sports Director, Regional Sports Chair/Commissioner, or National Sports Chair that inappropriately uses an AAU data, be it physical address, email address, etc., for the propagation of another sports organization, shall be in violation of the Code and subject to disciplinary action.

*** *See Policy VII for Use of Database during Elections.*

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## III. FINANCIAL POLICIES.

**A. INSUFFICIENT FUND CHECK POLICY.** The AAU will not enter into any contractual arrangement with any individual or entity which has given the AAU or its Districts a check or other negotiable instrument that has been returned for insufficient funds until such time as the matter has been paid to the AAU's satisfaction. No contracts will be entered into with any individual or entity which has failed to pay any monies due the AAU under written contact. It is also the policy of the AAU to discontinue doing business with any such entity or individual unless in the manifest weight of the facts that the best interest of the AAU would not be served by an immediate termination. The same policy will apply to District services and programs, due to an insufficient fund check.

**B. PURCHASING GUIDELINES.** All sport and administrative committee representatives duly authorized by their respective committee must adhere to the following guidelines when purchasing goods and/or services prior to obligating the Union for any expense.

1. **Purchases Under $100.00.** Purchasing guidelines shall be established and approved by the National Officers for purchases under $100.00.

2. **Purchases in Excess of $100.00.** All individual purchases of goods or services made on behalf of the AAU by headquarters staff personnel which exceed $100.00 ($100.01, or more) will require both a Purchase Requisition and a Purchase Order. The person originating a purchase request is responsible for first completing the Purchase Requisition form and submitting it to the director of his/her department for approval (by signature). The Purchase Requisition must then be submitted to the person who has been designated as being responsible for the preparation of Purchase Orders. Upon completion of the Purchase Order form, it then will be presented to one of the members of the headquarters staff who has been authorized to approve Purchase Requisitions. The National Officers may designate staff members to approve Purchase Orders. Upon securing signature approval on the Purchase Order form, two (2) copies of the Purchase Order will be given to the person originating the purchase request, one (1) of which is to be sent to the vendor at the time the order is placed. One (1) additional copy of the Purchase Order to the Accounting Office to be matched with the vendor's invoice when it is received. Preparation of the Purchase Requisition form and the Purchase Order form and securing approval is to be accomplished before the purchase of goods or services is made.

3. **Purchases in Excess of $500.00.** The same procedure as set forth above for purchases in excess of $100.00 is to be followed for purchases in excess of $500.00 ($500.01, or more) except that, three (3) written competitive price bids or proposals must accompany all Purchase Requisitions and Purchase Orders when they are for more than $500.00.

4. **Purchases in Excess of $1,000.00.** The same procedure as set forth above for purchases in excess of $100.00 and $500.00 is to be followed for purchases in excess of $1,000.00 ($1000.01, or more) except that, Purchase Orders can be approved only by the President or Executive Director when they are for more than $1,000.00.

**C. SOLICITATION OF FUNDS.** Any solicitation of funds, resources or goods from the national corporate market, from national foundations or from United States governmental agencies, must be cleared by the National AAU. The following commission guidelines will be utilized

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

in the case of new AAU sponsors and will not apply to bid fees in connection with national championships or similar AAU events, nor will they apply to current AAU sponsors or their renewals.

**D. COMMISSION GUIDELINES.** Eligible for Commission: Anyone in the AAU except National AAU paid staff members.

1. **Commission Fees:** While all fees are subject to negotiation, the following will be considered the norm. The sports committee/chairman may negotiate, but the National Officers will need to approve any fees to be paid.

2. **Finder's Fee:** Five percent of the total sponsorship amount will be paid to an individual who introduces the AAU to a sponsor but does little work to finalize a contract. "Introduction" means the finder actually secures an appointment with the potential sponsor for the AAU representative. The appointment must be with someone who is in a decision-making position with the potential sponsor. The "finder" should normally be present for the initial meeting between the AAU and a potential sponsor. If a finder's fee is paid, no other commission will be paid.

3. **Commission:** If an individual introduces the AAU to a potential sponsor and follows through and is a principal part of the negotiation with that sponsor up to the time a sponsorship contract is finally signed, then that person will be entitled to receive up to a 20% commission of the total value of the first year of the contract. An additional commission of up to one-half of the initial commission paid for the first year will be paid for each year the sponsorship contract continues or is renewed.

   When Payable: Commission fees will be payable only for cash sponsorships and when the monies have been received by the AAU. There will be no finder's fees on "in kind" payments by sponsors.

**E. NATIONAL SPORT COMMITTEE FINANCES.** A National Sport Committee shall file annually a budget with the Finance Committee. The Finance Committee will review the budget prior to submitting it to Congress for approval. In order to receive reimbursement for any personal expenses, the Committee will be required to have submitted a budget to the Finance Committee as established by prior board action. Reimbursement for the travel and other expenses may be processed only after a committee financial reimbursement policy has been adopted by the Committee and filed with the National Office. The committee policy shall set out:

1. The type of expense which may be reimbursed.

2. The committee officials who shall be entitled to be reimbursed.

3. The signatures which must be obtained within the committee for reimbursement authorization.  Two signatures are required.

4. Any reimbursement shall be subject to available funds within the committee budget and shall have vouchers attached for all expenditures in excess of $25.00.

5. Deficit spending is not permitted without approval.

EXHIBIT F

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**F. AAU CREDIT POLICY.** The following are credit policies and procedures to be utilized when extending credit to Districts, Local Organizing Committees, and other approved individuals or entities.

1. **Sales Terms.** AAU will offer terms of N/30 to qualified customers. Invoices not paid within 60 days will be assessed a late fee of 1.0% per month. Requests for special terms must be documented and approved in advance by the National Treasurer and Finance Chair.

2. **Assigning and Approving Credit Limits.** Credit limits will be based upon each customer's payment history and expected level of purchase. The Finance Chair, or his/her designee, may approve credit limits assigned to each customer whose purchases exceed $1,000.00. Financial Services Department discretion will be used on amounts below $1,000.00.

   In the case of Districts, the initial credit limit will be limited to one-half of the previous year's total amount of purchases. For example, if XYZ District ordered a total of 2,000 cards @ $7.50 each, last year, the total credit line for the current year is $7,500.00.

3. **Approving Orders.** Written approval from the President, National Treasurer or Finance Chair is required if orders exceed the pre-approved credit limit or if the customer has past-due invoices outstanding for more than 60 days without written approval from the Treasurer.

   Items (membership cards/stickers, awards, forms, etc.) ordered by Districts must have the approval of the District Treasurer before the items will be shipped. Items will then be shipped to the District Registrar or his/her designee. Any such designation must be in writing.

4. **Re-evaluating Credit to Existing Customers.** Credit reevaluations will be performed on all accounts regularly (annually). Reevaluations will also be performed on any account when payment activity or other circumstances indicate a need.

5. **Collection Past-Due Accounts.** Statements will be mailed to past due accounts no more than bi-monthly. On seriously delinquent accounts phone calls will be placed. Phone calls generally will be used only late in the collection process.

6. **Authorizing Settlements and Write-Offs.** Offers allowing a delinquent customer to pay an account in installments or settling for less than the unpaid balances require the National Treasurer's advance written approval.

7. The Finance Committee must approve any write-offs of amounts considered uncollectible over $200.00. A listing of the accounts the Director of Financial Services deems to be uncollectible will be prepared and submitted to the Finance Committee at the Biennial Convention.

**G. District Charter Late Fee.** The District Charter application, District Charter fee, and Request and Consent form are due on August 1st annually. If the District Charter fee is not received as of this date, a $500.00 late fee shall be assessed to the District.

EXHIBIT F

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**H. AAU Convention.** All persons registered to attend the AAU Convention in any capacity such as Delegates to Congress, National Committee members (Sport, Special, or Administrative), must stay at the hotel property/properties designated by the AAU, utilizing the hotel block as established for the Convention. Persons registered to attend the AAU Convention who do not comply shall pay an additional $600.00 Convention fee. Registered attendees who own property in the city in which the Convention is located are exempt from this policy if they demonstrate ownership of the property. [Added 3/09]

## IV. USE OF MARKS AND LOGOS.

**A. AAU REGISTERED MARKS.** The AAU name, mark, seal, logo, and other insignia (all "AAU marks") are protected through trademark registration and are defined as the intellectual property of the AAU. No person or entity may use the AAU's intellectual property without the prior and continued approval of the National AAU. Only those subordinates and affiliated organizations which are expressly authorized by the National AAU to use the intellectual property of the AAU shall use the marks. The National AAU may withdraw its approval to use its marks, at any time in its sole discretion. Members shall immediately comply with notice to cease and desist from the use of the AAU's intellectual property. The unauthorized use of any of the intellectual property of the AAU is a violation of this policy as well as the (Federal) Lanham Act and may subject the member/entity to penalties set out in the AAU Code. If granted approval/permission to use any of the AAU marks, the limited right to use the marks shall be non-exclusive and the user shall not acquire any ownership in or of such mark(s).

1. Only chartered Districts, District Sport Committees and National Sport Committees may use the AAU marks in their name.

2. There are three (3) levels of AAU club membership. Level 1 AAU Clubs acquire no rights to use the AAU's intellectual property. Level 2 and Level 3 Clubs may use AAU's intellectual property for the promotion of its organization and/or led AAU events only. Neither members nor clubs may use the name AAU in their legal name, domain name, email or any other name without the express written consent of the National AAU. [Rev. 10/08]

3. In the event of a dispute or conflict as to a member's/entity's claim(s) to use any of the intellectual property of the AAU, the Officers of the AAU shall decide and determine the dispute in their sole discretion.

**B. USE OF OLYMPIC MARKS.** No license of any athletic competition will be granted by the AAU for any event where the word "Olympic" or any derivative thereof is used in any advertisement or notice in any manner in connection with an AAU competition.

The Amateur Athletic Union of the U.S. Inc. has a limited license agreement with the United States Olympic Committee with regard to use of the terminology "Junior Olympics." The AAU does not grant the right to any subordinates, any affiliated organization, or any other entity to use the terminology "Junior Olympics" except as specifically authorized in writing by the National AAU.

EXHIBIT F

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

### V.    AAU SPOKESPERSON.

A. The President of the AAU shall serve as the primary spokesperson for the organization. If the President is unavailable, then the staff member(s) designated by the President shall become the contact person. Designated staff members will contact the President, or act as the spokesperson if the President is not available.

B. Members of the AAU, including but not limited to coaches and/or volunteers, are not authorized to make statements on behalf of the AAU, or take any action(s) for the AAU, unless expressly and specifically authorized to do so by a National Officer.

### VI.    TELEVISION/WEBSTREAMING RIGHTS FOR NATIONAL EVENTS.

A. **Rights.** The television/webstreaming rights for coverage of any AAU National Championship event or event approved by the National Sport Committee shall be owned solely and retained by of the National AAU. Except for permitting live news coverage, no media agreements may be entered into or executed by any District, Sport Committee, Host Organization or local entity for any national event or event authorized by the National Sport Committee.

B. **Guidelines for Allocation of Proceeds.** In considering a contract for television coverage of a single sport national championship event, the net proceeds shall be allocated under guidelines developed by the National Officers and approved by the Board of Directors. Proceeds from national multi-sport events shall be fully retained by the National AAU.

　　1. All income shall be received by the National AAU for distribution as established herein. All agreements determining the amount of income to be derived from television and/or webstreaming shall be contracted with National AAU and executed by the President and by the Secretary.

　　2. The gross proceeds, less all set-up, production and distribution costs incurred as a result of or in connection with the television shall be divided as follows:

　　　　a. 45% shall be distributed between the national sports committee and the host club as determined by the national sport committee.
　　　　b. 45% shall be retained by the AAU.
　　　　c. 10% shall be distributed to the appropriate District.

### VII.    WEBSITES AND SOCIAL MEDIA.

A. **Website Content.** Information on AAU websites shall be limited to AAU business, programs and operations. Any AAU website that contains material content that is not about the AAU shall be in violation of this policy. If a District website is found to be in violation, staff shall notify the District of the violation. If the website is not corrected immediately the District is in violation of the Code and subject to disciplinary action.

　　1. **Website Control.** All National AAU, National Sport Committee, District and District Sport Committee websites must provide to the AAU Information

51

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Systems Department user name and passwords for access to the domain name and ftp hosting site. Any website found to have inappropriate material, logos, or content of any kind may be modified or shut down by the AAU Information Systems Department. The AAU shall have the discretion in determining whether the website content is appropriate.

2. **Club Information on Websites.** All club directories published on a website must be approved by the AAU National Office.

3. **Website Domain Name.** The AAU of the U.S., Inc. shall own all domain names created and used by the AAU, its Districts, the National Sport Committees and District Sport Committees. This means that the registration shall show the AAU as the registrant and administrator of the website and that the control and management of the website belongs to the AAU. The AAU has the right but not the duty to grant access back to the District, the National or District Sport Committee to manage the website.

**B. Social Media.**

1. National Sport Committee social media sites may be created by the National AAU. Upon appropriate approval, National Sport Committee designees may be eligible to update social media.

2. Districts and District Sport Committees may establish social media sites. They District or District Sport Committee must designate an individual to monitor the site for content. The AAU may require the District and/or District Sport Committee to remove content.

VIII. **DEFENSE POLICY.** It is the policy of the AAU to defend the National and District Officers, members and volunteers, or other appropriate persons from civil actions arising from their authorized activity on behalf of the AAU. This Defense Policy is conditional in the following particulars:

A. The entity seeking the defense must have complied with the provisions of the AAU Code while engaged in the activity.

B. The AAU will not defend any matter relative to drug testing. No license will be granted for an event that involves drug testing unless the National Sport Committee has first acquired, at its own expense, a liability insurance policy which designates the AAU as an insured, and which has been accepted by the Board of Directors in the exercise of its sole discretion.

C. The AAU may provide a defense under a "reservation of rights" in which the defense is conditioned upon the continued compliance with the AAU Code, and cooperation with the Officers, and Counsel of the AAU.

D. If any of the conditions of this Policy are not met, the AAU can deny or terminate the defense, and is entitled to recover any expenses incurred from making the defense.

**EX. A, PART 2**

**E.** If the AAU provides a defense for any person or entity (through its insurance carrier or otherwise), the National AAU shall have the absolute right in its sole discretion to conduct and/or direct the defense of the matter as it sees fit, including but not limited to the right to settle the case. The person or entity being defended herein grants to the AAU a limited power of attorney to execute any documents (as) necessary to carry out the content and intent of this policy. [Added 10/08]

## IX. MANAGEMENT OF EMERGENCY SITUATIONS.

**A.** In the event of emergency or catastrophic situations, the President of the AAU shall serve as the primary spokesperson for the organization. If the President is not available, then the person or persons designated by the President shall become the contact person and the designated person will communicate with the President, and act as spokesperson if the President is unable to do so.

**B.** In the event of an emergency, the following steps shall be followed:

1. Notify the President of the AAU or the President's designee if the President cannot be reached. The spokesperson will then notify all appropriate parties.

2. Coaches, officials, or other volunteers at all levels, are not to comment on the matter until advised by the national spokesperson.

3. In the event of an injury do not comment or speculate as to injury severity.

4. Refer all media inquires and questions to the AAU spokesperson.

5. Refer all investigative questions to the AAU spokesperson. This includes questions concerning insurance, claims, etc.

6. Any written statement must be reviewed by AAU Counsel prior to release. The statement should be factual, contain no speculation, and be approved by the AAU spokesperson.

7. The following procedures should be used when investigating an accident or incident:
   a. Evidence should be preserved (i.e. faulty equipment, etc.) if possible
   b. Identify all witnesses. Obtain name, address and phone numbers.
   c. An accident description in the injured person's own words is extremely helpful.
   d. If an athlete is involved in a serious injury, his/her parents or legal guardian should be notified immediately. Sympathy and concern are important during any family contact.
   e. Notify the National AAU within 24 hours of any incident regardless of liability or severity. The spokesperson will notify the insurance carrier.

EXHIBIT F

53

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

X. **PROCEDURES FOR NOMINATION AND ELECTION OF NATIONAL OFFICERS, DISTRICT OFFICERS, DISTRICT SPORT DIRECTORS, AND OTHER DISTRICT OFFICES AND RECOMMENDATION OF THE NATIONAL SPORT CHAIRS.**

A. **National Officers.**

1. **Qualifications.** Candidates must be a member of Congress.

2. **Nominations.**

   a. Only Districts and National Sport Chairs may nominate candidates for National Office. Nominations must be reflected in the District's Board of Managers Biennial Meeting minutes.
   b. Candidates may be nominated for more than one office. The application for office shall include disclosure of all offices for which the candidate is being nominated.
   c. The Secretary shall send notice and an application for office form to the Districts and National Sport Chairs by April 1st, the year before each election.
   d. The deadline for nominations is forty-five (45) days prior to the first session of the meeting of Congress. The nominating party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the office.

3. **Candidate Verification and Announcement of Candidates.** The Chair of the Nominations and Elections Committee shall verify who is eligible to run for office. Any questions about eligibility shall be referred to the National Board of Review. At least thirty (30) days prior to the Meeting of Congress in years when an election is being held, the Secretary shall forward the names of the nominees and their biographies to all delegates to Congress. [Revised 3/08]

4. **Use of the AAU Database during Campaign and Campaign Materials.** [Added 3/08]

   a. The current officeholder (incumbent) shall not make use of any AAU mail list, database information, etc., for the purposes of running or campaigning for office.
   b. Candidates who wish to distribute campaign information to current members of Congress may request assistance through the AAU Compliance Department. The Compliance Department will facilitate a maximum of two electronic mail blasts (eblasts). To use the eblast system, the candidate shall electronically submit a copy of the material he/she wishes to distribute. The Compliance Department shall forward the material to the Nominations and Elections Chair to review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. The Compliance Department is not responsible for spelling and/or grammatical content. The eblast process may take up to 10 working days to prepare and send. If this service for the candidate becomes controversial or contentious, the Nominations and Elections Chair has the sole right to not process the request. The decisions throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the service was not provided. Candidates will be notified that the content was not approved and may correct and re-submit the content.

EXHIBIT F

**EX. A, PART 2**

c. Materials (flyers, brochures, apparel, election novelty items, etc.) to be used for campaign purposes during the AAU Convention must be forwarded for approval to the AAU Compliance Department. The Compliance Department shall forward the material(s) to the Nominations and Elections Chair to review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. Neither the Compliance Department nor the Nominations and Elections Chair is responsible for spelling and/or grammatical content. The decisions of the Nominations and Elections Chair throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the material was not approved. Candidates will be notified that the material was not approved and may re-submit revised materials.

5. **Elections.** Elections will be conducted by written ballot under the supervision of the Nominations and Elections Committee. If there is only one candidate for office, the vote for that office may be taken by a voice vote.

6. **Election Procedures.** On Election Day the candidate(s) for office will be allowed a maximum of three (3) minutes to speak. Order of speeches for each office will be determined by draw.

   a. Once the ballots have been distributed, the Election Chairman will announce that the distribution of ballots is closed and no additional ballots will be distributed.
   b. In order for delegates to receive ballots, they must be seated in the appropriate section; i.e., District, Sports Committee (Exception: Members of the Nominations and Elections Committee).
   c. If no candidate receives a majority of the votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.
   d. For a run-off during election, the announcement of the run-off candidates and the ballots will be given out simultaneously. There will be different color ballots for the runoff voting.
   e. All ballots will be sealed and stored at National Headquarters for a period of one year after elections.

## B. District Officers.

1. **Qualifications.** Candidates must be a member of the Board of Managers.

2. **Nominations.**

   a. Only Club Representatives, current Officers, and current District Sport Directors may nominate candidates for District Office.
   b. Candidates may be nominated for more than one office. The application for office shall include disclosure of all offices for which the candidate is being nominated.
   c. The Secretary shall send notice and an "Nomination for Office" form to the Club Representatives, current Officers, and District Sport Directors by 60 days before the election held at the Biennial Meeting in May or June.
   d. The deadline for receiving nominations is thirty (30) days prior to the District's Biennial Board of Managers meeting. The nomination party must submit the

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the office. The nominating party shall indicate its category of membership on the District Board of Managers. All nominations which do not include the required information shall be considered incomplete and the candidate will not be eligible to run for office. Nominations shall be submitted to the District Nominations and Elections Committee Chair with a copy to the District Secretary.

e. In the event that no eligible nomination has been submitted for a particular office of the District, the current office holder shall continue in office until the next Biennial Meeting, or until a Special Meeting is called to elect the successor. If the current office holder chooses not to continue in office, then there is a vacancy. The vacancy will be filled as prescribed in the Constitution with an appointment made by the District Executive Committee until the next Board of Managers meeting where an election will be held to fill the balance of the unexpired term. [Added 10/06]

### 3. Candidate Verification.

a. The Nominations and Elections Chair and the District Secretary shall jointly verify who is eligible to run for office. If the Chair and the Secretary do not agree, a ruling will be made by the AAU National Board of Review. [Added 10/06]

b. For the Biennial Board of Managers meeting, the Nominations and Elections Committee shall compile the list of candidates for office and have copies of the biography and nomination form for each candidate for office available for all members of the Board of Managers.

### 4. Use of the AAU Database during Campaign and Campaign Materials.

a. The current officeholder (incumbent) shall not make use of any AAU mail list, database information, etc., for the purposes of running or campaigning for office.

b. Candidates who wish to distribute campaign information to current members of Congress may request assistance through the AAU National Office. The Compliance Department will facilitate a maximum of one electronic mail blast (eblast). To use the eblast system, the candidate shall electronically submit a copy of the material he/she wishes to distribute. The Nominations and Elections Chair shall review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. Neither the Compliance Department nor the Nominations and Elections Chair is responsible for spelling and/or grammatical content. The eblast process may take up to 10 working days to prepare and send. If this service for the candidate becomes controversial or contentious, the Nominations and Elections Chair has the sole right to not process the request. The decisions throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the service was not provided. Candidates will be notified that the content was not approved and may correct and re-submit the content.

### 5. Election Procedures.

a. On Election Day each candidate for office will be allowed a maximum of three (3) minutes to speak. Order of speeches for each office will be determined by draw. If

EXHIBIT F

**EX. A, PART 2**

there is only one candidate for office, the vote for that office may be taken by voice vote.

b. Order of elections is Governor, Lieutenant Governor, Secretary, Treasurer and Registrar. If the District has authorized additional officers, the order of election for the additional officers shall be as the District determines.

c. Elections will be conducted by written ballot under the supervision of the District Nominations and Elections Committee. If there is only one candidate for office, the vote for that office may be taken by a voice vote.

d. The District Nominations and Elections Committee shall determine the procedure for distribution of ballots.

e. If no candidate receives a majority of the votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.

f. For a run-off during the election, the announcement of the run-off candidates and the ballots will be given out simultaneously. There will be a different color ballot for the run-off election.

g. All ballots will be sealed and stored with the District Secretary, or at a place that the District Secretary designates for a period of one year after the election(s).

## C. District Sport Directors.

1. **Qualifications.** Candidates must be a current member of the District Sport Committee.

2. **Nominations.**

   a. Only Club Representatives and the current District Sport Director may nominate a candidate for the District Sport Director.

   b. Sixty (60) days before the date of the Annual Sport Committee meeting, if there are 5 clubs registered in the sport, the District Secretary shall send notice of the up-coming election, and an "Application for Office" form to the Club Representatives of the District Sport Committee and the current District Sport Director. If there are not 5 clubs registered with the sport in the District, the Governor shall appoint the Chair.

   c. The deadline for receiving nominations is as of thirty (30) days prior to the date of the District's Sport Committee's Biennial meeting. The nominating party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the office. The nominating party shall list current club and individual membership information on the nominating form. Nominations shall be sent to the District Secretary with a copy to Nominations and Elections Chair and the District Sport Director.

   d. In the event that no eligible nomination has been submitted for the position of Sport Director, a vacancy is created. Unless the Sport Committee operating rules specifically provide for a method of filling the vacancy, the Director is appointed by the Governor, with the approval of the National Sport Chair. The position will again be subject for election at the next Sport Committee Biennial Meeting, and the person elected shall complete the term. [Added 10/06]

3. **Candidate Verification and Announcement of Candidates.** The Nominations and Elections Chair and the District Secretary shall jointly verify who is eligible to run for office. If the Chair and the Secretary do not agree, a ruling will be made by the AAU National Board of Review. [Revised 3/08]

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## 4. Use of the AAU Database during Campaign.

a. The current officeholder (incumbent) shall not make use of any AAU mail list, database information, etc., for the purposes of running or campaigning for office.

b. Candidates who wish to distribute campaign information to current year member club contacts may request assistance through the AAU National Office. The Compliance Department will facilitate a maximum of one electronic mail blast (eblast). To use the eblast system, the candidate shall electronically submit a copy of the material he/she wishes to distribute. The Nominations and Elections Chair shall review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. Neither the Compliance Department nor the Nominations and Elections Chair is responsible for spelling and/or grammatical content. The eblast process may take up to 10 working days to prepare and send. If this service for the candidate becomes controversial or contentious, the Nominations and Elections Chair has the sole right to not process the request. The decisions throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the service was not provided. Candidates will be notified that the content was not approved and may correct and re-submit the content.

## 5. Election Procedures.

a. For Election Day, the District Sports Director shall prepare written ballots (including run-off ballots) for the election of the District Sport Director office and bring them to the meeting.

b. On Election Day, if there is no quorum (5 club representatives in attendance), no election is held and the Governor shall appoint the Sport Director. If there is a quorum, the election shall proceed.

c. The members present on Election Day shall elect by majority vote a "Voting Supervisor" to conduct the election. Next, two other individuals shall be elected to count the ballots under the supervision of the elected voting supervisor.

d. Each candidate will be allowed a maximum of three (3) minutes to speak. Order of speeches will be determined by draw held by the Voting Supervisor.

e. Elections will be conducted by written ballot. If there is only one candidate for office, the vote for that office may be taken by a voice vote. The Nominations and Elections may assist with the election procedure.

f. The District Sport Committee operating rules shall determine the procedure for distribution of ballots.

g. If no candidate receives a majority of the votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.

h. For a run-off during election, the announcement of run-off candidates and the ballots will be given out simultaneously. There will be a different color ballot for the run-off election.

i. All ballots will be sealed, forwarded and stored with the District Secretary, or at a place that the District Secretary designates for a period of one year after the election.

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## D. Nomination for National Sport Chairs.

1. The President appoints the Chair of a National Sport Committee from the recommendation of the National Sport Committee after approval of a majority of the National Officers. In order to present a recommendation to the National Officers, all National Sport Committees shall follow the procedures adopted in this policy.

2. **Qualifications.** Only members of Congress and the National Sport Committee are eligible to serve as National Sport Chair.

3. **Application.**

   a. Only members of the National Sport Committee and the current National Chair may submit an application for National Sport Committee Chair.
   b. The (National) Secretary shall send notice and nomination form members of the National Sport Committee by April 1st, the year before the recommendation is made.
   c. The deadline to submit the nomination form is forty-five (45) days prior to the start of the National Sport Committee meeting. The nominating party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the position.

4. **Announcement of Candidates.** At least thirty (30) days prior to the National Sport Committee meeting, the Secretary shall forward the names of the applicants and their biographies to all members of the National Sport Committee.

5. **Voting to Make a Recommendation.** The vote for National Sport Chair recommendation shall be conducted by written ballot under the supervision of Nominations and Elections Committee. If there is only one applicant for National Sport Chair, the vote may be taken by a voice vote.

6. **Voting Procedures.** The following procedures shall adhered to:

   a. **Speeches.** On the day of the vote, the candidates for National Sport Chair will be allowed a maximum of three minutes to speak. Order of speeches will be determined by draw.
   b. Once ballots have been distributed, the Nominations and Elections Committee designee will announce that the distribution of ballots is closed and that no additional ballots will be distributed.
   c. In order for a Committee member to receive a ballot, he/she must be seated in the designated area.
   d. If no candidate receives a majority of votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.
   e. For a run-off during election, the announcement of the run-off candidates and the ballots will be given out simultaneously. There will be a different color ballots for the run-off vote.
   f. All ballots will be sealed and stored at National Headquarters for a period of one year after the vote.

EXHIBIT F                    **EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## XI. BUSINESS PRACTICES.

A. The following business practices are required of the indicated entities.

1. No District, District Sport Committee, or National Sport Committee shall have its own 501(c) 3 determination letter; if they currently have a 501(c)3 determination letter, they must relinquish it immediately;

2. All AAU District(s) shall be unincorporated entities;

3. The National AAU will become responsible for filing annually in all 50 states and the District of Columbia with DBA's listing the AAU Districts;

4. Each District must have its own EIN (Employer Identification Number);

5. AAU District Sports Committee(s) operating a bank account must have its own EIN, if it is not using the District EIN;

6. Any National AAU Sports Committee operating a National Championship event or any other event in the name of the committee and operating a bank account must have its own EIN;

7. Any AAU District Sports Committee(s) operating a bank account under the District's EIN must file a finance report to the District;

8. No organization shall use the EIN number of the Amateur Athletic Union of the U.S. Inc.;

9. All District(s), District Sport Committee(s), and National Sport Committee(s) desiring to be recognized as a 501(c)3 under the AAU of the US' group exemption must annually file the required request and consent form;

10. No District (s), District Sport Committee(s), National Sport Committee(s) will participate/operate charitable gaming without the express written consent of Board of Directors;

11. The District Charter application, District charter fee, District request and consent form, District location of assets report and directory report are due on August 1st annually.

12. All subordinates/affiliated organizations must file a Form 990 with the IRS annually;

13. One or more educational seminars will be held each year in conjunction with the Biennial Convention of the AAU;

14. The AAU shall have a 3 level club membership program with differing benefits;

15. Level 3 clubs shall not conduct directly or indirectly any gaming. The term gaming includes: Bingo, Beano, lotteries, pull-tabs, pari-mutual betting, Calcutta wagering, pickle jars, punch boards, tip boards, tip jars, certain video games, casino games, sport betting, etc.;

16. All subordinates/affiliated organizations must adhere to the AAU trademark policy;

17. Any District(s) or National Sport Committee(s) in violation of this policy shall forfeit voting rights at meetings of Congress.

18. No AAU District or Sport Committee shall own a vehicle.

## XII. EVENT LICENSE POLICIES.

A. **Practice.** For the purpose of AAU event licensing, "practice is organized and/or regularly scheduled sessions supervised at all times by a registered non-athlete member of the AAU and conducted for the purpose of preparing, training, instructing and conditioning only AAU member athletes for AAU licensed competitions. Tryouts and scrimmages are included as long as they meet all the requirements of the above definition.

EX. A, PART 2

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**B. Supervision.** Supervision requires that an AAU non-athlete member (coach/instructor) be physically present at all times at the practice premises or site during each practice session.

**C. Event License Categories.** Events that are Licensed by the AAU shall be categorized as one of the following :

1. Practice.
2. Preliminary
3. Invitational
4. League
5. Demonstration/Clinic
6. Multi-Sport/Sports Festivals
7. District Championships
8. National AAU Events
9. National Sport Committee Events

    a. Championship Event
    b. Regional Event
    c. Super-Regional
    d. Grand Prix
    e. League
    f. Clinic/Demonstration
    g. Invitational
    h. Other

**D. Event License Regulations.**

1. An event license may list only ONE (1) event category per license application. Event license applications which list more than one category will be denied.

2. A club must obtain appropriate membership in any District in which it wishes to license an event.

**E. National Championship Event Licenses.** The host organization awarded a National Championship event by the AAU must obtain the license for that event as of September 1st of the fiscal year the event is to be held. (The AAU fiscal year is September 1st through August 31st.)

## XIII. SPORT COMMITTEE POLICIES.

**A. Sport Status.** To qualify to have a National Sport Committee within the AAU, a sport shall have registered a minimum of 500 athletes during the previous calendar year and have activity in four (4) or more chartered Districts. Sports which have not met these criteria are ineligible to conduct a National Championship event except as a part of the AAU Junior Olympic Games or other existing National Championship.

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## B. Procedure for Approval of New Sport Activity.

1. The organization or group representing the sport which wishes to be part of the AAU forwards a proposal to the President of the AAU, as well as to the Chair(s) of the AAU Youth and/or Adult Sport Council(s). The proposal should contain the following:

   a. Express a desire for the AAU to offer the sport.
   b. Provide the general rules of the sport. State whether the sport utilizes NGB rules or other nationally known organization rules.
   c. Specify the age groups, divisions (youth, adult, senior, masters), age determining dates and other primary eligibility rules.
   d. List of key personnel who should be involved in setting up the sport.
   e. Current participation numbers and estimate of number of registrations anticipated (individual athletes, clubs, etc.). Projection of schedule of events should be provided as well. The minimum number of registered athletes for acceptance is an overall total of 500 members registered in the sport from at a minimum of 4 Districts. Sports that have not met this requirement may petition to the National Officers with a specific plan to reach requirements.

2. The AAU President can establish an interim sport committee to evaluate the need, to analyze the sport potential, to develop operating procedures, etc..

3. The AAU President or ranking official will present the proposal to the Youth and/or Adult Sports Council, as well as the Insurance Committee for acceptance. If approved by the Council(s) the sport may receive probationary status for up to three years. Upon the completion of the probationary period, an evaluation should be made as to whether to recommend the sport for National Committee status.

4. The Sport Council makes a motion for Congress to approve the sport. With the approval of Congress, the new sport has National Committee status, which include voting privileges as provided by the Code.

C. **Special Meetings.** The National Sport Committee may hold a Special National Sport Committee meeting in odd years subject to the following provisions :

1. The meeting is called by the Chair following approval of the National AAU.

2. The National AAU has the right to coordinate the meeting and pick the site for the meeting.

D. **Sport Committee Meeting Order (Agendas).** The Regular National Sport Committee meetings, Special National Sport Committee meetings, and National Sport Committee Special meetings shall follow the meeting order (agenda format) as established by Code (Bylaw 9.5).

## XIV. JUDICIAL PROCEDURES AND RULES [Amended 3/07]

A. **Introduction.** Article III of the AAU Constitution establishes the structure of the Judiciary of the AAU. The responsibility of the Judiciary is to enforce the provisions of the Code, in a

EXHIBIT F

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

manner that provides fairness to members of the Union. With this purpose, the following procedures and rules are established and are applicable to the Judicial Bodies of the AAU.

## B. Procedure during Hearings.

1. In hearings before an Infractions Committee, a Judicial Officer, a District Review Committee or National Board of Review hearings, the presiding officer will establish the order of presentation for the evidence. Usually, the complaining party will first present its case, and the defending party will then present evidence. Each party may be allowed an opportunity to ask questions of the witnesses. Committee members may question witnesses, and may comment on the evidence.

2. A party or witness may be represented by an attorney, or any other person chosen by them for that purpose.

3. The persons conducting the hearing are not required to be attorneys, and the parties are not litigants. Therefore, formal rules of procedure and evidence are not applied. The purpose of a hearing is to provide an opportunity for the presentation of facts in a fair and reasonable manner so that the hearing body can ascertain the truth, and determine appropriate remedies. Decisions will not usually be disturbed on procedural grounds if the above elements of protection are reasonably provided.

## C. Infractions Committees and Judicial Officers.
The proper administration of a sports event frequently requires an efficient and often quick determination of issues. The operating rules of each Sport Committee (National and/or District) may establish an Infractions Committee or may permit the appointment of one or more Judicial Officers to consider violations occurring in the sport.

1. **Appointment.** The Judicial Officers or Infractions Committees acquire jurisdiction only if the Sport Committee has adopted a written operating rule establishing the jurisdiction of the Committee/Officers at a Biennial Meeting. The Officer can be the District Sport Director or any other AAU member. The sport rule(s) may provide that the Sport Director may appoint the Committee/Officers.

2. **Jurisdiction/Authority.** The Committee/Officers can conduct an inquiry as to violations (including sport rules, entry requirements and/or operating rules) relating to the sport.

3. **Proceedings.** The Officer (or designated Committee member) may investigate the matter by interviewing witnesses, examining documents, and/or reviewing circumstances. When possible, written statements should be acquired. The person(s) or club being accused shall be notified that a complaint has been made, and the nature of the complaint. The accused shall be given an opportunity to present evidence on its own behalf. A formal/evidentiary hearing is not required, but the Officer should maintain notes and records regarding the inquiry.

4. **Decisions.** Decisions should be in writing, and delivered to the affected parties. District level decisions must advise that appeals can be made to the District Review Committee. National Committee rulings can be appealed to the National Board of Review.

EXHIBIT F

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Decisions are effective immediately unless a stay is issued by the appropriate appeal entity.

5. Infractions Committees and Judicial Officers in the field must act in a way that ensures the proper management of events, and Committee business. It is impractical to require these volunteers to be bound by a set of formal procedural requirements. However, it is essential to the proper function of the Infractions Committee/Officers that the parties accused receive reasonable notice of the charge, that an opportunity to be heard is provided, and that notice of the right to appeal is conveyed or delivered with the decision rendered. Decisions should not be reversed on procedural grounds if those elements of protection are reasonably provided.

## D. District Review Committees

1. **Jurisdiction.** A matter can come before a District Review Committee by either a complaint, appeal, or upon the exercise of original jurisdiction.

   a. **Complaints.** Any person or club can file a complaint with the Review Committee. The Chair of the Committee shall review complaints to determine whether there is reasonable cause to believe that a violation has occurred and that there are some facts to support the allegation. If such finding is made, the Chair shall schedule the matter for a hearing by the Committee. If no reasonable cause is found the complaint may be dismissed. If the Chair does not find reasonable cause, the case will be considered anyway, upon the request of at least three (3) Review Committee members.

   b. **Appeals.**
      1. Any decision by a District Infractions Committee or Officer may be appealed to the District Review Committee.
      2. Appeals must be in writing, received not more than 20 days after the decision is issued, and shall be delivered with an appeal fee of $100.00.
      3. The notice of appeal shall be delivered to the District Secretary who will notify the Review Committee Chair of the appeal, and forward the appeal fee to the District Treasurer.

   c. **Original Jurisdiction.** The Review Committee may exercise original jurisdiction to initiate a case when it finds reasonable cause to believe that a violation has occurred.

2. **Hearings.** The Review Committee Chair shall schedule hearings and notify the Committee members and parties to the case. Hearings shall be scheduled not more than 45 days from: a) the date that Notice of Appeal was received by the District Secretary, or b) from the date that reasonable cause is found on a complaint.

3. **Evidence.** The Chair shall preside at hearings, and shall rule on questions of evidence. The Chair may permit the introduction of any matter that is relevant to the facts of the case or the appropriateness of penalties. Evidence can be written or oral. Hearsay may be permitted. The Chair may make preliminary orders setting deadlines for submitting documents, witness lists or other appropriate parameters or limits to the evidence.

EX. A, PART 2

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

4. **Decisions.** Decisions must be in writing, and distributed to all affected parties within 20 days of the conclusion of the hearing. The Decision shall contain notice of the right to appeal to the National Board of Review. Any such notice shall be sent to the National Board of Review, c/o AAU, P. O. Box 22409, Lake Buena Vista, FL 32830. Decisions are effective immediately unless a stay is issued by the National Board of Review.

E. **National Board of Review.** Matters are presented to the National Board of Review by appeal, upon the exercise of jurisdiction as established by Code, or by complaints filed directly with the Board.

1. **Complaints.** A complaint is a statement in writing that alleges a violation of the AAU Code or AAU sport operating rule. Complaints received by the National Board of Review may be dismissed for lack of reasonable cause, referred to any other judicial body for action, or assigned to one or more hearing officers. The Chair, or persons delegated by the Chair may investigate facts of any matter before setting a hearing or referring the case.

2. **Appeals.**

    a. **Filing Requirements.** Appeals must be in writing and must be submitted within 30 days of the date of the Decision being appealed. An appeal fee of $250.00 (cashier's check or money order only) must be submitted with the appeal. The notice of appeal shall be delivered to and received by the National Office of the AAU within the appropriate time. The appeal fee will be refunded at the Chair's discretion.

    b. Appeals can be dismissed for lack of reasonable cause, referred to one or more hearing officers, or scheduled for hearing before the Board. In each case the Chair may issue evidentiary orders and set deadlines appropriate to the case.

3. **Original Jurisdiction.** The National Board of Review may act on its own initiative to exercise jurisdiction over any matter or controversy arising within the AAU except the acts of Congress. If the National Board of Review asserts jurisdiction, the matter is removed from the jurisdiction of any other judicial body.

4. **Hearing.** The Chair may schedule hearings, establish deadlines for submitting evidence, set parameters and limitations of evidence as appropriate.

5. **Evidence.** The presiding officer will rule on all evidentiary and procedural matters to allow the parties a fair opportunity to present relevant information to support their position. The presiding officer may permit only evidence relevant to the facts of the case or the appropriateness of penalties.

6. **Decisions.** Decisions will be in writing and will be distributed as directed by the Chair. The Decision shall contain notice of the right to appeal to the National Board of Appeals, c/o AAU, P. O. Box 22409, Lake Buena Vista, FL 32830. Decisions are effective immediately unless a stay is issued by the National Board of Appeals.

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

F. **Board of Appeals.**

1. **Jurisdiction.** The Board of Appeals only considers appeals from Board of Review decisions.

2. **Notice of Appeal.** Appeals must be in writing, must recite the grounds for appeal as set out in the AAU Code, must be filed within 30 days of the decision date, must be accompanied by an appeal fee of $500.00 (cashier's check or money order only), and must be submitted to the National Office of the AAU.

3. The Board of Appeals will usually decide the appeal upon a review of the records. However, the Board may choose to seek additional information, schedule a hearing, interview witnesses, or take any other measures deemed helpful in arriving at a decision.

4. Decisions will be in writing, and will be distributed at the discretion of the Chair. Appeal fees may be refunded at the Chair's discretion.

5. The standard of review will be whether there is substantial evidence to support the decision of the Board of Review.

G. **Interpretation and Application of Policy.** The Chair of the National Board of Review may issue directives, interpretations, advisories, and order to the judicial bodies or officers to assist in the proper application of the AAU Code, including its policies.

## XV. RE-DISTRICTING PROCEDURES.

A. Any change in District territory requires an amendment to AAU Bylaws in accordance with Article I of the AAU Constitution.

B. Districts wishing to change their geographic boundaries must submit a request for Bylaw change to the National Headquarters to the attention of the National Secretary at least sixty (60) days before the Biennial Meeting of Congress. The request shall include :

1. The territory that the District wishes to annex or discard.

2. Any existing District which this annexation or discardance may impact.

3. Rationale for the request.

C. Upon receipt of a proposed change, the National Office shall notify the Chair of the Legislation Committee and the Governor of any District impacted by the proposal. Impacted Districts may respond in writing to the Chair of the Legislation Committee with a statement of their support or opposition to the proposal.

D. The Legislation Committee deliberates the proposal and presents its recommendation to the Congress. As part of its deliberations the Legislation Committee may request a representative of all involved parties to appear before them.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

E. A District, after attempting to annex territory which is assigned to another chartered District, whose proposal fails, may not make a similar proposal for re-districting for at least four (4) years.

## XVI.  DISTRICT MANAGEMENT.

A. **Credentialing Eligible Voters at District Board of Managers meetings :** [Added 10/06]

   1. Reports from the AAU database are not disputable.

   2. The District Registrar and Secretary together must approve, or disapprove, submitted club designation forms.  If both the Registrar and Secretary agree on a decision, the decision stands.  If there is no agreement, the District Officers shall render a decision by majority vote.

B. **Credentialing Eligible Voters at District Sport Committee meetings :**

   1. Reports from the AAU database are not disputable.

   2. The District Sport Director, or the individual designated by the sport committing operating rules shall approve, or disapprove, all club designee forms.

C. District Filing of Minutes.  District minutes shall be submitted electronically using email. This applies to Board of Managers, Executive Committee and Sport Committee minutes.

## XVII.  EVENT POLICIES.

A. **Schedule Changes.** Participants in AAU events acknowledge that the dates and/or times (schedule for events may change.

B. **Age Group/Skill Levels/Weight Classes and other as Defined by the Event Flyer/Sport Committee Rules.** Participants in AAU events acknowledge that events may be subject to change.

C. The AAU or event operators may take action in the event of fighting, threats, abuse (physical and verbal) and disruptive behavior. Anyone involved in such incidents, including but not limited to athletes, non-athletes, parents, spectators, officials, vendors, or other event attendees, at an AAU licensed event may be removed from the event.  In addition the athlete(s) or teams associated with the persons involved in the incident may be disqualified from the licensed event.  Further, the AAU and/or Event Host reserve(s) the right, in their sole discretion to remove or deny entry of/to any participant, coach, and/or spectator from any Event (site/venue), practice or meeting.

D. **Medical Emergency.**  In the event of a medical emergency and in the in event there is not parent, guardian, or authorized person available, the event operator may (but is not required to) grant permission for emergency treatment/hospitalization if believed necessary.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**E. Event Housing Policy.**

1. **AAU Junior Olympic Games.** Participants in the AAU Junior Olympic Games must use hotel accommodations as advertised by the local host or its designee.   Any exemption to this policy must be submitted on the housing exemption form.

2. **National Sport Committee Events.** Participants in AAU National Championship events must use hotel accommodations as advertised by the local host or its designee.  Any exemption to this policy must be submitted on the housing exemption form.

3. **District Events.** An AAU Event Operator may make a request to the District Governor to approve the Event Operator's designation of certain hotel/motel properties not to be used by participants in the event operator's AAU licensed event.  The exact name and address of each property must be provided to the Governor.  If approved by the Governor, the Event Operator may reject entries of participants who reserve rooms in these designated properties.  Once the event begins, participants can be required to vacate the designated property in order to continue to participate.

**F. National Championship Event Hosts.** From the time a host organization submits a bid for a National Championship event, through the time the event is held, the host organization must maintain a club membership in the appropriate category for the entire year (365 days or 366 days in a leap year). If Host does not comply, the event may be removed.

**G. District Qualifier Medals.** AAU medals shall be used at any licensed district qualifying event. Medals must be purchased through the AAU medal program or the license shall be denied/voided. District Athletics Championships events may use the Sports for All Forever medals at their District Qualifiers.


## XVIII. Whistleblower Policy

It shall be the policy of the AAU and its subordinates not to retaliate against any employee who reports or discloses information in good faith that may contain evidence of (1) improper activity or (2) a condition that may significantly threaten health or safety. Such reports should be in writing and in any event shall be made to the Compliance Department at the AAU National Office.


## XIX. Document Retention Policy

It is and shall be the policy of the AAU and its subordinates that in regard to all documents, including but not limited to: hard copy, facsimile, and/or electronic media (or any other type of documentation, whether currently in existence or not) that all such documents, if related (or could reasonably be determined at the time of potential deletion/destruction to be related) to actual or potential litigation, shall be retained (i.e., not shredded, deleted, nor otherwise destroyed) during the pendancy of any such litigation or during the statue of limitations for any such potential litigation. Litigation for the purposes of this Policy shall include both civil and/or criminal matters, whether federal or state.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Any and all documents not related to litigation shall be kept for at least the statutory required time frame or the time frame, if any, as set by the AAU Audit Committee, whichever is longer.

The National AAU may require such records/documents be forwarded for storage to the AAU National Office at its sole discretion.

## XX.   Conflict of Interest Disclosure Filing

A. Conflict of interest disclosures shall be filed annually by electronic means.  See the AAU's website at   www.aausports.org in regard to details for filing.  Conflicts of interest are not prohibited per se, but are required to be reported.

B. **Notification.**  All Officers, Employees and Board members in addition to the above electronic filing/disclosure, shall notify the Board of Directors of any conflict(s), in regard to any situation involving a presentation to the Board relative to any product or service, wherein any direct or indirect interest in such product or service is held by such Officer. Employee, or Board member (or any family member thereof).

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX A

### GLOSSARY OF TERMS

1. **AAU.** AAU means the Amateur Athletic Union of the United States, Inc., the entire national organization. The AAU is a national organization composed of affiliated Districts, authorized to work with sport-oriented groups, in the administration and development of sports at all appropriate levels.

2. **AAU Code.** The AAU Code is the collective reference to the Constitution, Bylaws, National Policies, National Sport Committee rules, and District Sport Committee rules and regulations.

1. **Amateur.** Amateur is one who engages in athletic competition or exhibition solely for the pleasure and physical, mental or social benefits derived therefrom and to whom the sport is an avocation.

2. **Approved Sport.** A sport which meets the requirements as established by policy.

3. **Athlete.** A person who participates in an AAU sports activity as defined by the appropriate AAU Adult or Youth Sport Committee in regards to eligibility, rules, age, gender, etc..

4. **Attached.** An individual registered athlete becomes attached to an AAU club or team when the athlete participates as a club representative in a competition licensed by a District which includes two or more teams.

5. **Board of Directors.** The body which manages the business of the AAU between meetings of Congress.

6. **Board of Managers.** The governing body of a District.

7. **Charter.** An authorization of Congress to serve as the administrator of AAU programs in a District,

8. **Coach.** A person, who in behalf of a third party, instructs and/or leads one of more athletes. Coaches are chosen by said third party (parties) and not hired, selected, or appointed by the AAU. Coaches are not agents, employees, nor authorized spokespersons of the AAU.

9. **Congress.** The legislative body of the National AAU.

10. **District.** A group of clubs, organizations and individuals in a certain geographic area which has been chartered by Congress as a member of the AAU to provide administrative services for amateur sports and to foster AAU sport programs.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

11. **District Executive Committee.** The body which manages the business of the District between meetings of the Board of Managers.

12. **Judicial Bodies.** A collective reference to the Board of Review, Board of Appeals, District Review Committee, and Infractions Committees.

13. **Licensed Event.** The written approval of the AAU to authorize registered athletes to participate in a specific competition or activity.

14. **Membership.** An agreement to participate under the rules, regulations, Code, policies and procedures of the AAU. Membership entitles participation; it does not create agency, or authorize member(s) to be spokespersons(s) on behalf of the AAU.

15. **Non-athlete.** A person who participates in the AAU in an administrative role such as an Administrator, Bench Personnel, Coach, Instructor, Manager, Official, Team Leader, Tournament Director, Volunteer or other who supports the sport's activity but does not compete as an athlete.

16. **Operating Rules.** Policies and procedures regulating the committee structure and conduct of events within the jurisdiction of the entity.

17. **Registrar.** A District officer responsible for the oversight of the District memberships and event licensing.

18. **Registration.** The process of becoming a member of the AAU. An individual is registered when he has completed the appropriate and has paid the required fee to the District Registrar or other authorized person.

19. **Reinstatement.** The return of all, or limited, rights of membership.

20. **Transfer.** A change in an athlete's attachment, or club affiliation, from one club to another.

21. **Unattached.** An AAU athlete who represents no club member.

22. **Union.** The Amateur Athletic Union of the United States Inc.

23. **Youth Athlete.** Members of the AAU under the age of 21 as determined by the National Sport Committee.

24. **Zone.** A geographical section of the AAU that includes all Districts within that area.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

# APPENDIX B

## SPECIAL COMMITTEES

Awards Committee
Convention Committee
Hospitality Committee
Life Membership Committee
Library/History Committee
Personnel Committee
Sullivan Committee
Volunteer Services Committee

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX C

### LIST OF APPROVED SPORTS**

Aquatics (Youth Diving, Swimming, Water Polo)
Athletics (Cross Country, Multi-Events, Track and Field)
Badminton
Baseball
Basketball (Boys)
Basketball (Girls)
Basketball (Men)
Basketball (Women)
Baton Twirling
Bowling
Cheerleading
Chinese Martial Arts/Kung Fu
Cricket
Dance
Field Hockey
Fishing (from land-based platform – youth only)
Football (Flag, Tackle, 7-on-7, Football Cheer)
Golf
Gymnastics (Gymnastics, Freestyle Gymnastics)
Hockey (Floorball, Ice, Inline & Roller)
Judo
Jump Rope
Karate
Lacrosse
Powerlifting
Soccer
Softball
Sport Stacking
Surfing
Table Tennis
Taekwondo
Trampoline and Tumbling
Volleyball
Weightlifting
Wrestling

**\*\* Sport may be limited to a specific age or category of competition.**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX D

### ZONE ALIGNMENT

**Zone A:** New England, Adirondack, Niagara, Connecticut, Metropolitan, New Jersey, Middle Atlantic, Maryland, Potomac Valley, Western Pennsylvania, Virginia, Ohio, Lake Erie

**Zone B:** North Carolina, Southeastern, Southern, Gulf, Southwestern, Kentucky, South Texas, Georgia, West Texas, Florida, Florida Gold Coast, West Virginia, South Carolina, Puerto Rico

**Zone C:** Michigan, Wisconsin, Central, Ozark, Arkansas, Oklahoma, Missouri Valley, Nebraska, Montana, Iowa, North Dakota, South Dakota, Wyoming, Minnesota, Indiana

**Zone D:** Hawaiian, New Mexico, Colorado, Utah, Inland Empire, Pacific Northwest, Oregon, Alaska, Southern Pacific, Central California, Arizona, Pacific Southwest, Southern Nevada, Pacific

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX E

### MAP OF DISTRICTS
### APPENDIX E

**AAU Districts**



**KEY TO MAP OF DISTRICTS**

| | | |
|---|---|---|
| 2 New England | 22 Ozark | 42 New Mexico |
| 3 Adirondack | 23 Arkansas | 43 South Texas |
| 4 Niagara | 24 Southern | 44 Pacific Southwest |
| 5 Connecticut | 25 Gulf | 45 Georgia |
| 6 New York Metropolitan | 26 Southwestern | 46 Central California |
| 7 New Jersey | 27 Oklahoma | 47 West Texas |
| 8 Middle Atlantic | 28 Missouri Valley | 48 Arizona |
| 9 Maryland | 29 Nebraska | 49 Southern Nevada |
| 10 Potomac Valley | 30 Minnesota | 50 Florida Gold Coast |
| 11 Western Pennsylvania | 31 Montana | 51 West Virginia |
| 12 Virginia | 32 Colorado | 52 North Dakota |
| 13 North Carolina | 33 Southern Pacific | 54 South Dakota |
| 14 Florida | 34 Utah | 55 South Carolina |
| 15 Southeastern | 35 Inland Empire | 56 Alaska |
| 16 Indiana | 36 Pacific Northwest | 58 Wyoming |
| 17 Ohio | 37 Oregon | |
| 18 Lake Erie | 38 Pacific | |
| 19 Michigan | 39 Hawaiian | 61 Puerto Rico |
| 20 Wisconsin | 40 Iowa | |
| 21 Central | 41 Kentucky | |

**Amateur Athletic Union**

EXHIBIT F

**EX. A, PART 2**

E-FILED   2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

# 2015 AAU Codebook



## Sports For All, Forever

*[As of 2/18/15]*

EXHIBIT G

**EX. A, PART 2**

# THE CODE OF THE
# AMATEUR ATHLETIC UNION
## 2015 EDITION

## TABLE OF CONTENTS

| | | |
|---|---|---:|
| **Preamble** | | **1** |
| **Article I – Governance of the Union** | | **1** |
| A. Adoption and Amendments | | **1** |
| 1. Adoption | | 1 |
| 2. Amendments | | 1 |
| | a. Adoption Requirements | 1 |
| | b. Presentation | 1 |
| | c. Time and Form of Publication | 2 |
| | d. Consideration | 2 |
| | e. Urgent Amendment | 2 |
| | f. Housekeeping | 2 |
| B. Membership | | **2** |
| 1. Conditions for Membership | | 2 |
| 2. Categories | | 2 |
| | a. District Member | 2 |
| | b. Club Member | 2 |
| | c. Individual Member | 2 |
| | d. Allied Member | 2 |
| C. Congress | | **3** |
| 1. Composition | | 3 |
| | a. District Representatives | 3 |
| | b. Sport Committee Representatives | 3 |
| | c. National Officers | 3 |
| | d. Past Officers | 3 |
| | e. Allied Member Representatives | 3 |
| | f. Members-at-Large | 3 |
| 2. Powers | | 3 |
| 3. Votes | | 4 |
| D. Board of Directors | | **4** |
| 1. Composition | | 4 |
| 2. Powers | | 4 |
| E. Officers | | **4** |
| 1. Titles | | 4 |
| 2. Elections | | 4 |
| 3. Qualifications | | 4 |
| 4. Term of Office | | 5 |
| 5. Duties | a. President | 5 |
| | b. Vice-Presidents | 5 |
| | c. Secretary | 5 |
| | d. Treasurer | 5 |

**Table of Contents**     i

EXHIBIT G

**EX. A, PART 2**

|       |                                     |    |                                     |     |
|-------|-------------------------------------|----|-------------------------------------|-----|
| 6.    | Vacancies                           |    |                                     | 6   |
| 7.    | Emergency Powers of Officers        |    |                                     | 6   |

| F.    | Committees                          |    |                                     | 6   |
|       | 1. Administrative Committees        |    |                                     | 6   |
|       |                                     | a. | Finance Committee                   | 6   |
|       |                                     | b. | Insurance Committee                 | 6   |
|       |                                     | c. | Legislation Committee               | 7   |
|       |                                     | d. | Nominations and Elections Committee | 7   |
|       |                                     | e. | Redistricting Committee             | 7   |
|       |                                     | f. | Registration Committee              | 7   |
|       |                                     | g. | Committee Structure & Procedures    | 7   |

|       | 2. National Sport Committees        | a. | Chair                               | 8   |
|       |                                     | b. | Composition                         | 8   |
|       |                                     | c. | Removal/Replacement                 | 8   |
|       |                                     | d. | Meetings                            | 9   |
|       |                                     | e. | Voting                              | 9   |
|       |                                     | f. | Quorum                              | 9   |
|       |                                     | g. | Duties                              | 9   |
|       |                                     | h. | Dissolution                         | 10  |

|       | 3. Special/Ad Hoc Committees        |    |                                     | 10  |


**Article II – Governance of the Districts**                                         **11**

A. Adoption                                                                          **11**
   1. Amendments to Code not permitted                                               11

B. Charter                                                                           **11**

C. Name, Territory, Jurisdiction                                                     **11**

D. Objectives                                                                        **11**

E. Management                                                                        **11**
   1. Board of Managers                                                              11
|       |                                     | a. | Composition                         | 11  |
|       |                                     | b. | Duties                              | 11  |
|       |                                     | c. | Voting                              | 12  |
|       | 2. Executive Committee              |    |                                     | 12  |
|       |                                     | a. | Composition                         | 12  |
|       |                                     | b. | Duties                              | 12  |

|       | 3. Officers                         |    |                                     | 13  |
|       |                                     | a. | Titles                              | 13  |
|       |                                     | b. | Eligibility                         | 13  |
|       |                                     | c. | Term of Office                      | 13  |
|       |                                     | d. | Duties                              | 13  |
|       |                                     | e. | Removal                             | 14  |
|       |                                     | f. | Vacancies                           | 14  |

EXHIBIT G

**EX. A, PART 2**

4.  Meetings                                                                                    15
                            a.  Biennial                                          15
                            b.  Special                                           15
                            c.  Executive Committee                               15
                            d.  Notices                                           15
                            e.  Quorum                                            15
   5.  Committees                                                                 15
                            a.  Required Committees                               15
                                1.  Finance Committee                             15
                                2.  Nominations & Elections Committee             16
                                3.  Review Committee                              16
                                4.  District Sport Committees                     16
                                5.  Special Committees                            18
                            b.  Voting                                            18
                                                                                  19
   6.  District Championships
                            a.  Conduct Of                                        19
                            b.  Participation In                                  19

F.  Dissolution                                                                   19
   1.  District                                                                   19
   2.  District Sport Committee                                                   19

Article III – Judiciary of the AAU                                                20

A.  Judicial Entities                                                             20
   1.  National Board of Review                                                   20
                            a.  Composition                                       20
                            b.  Powers                                            20
                            c.  Jurisdiction                                      20
                            d.  Eligibility to Serve                              20
                            e.  Term of Office                                    20
                            f.  Vacancies                                         21

   2.  Board of Appeals
                            a.  Composition                                       21
                            b.  Powers                                            21
                            c.  Standard of Review                                21
                            d.  Congress Appellate Jurisdiction                   21
                                                                                  21
   3.  District Review Committee                a.  Composition                   21
                            b.  Powers                                            21
                            c.  Jurisdiction                                      21
                                                                                  22
   4.  Infractions Committees and Disciplinary                                    22
       Officers

B.  Authority                                                                     22
   1.  Fraud                                                                      22
   2.  Competing for Money                                                        22
   3.  Aid or Abet Disqualification of an                                         22
       Athlete
   4.  Doping                                                                     22
   5.  Aid or Abet Controlled Substance                                           22
       Use
   6.  Unfair Dealing in Competition                                              22
   7.  Violation of AAU Rules/Policies                                            22

EXHIBIT G

**EX. A, PART 2**

|  |  |
|---|---|
| 8. Aid or Abet Violation of the AAU Code | 22 |
| 9. Failure to Cooperate with AAU Judicial Body | 22 |
| 10. Act of Disturbance, Obstruction of a Competition, Disruption, Disrepute | 22 |
| C. Procedures | **23** |
| 1. Hearings | 23 |
| 2. Appeals | 23 |
| 3. Reinstatement | 23 |

**Bylaws of the AAU** — **24**

| 1. Official Emblem, Seal, National Office | **24** |
|---|---|
| 1.1 Official Seal | 24 |
| 1.2 Official Emblem | 24 |
| 1.3 National Office | 24 |

| 2. Fiscal and Legal | **24** |
|---|---|
| 2.1 Fiscal Year | 24 |
| 2.2 Bonds | 24 |
| 2.3 Bank Accounts and Depositories | 24 |
| 2.4 Checking, Savings & Depository Accounts | 24 |
| 2.5 Auditor and Auditor Report | 25 |
| 2.6 Budget | 25 |
| 2.7 Audit Committee | 25 |
| 2.8 Finance Committee Audits | 25 |
| 2.9 Accounts Receivable | 25 |
| 2.10 Investment Sub-Committee | 25 |
| 2.11 General Counsel | 26 |
| 2.12 Special Counsel | 26 |
| 2.13 Contracts | 26 |
| 2.14 Conflict of Interest | 26 |
| 2.15 Salaries | 26 |

| 3. Event License | **26** |
|---|---|

| 4. Membership | **27** |
|---|---|
| 4.1 Individual Membership | 27 |
| 4.2 Club & Individual Membership Applications | 27 |
| 4.3 Membership and Residency | 27 |

| 5. Dues, Fees, Reports and Remittances | **28** |
|---|---|
| 5.1 Dues and Fees | 28 |
| 5.2 District Reports | 28 |

| 6. Eligibility | **29** |
|---|---|
| 6.1 Youth Athlete Participation | 29 |
| 6.2 Club Attachment | 29 |
| 6.3 Transfers | 29 |

EXHIBIT G

**EX. A, PART 2**

7.  Competition                                                                    30
    7.1  District Championships                                                     30
    7.2  No Championship held in District                                           30
    7.3  Multiple Districts in One State                                            30
    7.4  Results                                                                    30
    7.5  Special Competition                                                        30
    7.6  Right of Entry                                                             30
    7.7  National Championship                                                      30
                                          7.7.1   Award                             30
                                          7.7.2   Championship Contracts            30
    7.8  Competition Outside the U.S.                                               30

8.  Districts and Chartering                                                        30
    8.1  District Membership                                                        30
    8.2  District Territories                                                       30
    8.3  Redistricting Territories                                                  31
    8.4  Inter-District    Sport    Management                                      31
         Agreements
    8.5  Names and Territories                                                      31
    8.6  Zone Alignment                                                             35
    8.7  Regional Alignment                                                         35

9.  Meetings, Notices, Voting                                                       36
    9.1  Meetings of the AAU of the US,                                             36
         Inc.
    9.2  District Representation to Congress                                        36
    9.3  National     Sport     Committee                                           36
         Representation to Congress
    9.4  Notice                                                                     37
    9.5  Order of Meetings                                                          37
    9.6  Rules of Order                                                             37
    9.7  Mail or Electronic Voting                                                  37

10.  Composition of Board of Directors                                             38
    10.1  The Officers                                                              38
    10.2  Zone Representatives                                                      38
    10.3  Administrative Chairs                                                     38
    10.4  Council Chairs                                                            38
    10.5  District Governors' Council                                              38
    10.6  National     Sport     Committee                                          38
          Representation
    10.7  Other  National  Sport  Committee                                         38
          Representation
    10.8  District Representation                                                   38
    10.9  Other District Representation                                             38
    10.10  Non-voting Members                                                       38
    10.11  Representation limits                                                    38

11.  National Councils                                                             38
    11.1  Youth Sports Council                                                      38
    11.2  Adult Sports Council                                                      39
    11.3  Past Presidents' Council                                                 39
    11.4  Zone Councils                                                             39
    11.5  District Governors' Council                                              39

EXHIBIT G

EX. A, PART 2

| | |
|---|---|
| 12.  Miscellaneous | **40** |
| 12.1  AAU James E. Sullivan Award | 40 |
| 12.2  Life Membership | 40 |
| 12.3  Indemnification | 40 |
| 12.4  Executive Director | 40 |
| 12.5  Substantial Compliance | 40 |
| 12.6  Glossary of Terms | 40 |
| **National Policies of the AAU** | **41** |
| I.   Membership Policy | **41** |
| A.  Agreement & Consent | 41 |
| B.  Binding Arbitration | 41 |
| C.  Indemnification/Assumption          of Risk | 42 |
| D.  Administrative Remedies | 43 |
| E.  Membership Limitations | 43 |
| F.  Misrepresentation | 44 |
| G.  Sport Agents, Agencies and Representatives | 44 |
| H.  Agency | 45 |
| I.  Waiver/Release/Authorization          to Use Likeness, Names, Voice and Words | 45 |
| J.  Notice of Claims | 45 |
| K.  Participation without Modification | 45 |
| L.  Residency | 45 |
| II.   Membership Data Policy | **46** |
| A.  Introduction | 46 |
| B.  Use of Membership Data | 46 |
| C.  Procedures | 46 |
| D.  Third Parties | 46 |
| E.  District Limitations | 46 |
| F.  Violation of Policy | 46 |
| III. Financial Policies | **46** |
| A.  Insufficient Fund Check Policy | 46 |
| B.  Purchasing Guidelines | 47 |
| C.  Solicitation of Funds | 47 |
| D.  Commission Guidelines | 48 |
| E.  National Sport Committee Finances | 49 |
| F.  AAU Credit Policy | 49 |
| G.  District Charter Late Fee | 50 |
| H.  Convention Hotel Policy | 50 |
| IV. Use of Marks and Logos | **50** |
| A.  AAU Registered Marks | 50 |
| B.  Use of Olympic Marks | 51 |

EXHIBIT G

**EX. A, PART 2**

V.      AAU Spokesperson                                               51

VI. Television/Webstreaming Rights for                                51
        National Events

    A.  Rights                                                        51
    B.  Guidelines for Allocation of                                  51
        Proceeds

VII.    Websites and Social Media                                     52

    A.  Website Content                                               52
    B.  Social Media                                                  52

VIII. Defense Policy                                                  52

IX. Management of Emergency Situations                               53

    A.  Spokesperson                                                  53
    B.  Protocols                                                     53

X.  Procedures    for    Nominations    and                          54
    Elections of National Officers, District
    Officers, District Sport Directors, and
    Other     District     Offices     and
    Recommendation of the National Sport
    Chair.

    A.  National Officers                                             54
    B.  District Officers                                             55
    C.  District Sport Directors                                      57
    D.  National Sport Chair                                          59

XI. Business Practices                                               60

XII.    Event License Policies                                       61

    A.  Practice                                                      61
    B.  Supervision                                                   61
    C.  Event License Categories                                      61
    D.  Event License Category Regulations                            61
    E.  National     Championship     Event                           61
        Licenses

XIII. Sport Committee Policies                                       62
    A.  Sport Status                                                  62
    B.  Procedures to Establish a New                                 62
        Sport
    C.  Special Meetings                                              62
    D.  Sport Committee Agendas                                       62

XIV.    Judicial Procedures                                          63

    A.  Introduction                                                  63

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

| | | |
|---|---|---|
| B. Procedures during Hearings | | 63 |
| C. Infractions Committees & Judicial Officers | | 63 |
| D. District Review Committees | | 64 |
| E. National Board of Review | | 65 |
| F. Board of Appeals | | 66 |
| G. Interpretation & Application of Policy | | 65 |

XV. Re-Districting Procedures .......... **66**

XVI.  District Management .......... **67**

A. Credentialling Voters for District Board of Managers Meetings .......... 67

B. Credentialling Voters for District Sport Committee Meetings .......... 67

XVII.  Event Policies .......... **67**

A. Schedule Changes .......... 67

B. Age Groups/Skill Levels/Weight Classes .......... 67

C. Right of Removal/Denial of Admission .......... 67

D. Medical Emergency .......... 68

E. Event Housing Policy .......... 68

F. National Championship Event Hosts .......... 68

G. District Qualifiers Medals .......... 68

XVIII. Whistleblower Policy .......... **68**

XIX. Document Retention Policy .......... **68**

XX. Conflict Interest Disclosure Filing .......... **69**

A. Disclosure .......... 69

B. Notification .......... 69

**Appendices** .......... **70**

A. Glossary of Terms .......... 70

B. Special Committees .......... 72

C. List of Approved Sports .......... 73

D. Zone Alignment .......... 74

E. Map of Districts .......... 75

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT



## CONSTITUTION OF THE
## AMATEUR ATHLETIC UNION OF THE UNITED STATES INC.
## (AAU)

### Preamble

*The AAU, being established to promote the benefits of participation in athletics and sports-related activities, hereby adopts this Constitution and Bylaws for the advancement of that purpose.*

## ARTICLE I

### GOVERNANCE OF THE UNION

#### A. Adoption and Amendments.

1. **Adoption.** This Constitution and Bylaws shall be effective immediately when approved at the Regular Meeting of Congress in accordance with legislative procedures in effect at the time of adoption. Persons holding any National or local office in the AAU organization at the time this Constitution is adopted shall remain in office for the term elected or until removed or replaced according to the provisions of the Code.

2. **Amendments.** The Constitution and Bylaws may be amended only by the Congress of the AAU under the following procedure(s) only:

   a. Amendments to the Constitution may be approved only upon the affirmative vote of three-fourths (3/4) of those members of Congress voting. The Bylaws may be amended upon the affirmative vote of two-thirds (2/3) of those members of Congress voting. Amendments become effective immediately upon approval unless otherwise specified at the time of adoption.

   b. **Presentation.** A proposed amendment may be submitted only by :

      1. A District member, after approval at its Biennial meeting.
      2. An elected Officer of the National AAU.
      3. The Board of Directors.
      4. The Chair of a National Sports or Administrative Committee.

   c. **Time and Form of Publication.** A proposed amendment to the Constitution or Bylaws must be received by the Secretary of the AAU in writing. The proposed amendment must be

**Article I**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

received at least forty-five (45) days before the next held Meeting of the Congress of the AAU at which it is to be submitted. The proposed amendment must be submitted in such a form  to show the entire section, subsection or paragraph as it will read if adopted. The proposed amendment shall be forwarded by the Secretary immediately to the Chair of the Legislation Committee.  A report of all proposed amendments must be mailed by the Secretary to each delegate to Congress at least thirty (30) days prior to the meeting of Congress.

**d. Consideration.** Proposed amendments to the Constitution and/or Bylaws must be submitted to the Legislation Committee for review. Upon completion of such review, the Legislation Committee shall present its recommendations to Congress.

**e. Urgent Amendment**. If considered urgent and necessary, the Legislation Committee may, by a majority vote, present amendments to the Constitution or Bylaws for consideration at any time during a meeting of Congress.  Approval of an urgent amendment requires an affirmative vote of three-fourths (3/4) of those members of Congress voting.

**f. Language, Stylistic, Housekeeping Changes**.  The Chair of the Legislation Committee is authorized to make language and stylistic changes to the Constitution and Bylaws to avoid inconsistencies of wording and conflicting provisions, to improve syntax, and correct grammatical and typographical errors. The Congress shall be notified of any changes and shall be presumed to have approved them unless it votes disapproval at its next meeting following notification.

**B. Membership.** Membership in the AAU is a privilege granted by the AAU. It is not a right. The AAU at its sole discretion reserves the right to accept or reject any applicant(s) for membership.

**1. Conditions for Membership.** Membership in any category may be granted only after an application is submitted and approved. By submitting an application, the applicant agrees to comply with all the provisions of the AAU Code, including its Constitution, Bylaws, Policies, procedures, regulations, and rules of the AAU.

**2. Categories**. Categories of membership in the AAU are as follows :

**a. District Member.** A District member is an organization chartered by the Congress to provide administrative services within a designated geographic area.

**b. Club Member.** A Club member is an organization or group that has been approved for membership after meeting the registration requirements of the Code.

**c. Individual Member.** An individual member is a person who has been approved for membership after meeting the registration requirements of the Code. Individual membership categories are :

    **1**. Youth Athlete.
    **2**. Adult Athlete
    **3**. Non-Athlete

**d. Allied Member.** An organization or group approved by Congress which is engaged in athletics or sports-related activities.

**Article I**

EXHIBIT G

2

**EX. A, PART 2**

**C. Congress.** Congress is the legislative body of the AAU.

1. **Composition.** The members of Congress shall be at least 18 years of age and shall consist of :

   a. **District Representatives.** Each chartered District shall automatically have as members of Congress three of its Officers of its own designation. In addition, the District shall elect from members of its Board of Managers at its Biennial meeting the number of members to the Congress as it is entitled based upon the formula established in the Bylaws.

   b. **Sport Committee Representatives.** Each National Sport Committee which holds a National Championship shall have as members of Congress such representatives as are appointed by the Chair. The number of members to the Congress is calculated using the formula established in the Bylaws. Sport Committees which have a negative fund balance and have not made satisfactory arrangements approved by a majority of the AAU Officers for payment, may have a voice but no vote in the proceedings of Congress.

   c. **The National Officers**

   d. **Past Officers of the AAU.** Each Past President, Past Vice-President, Past Secretary, and Past Treasurer shall be members of Congress.

   e. **Allied Member Representatives.** Each Allied member may appoint one representative to Congress.

   f. **Members-at-Large.** The President may appoint up to two (2) Members-at-Large to the Congress.

2. **Powers.** The powers of Congress are to:

   a. Amend the Code of the AAU.

   b. Elect the Officers of the AAU and the Zone Members of the AAU Board of Review.

   c. Establish dues and fees and to approve the budgets of the AAU.

   d. Establish AAU Districts.

   e. Grant, withhold, suspend, or revoke charters for District members.

   f. Approve AAU National Sport Committees, the National Sport Committee budgets and National Championship events.

   g. Remove Officers, Members of Congress, or members of the Board of Review or any other member of the AAU by a three-fourths (3/4) majority of those present and voting.

   h. Call Regular and special meetings of the AAU.

   i. Assume original jurisdiction in any matter or matters.

   j. Impose and enforce penalties for any violation of the Code.

EXHIBIT G

**EX. A, PART 2**

3

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**k.** Assume appellate jurisdiction to review any decision of the Board of Appeals.

**3. Vote(s) in Congress.**

    **a.** A member of Congress must be present to vote.

    **b.** A member of Congress may simultaneously represent more than one category of membership but may not represent more than one entity in any category. A member of Congress may not have more than two (2) votes.

**D. Board of Directors.**

    **1. Composition.** The composition of the Board of Directors shall be established in the Bylaw 10.

    **2. Powers.** The Board of Directors has the power to :

        **a.** Act for the AAU and on behalf of the Congress, subject to the approval of, or ratification of its actions by Congress, except that it cannot amend the Constitution or Bylaws.

        **b.** Establish by majority vote, national policies and procedures for the AAU which shall remain in effect until modified, amended, or deleted by the Board or Congress.

        **c.** Approve National Sport Committee operating rules and National Championship events.

        **d.** Nominate candidates from the Zones for the Board of Review.

        **e.** Approve the General Counsel of the AAU.

        **f.** Establish the check signing authority.

        **g.** Audit Treasurer's records.

        **h.** Review the budget of the AAU and submit it to Congress for approval.

        **i.** Elect members of the Nominations and Elections Committee.

**E. Officers.**

    **1. Titles.** The titles of the Officers of the AAU are: President, First Vice-President, Second Vice-President, Secretary, and Treasurer.

    **2. Elections.** The Officers will be elected by a majority vote of the members of the Congress casting ballots at the Biennial meeting. Elections for all officers will be conducted by written ballot under the supervision of the Nominations and Elections Committee. If there is only one candidate for a particular office, the vote for that office may be taken by a voice vote.

    **3. Qualifications.** Only members of Congress are eligible for election to an office.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

4. **Term of Office.** Each Officer shall serve for a term of four (4) years following election and/or until a successor is elected.

   a.  **Term Limits.** Each Officer may serve no more than two (2) consecutive terms of four (4) years in the same office. [Note: Term limit begin with the 2014 National Officer election.]

5. **Duties.** The duties of the Officers are:

   a.  **President**

      1. The President is the chief executive officer of the AAU.
      2. The President orders meetings of the AAU as provided in the Constitution and Bylaws and presides at all meetings of the AAU.
      3. The President may appoint Special Committees.
      4. The President appoints all Committee Chairs, except where provided otherwise in this Constitution.
      5. The President is an ex-officio member of all committees, except the Nominations and Elections Committee, the Board of Review and the Board of Appeals.
      6. The President, along with the National Secretary, signs all contracts and agreements of the AAU.
      7. The President may appoint at-large members to Congress, the Sport Committees, and Administrative Committees as provided in this Code. The President may appoint no more than five (5) delegates at-large to any Committee.
      8. The President names AAU representatives to organizations in which the AAU is a member.
      9. The President may call special meetings of Congress and/or the Board of Directors.
      10. The President has the right to exercise all the duties pertaining to his office in accordance with the AAU Code.

   b.  **Vice-Presidents.** The Vice-Presidents have such duties as assigned to them by the President.

   c.  **Secretary**. The Secretary has the responsibility to:

      1. Keep the official records of the AAU including but not limited to Congress and the Board of Directors.
      2. Conduct official correspondence of the AAU.
      3. Issue official notices of all meetings of the AA.
      4. Sign, along with the President, all contracts and agreements of the AAU.

   d.  **Treasurer.** The Treasurer shall have the duty and responsibility to oversee the following :

      1. Receipt and deposit of all monies of the AAU in to accounts in the name of the AAU.
      2. Execution of all checks, notes and drafts together with dual signatures when required by the Code.
      3. Payment of all bills approved by an authorized AAU Officer or by the Congress provided such bills are within the authorized current budget of the AAU.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **4.** Furnishing to the Finance Committee and/or Board of Directors when requested all monies, accounts, books, papers, vouchers and records pertaining to his office for audit or other purposes.

**6. Vacancies.** In the event of the death, resignation, removal or incapacity of an Officer, the vacancies shall be filled as follows :

    **a. President.** The First Vice-President becomes the President.

    **b. First Vice-President**. The Second Vice-President becomes the First Vice-President.

    **c. Second Vice-President.** The office remains vacant until the next meeting of the Congress, at which time Congress will fill the office for the remainder of any unexpired term.

    **d. Secretary.** The Board of Directors elects a successor to hold office until the next meeting of Congress at which time Congress will fill the office for the remainder of any unexpired term.

    **e. Treasurer.** The Board of Directors elects a successor to hold office until the next meeting of Congress at which time Congress will fill the office for the remainder of any unexpired term.

**7. Emergency Powers of Officers.** In the event of actual or potential emergency situations that require timely action, the Officers may by majority agreement  assume emergency powers to act in the best interest of the AAU in any manner necessary, which includes but is not limited to:

    **a.** Modify or suspend any rule, regulation or section of the AAU Code.

    **b.** Assume original jurisdiction in any matter materially affecting the AAU.

    **c.** Any action taken under this emergency provision will be effective until the next meeting of the Board of Directors. All emergency actions exercised shall be reported in writing in full detail by the Officers to the Board of Directors.  The Board may ratify, modify, rescind, suspend, or revoke any such action(s).

**F. Committees.** The types of Committees of the AAU are Administrative, Sport and Special (Ad Hoc).

    **1. Administrative Committees.** The Administrative Committees of the AAU are :

        **a. Finance Committee**.

            **1. Composition.** The majority of the Officers shall select five (5) members. The National Officers are Ex-Officio members of the Committee.

            **2. Duties.** To ensure the financial integrity of the Union by overseeing the financial matters of the AAU.

        **b. Insurance Committee.**

            **1. Composition.** The majority of the Officers shall select five (5) members. The Chairs of the Legislation Committee, Finance Committee, and the Registration Committee shall be members.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

2. **Duties.** The Committee shall assess the insurance needs of the AAU and evaluate and recommend to the President insurance programs.

#### c. Legislation Committee

1. **Composition.** The Committee will consist of a representative appointed by each District and up to two (2) at-large members appointed by the President.

**2. Duties:**

   a. To Committee receive, review and/or modify and/or initiate proposals for amendments to the Constitution and Bylaws consider and evaluate those proposals and present its recommendations to Congress.

   b. To consider and recommend to Congress all proposals on changes to Districts and Zones.

#### d. Nominations and Elections Committee

1. **Composition.** The Committee will consist of up to three (3) members who are elected to a four (4) year term in odd-numbered years by the Board of Directors.

2. **Duties.**

   a. To develop procedures for elections which upon approval by the Board of Directors shall become National Policy.

   b. To oversee and conduct all elections and matters which require a ballot.

   c. To review and approve or disapprove all campaign materials (including but not limited to eblasts, flyers, handouts, t-shirts, etc.).

#### e. Redistricting Committee

1. **Composition.** The majority of the Officers shall select five (5) members.

**2. Duties.**

   a. Develop procedures for redistricting which upon approval by the Board of Directors shall become National Policy.

   b. Consider and recommend to the Legislation Committee all proposals on territorial changes for Districts and Zones.

#### f. Registration Committee.

1. **Composition.** The Committee will consist of the elected Registrar of each District or a representative designated by the District Governor, plus the National Legislation Chair and in addition thereto up to two (2) at-large members appointed by the President.

2. **Duties.** To develop, review, and coordinate membership registration procedures and issue event licenses as provided by Bylaws and Policies.

#### g. Committee Structure and Procedures.

1. **Chairs**. The President of the AAU, upon approval by a majority of the National Officers, appoints the Chairs.

**Article I**                                                                                          7

EXHIBIT G

**EX. A, PART 2**

2. **Meetings.**
   a. Regular committee meetings are held in conjunction with the AAU Convention. They may be observed by any person registered for the Convention; however, such observers shall have no voice unless recognized by the Committee Chair. This shall not affect the Committee's right to meet in executive session whereupon observers may be excluded at the sole discretion of the Chair.
   b. Special meetings of a Committee are scheduled at the request of the Chair or upon the written request of at least one-half (1/2) of the committee members.
   c. **Voting.** At all meetings, only members of the Committee are permitted to vote. There shall be no voting by proxy. Each member of the Committee will have one vote.
   d. **Quorum.** A quorum consists of those voting members of the Committee that are present at the meeting.
   e. **Vacancies.** Vacancies occurring on any committee may be filled with the same procedure as provided for in the original appointment.

2. **National Sport Committees.** A Committee may be established to conduct the program in each sport approved by Congress. Criteria for the formation of a National Sport Committee shall be established by policy.

   a. **Chair.** National Sport Chairs shall be elected by their National Sport Committee at the committee meeting during National Conventions in which National Officers are elected.

      1. Terms are four (4) years.
      2. National election policies shall apply.
      3. National Sport Chairs may be removed for cause by a majority vote of the National Officers, subject to the Right of Appeal to the National Board of Review.
      4. The President, with the approval of a majority of the Officers may appoint a person to fill a vacant National Sport Chair position. The appointees will serve until the next regular or special meeting of the Sport Committee, at which time an election shall be held to complete the term.
      5. Upon approval, the election process of National Sport Chairs shall become effective immediately. The selection/recommendation process utilized during this Congress shall serve as the election process. (This provision shall be house-cleaned at the end of the 2015 membership year.)

   b. **Composition.** The Committee will consist of the following all of whom must be at least 18 years of age:

      1. The elected or appointed Sports Director of each District or a representative designated by the District Governor;
      2. National Sports Chair;
      3. The elected or appointed Executive Committee or committee chairs as defined by the sports operating rules;
      4. One (1) appointed representative from each Allied member that registers members in the sport;
      5. The President may appoint up to two (2) members-at-large.

   c. **Removal/Replacement.** A member of a Committee may be removed or replaced by the same procedure as provided in the original selection.

Article I                                                                                            8

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**d. Meetings.**

   **1. Regular.** Regular sports committee meetings shall be held in conjunction with the AAU Convention and as the Committee determines.

   **2. Special.** Special meetings of a Committee are scheduled at the request of the Chair or upon the written request of at least one half (1/2) of the Committee members.

**e. Voting.** Voting in the Committee shall be the National Sports Chair, the elected or appointed Executive Committee or committee chairs as defined by the sports operating rules, the elected or appointed Sports Director of each District or a representative designated by the District Governor and one appointed representative from each Allied member that registers members in the sport. The President may appoint up to two (2) members-at-large. Only representatives from Districts which registered a minimum of .5% (a half percent) of the total number of athletes in that sport, in the previous year, shall be allowed to vote in the National Sport Committee meeting.

**f. Quorum.** A quorum consists of the voting members of the Committee that are present at the meeting.

**g. Duties.** A National Sport Committee has the duty to :

   **1.** Adopt rules, procedures and operating policies relative to the conduct of the sport (including but not limited to competition rules, establishing National Championship qualification criteria, Committee governance, disciplinary procedures) and submits them to the Board of Directors for approval. If the Committee has established an Executive Committee, that Committee may review and approve competition rules for the sport in between meeting of the Committee.

   **a.** The National Sport Committee operating rules and procedures may only be amended by the National Sport Committee under the following procedure:

   **1.** Amendments may be approved only upon the affirmative vote of two-thirds (2/3) of those members of the National Sport Committee voting. Amendments become effective immediately upon approval unless otherwise specified at the time of adoption.

   **2.** Presentation. A proposed amendment may be submitted only by:

   **a.** A District Sport Committee after approval at its Biennial District Sport Committee meeting. Such approval must be reflected in the District Sport Committee meeting minutes).

   **b.** The applicable National Sport Chair.

   **c.** The National Sport Committee Executive Committee. Such approval must be reflected in the National Sport Executive Committee meeting minutes.

   **3.** Time and Form. A proposed amendment must be received by the National Secretary in writing. The proposed amendment must be received at least forty-five (45) days before the meeting of the National Sport Committee at which it is to be submitted. The proposed amendment must be submitted in such form to show the entire section, subsection or paragraph as it will read if adopted. The proposed amendment shall be forwarded at the direction of the Secretary immediately to the National Sport Chair. A report of all proposed amendments

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

must be mailed by the Secretary to each member of the National Sport Committee at least thirty (30) days prior to the meeting.

    **4.** Other/Floor Amendment. Amendments may be presented to the National Sport Committee for consideration at the time of the meeting. Approval of these amendments requires an affirmative vote of three-fourths (3/4) of those members of the National Sport Committee voting.

**2.** Prepare an annual budget to be reviewed by the Finance Committee and President and approved by Congress.

**3.** Conduct National Championships and other activities of the National Committee.

**4.** Establish an Executive Committee, the composition of which shall be established in the Committee Operating Rules. The Executive Committee shall act in behalf of the National Sport Committee between National Sport Committee meetings subject to the approval of the Committee except that it may not amend Sections of the National Sport Committee handbook that are incorporated from the Code.

**5.** Shall create and maintain a National Sport Committee handbook in which the operating rules, procedures and policies of the committee are set out. Handbooks shall be standardized for all sport committees.

**h. Dissolution.** Upon the dissolution of any National Sport Committee, the net assets of the Committee shall be transferred to the general fund of the AAU.

**3. Special Committees/Ad Hoc Committees.** The President or Congress may appoint Special Committees or Ad Hoc Committees and designate the responsibilities to further the interests of the AAU. The President shall appoint the Chair.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## ARTICLE II
## GOVERNANCE OF THE DISTRICTS

A. **Adoption.** Each District member shall adopt the provisions of this Article which are mandatory in their entirety and must be incorporated as each District's governance.

   1. **Amendments.** This Article cannot be amended by a District. Amendments adopted by the Congress shall be automatically binding upon each District.

B. **Charter.** The District shall comply with the terms of its charter, the AAU Constitution, Bylaws, and National Policies.

C. **Name, Territory and Jurisdiction.** The District shall operate with the name and territory designated by Congress. Districts shall exercise jurisdiction over its territory for the purpose of conducting the business of the AAU.

D. **Objectives.** The objectives of the District is to foster the mission of the AAU, protect and promote the mutual interests of AAU members, provide administrative services to sports-oriented groups, and conduct sport programs in approved sports.

E. **Management.**

   1. **Board of Managers.** The Board of Managers governs the District.

      a. **Composition.** The members of the Board of Managers shall be at least eighteen (18) years of age and shall consist of:

         1. Clubs representatives.
         2. Officers of the District.
         3. District Sport Directors.
         4. **At-Large.** Up to two (2) at-large members appointed by the Governor.

      b. **Duties.** The management of the business affairs of the District is the sole responsibility of the Board of Managers. At the Biennial Legislative meeting, the Board of Managers shall have the power and the duty to:

         1. Elect the following:
            a. Officers of the District;
            b. The Review Committee;
            c. The Nominations and Elections Committee and approve procedures for District elections;
            d. Delegates to the Congress of the AAU;
         2. Review and approve the budget of the District;
         3. Establish the dates of the Biennial Legislative and special meetings of the District.
         4. Establish policies and rules consistent with the Code and necessary for the management of the District;
         5. Approve action of the Executive Committee;

**Article II**

11

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

6. Nominate, by a majority vote, candidates for National Office; a nd
7. By a majority vote, propose to Congress amendments to the AAU Code.

**c. Voting.**

1. Each club which has registered at least five (5) individual members during the current year shall appoint one representative to serve on the Board of Managers. The representative shall be designated on the club membership application.
   a. The club may by written notice to the District Secretary withdraw its representative and substitute a new representative.
   b. Written notice to the District Secretary for the withdrawal of its representative and substitution of a new club representative must be received seven (7) days prior to the meeting date.
   c. Replacement representative shall be at least 18 years old on the date of the meeting.
2. There shall be no voting by proxy.
3. Each member of the Board of Managers shall have one vote unless the District selects weighted voting as set out below.
   a. The following system of weighted voting may be adopted by a District by a 2/3 vote at a District Biennial Legislative Meeting.
   b. Districts may assign weighted voting privileges to club representatives based on registered membership. One representative may cast all the votes to which the club is entitled.
      1. Each club shall receive one vote for the first five (5) members attached to the club. The club shall receive one additional vote for each additional fifteen (15) members attached.
4. A member of the Board of Managers is limited to voting for a maximum of two entities (i.e. Club Representative and in an individual capacity, such as a Committee Chair).

**2. Executive Committee.**

   **a. Composition.** The Executive Committee shall be comprised of the following members:

   1. Elected Officers of the District;
   2. The Director, or designee, of the District Sport Committee whose District Sport Committee has registered one percent (1%) or more of the total membership of the District. (Membership numbers will be determined utilizing the year-end total as supplied by the AAU National Office for the previous year.)
   3. The Chair of the Finance Committee.

   **b. Duties.** The Executive Committee has the power and duty to:

   1. Act for the District and the Board of Managers during the interval between meetings of the Board of Managers subject to the approval of the Board.
   2. Approve the date, time and location of the Biennial District Sport Committee Meeting;
   3. Approve the District Sport Committee operating rules.

**Article II**                                                           12

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

4. Fill a vacancy occurring in an elected office. The appointment shall be effective until the next Board of Managers meeting where an election will be held to fill the balance of the unexpired term.
5. Schedule the time and location of the Board of Managers Biennial Legislative Meeting.
6. Review accounts of the District Treasurer.
7. Receive and file District Sport Committee budgets.

## 3. Officers.

a. **Titles.** The District Officers are Governor, Lieutenant Governor, Registrar, Secretary, and Treasurer. The Board of Managers may approve the establishment of additional District Officers. No individual may hold more than one office at the same time.

c. **Eligibility.** Only members of the Board of Managers are eligible to hold office.

d. **Term of Office.** Each Officer shall serve a term of four years or until his successor is chosen.

e. **Duties.** The duties of the Officers are:

1. **Governor.** The Governor presides at all meetings, appoints Committees, calls special meetings, and performs any other duties that pertain to the office of Governor.

2. **Lieutenant Governor.** The Lieutenant Governor has duties as assigned by the Governor.

3. **Secretary.** The Secretary shall:

   a. Keep the records of the District, including but not limited to the minutes of all District Board of Managers and Executive Committee meetings and copies of all District Sport Committee meetings and District Sport Committee Operating Rules.

   b. Issue or approve issue of all District and District Sport Committee meeting notices. Forward a copy of District Board of Managers notices to the National Office.

   c. Prepare meeting minutes for approval at all Board of Managers and District Executive Committee meetings. Forward a copy of all minutes to the National Office.

   d. Prepare a report of activities for the District Board of Managers Biennial Legislative meeting.

   e. Prepare and submit the District reports required by the Constitution and Bylaws.

   f. Turn over all minutes and records to the succeeding Secretary upon end of term of office.

EXHIBIT G

**EX. A, PART 2**

4. **Treasurer.** The Treasurer shall be responsible for and oversee the following:

   a. Payment or authorization of payment of the District membership (charter) fee to the National Office.

   b. Receipt and deposit of all monies of the District into District accounts.

   c. Payment of all bills approved by an authorized officer or by the Board of Managers provided they are within the authorized current budget of the District.

   d. Execution of all checks, notes, and drafts as prescribed by District policy.

   e. Preparation of the District's financial report (including budget) to the Board of Managers.

   f. Comply with the requirements of the AAU Business Practices by in filing the required District and Sport Committee IRS 990 forms. A copy of the form(s) shall be available at the District's Biennial Legislative Meeting.

   g. Consult with the Finance Chair to prepare the District's budget.

   h. Furnish to the Board of Managers or Finance Committee when requested all monies, accounts, books, papers, vouchers and records pertaining to the office for audit or other purposes, and turn over all records to the successor when elected.

5. **Registrar.** The Registrar shall:

   a. Review and then approve or deny applications for membership.

   b. Credential eligible voters at all District Board of Managers meetings (as outlined in National Policies.)

   c. Monitor any event to assure compliance with AAU requirements.

   d. Insure a quorum of voting members exists at all management meetings and submit a credentials report to the District Secretary.

   e. Consider the transfer of athletes pursuant to the Bylaws.

6. **Additional Officers.** The duties of additional officers as established by the Board of Managers shall be specified by the Board of Managers.

f. **Removal.** An elected Officer may be removed by a two-thirds (2/3) vote of the Board of Managers at the Biennial Legislative meeting, provided that the Notice of the meeting specifies that a motion to remove is on the agenda or on the order of the National Board of Review following the filing of a complaint and the Board's proceedings. [Rev. 10/07]

g. **Vacancies.** In the event of the death, resignation, removal or incapacity of an officer, the District Executive Committee shall appoint an individual to serve in the position until

EXHIBIT G

**EX. A, PART 2**

the next Board of Managers meeting where an election will be held to fill the balance of the unexpired term.

**4. Meetings.** The meetings of the District are:

**a. Biennial Legislative Meeting.** The Biennial Legislative meeting of the Board of Managers shall be held during the month of May or June in even years on a date selected by the Board of Managers two years in advance. If the Biennial Legislative meeting minutes do not reflect the date of the next Biennial Legislative meeting, the date shall be the first Saturday or Sunday in June. The Executive Committee shall select the time and location of the meeting.

**b. Special.** The Board of Managers shall have special meetings upon the call of the Governor or upon the written request of at least one-third (1/3) of the Board of Managers.

**c. Executive Committee.** The Executive Committee shall meet at least once a year and at other times as it may designate.

    **1.** The Executive Committee shall have designated meetings upon the call of the majority of the Officers or by written request of 1/3 of the Executive Committee.

**d. Notices.**

    **1. Time.** Notice of the Biennial Legislative or special meetings of the Board of Managers shall be given by the District Secretary, to all members at least thirty (30) days before the meeting (but no more than sixty (60) days.) . Notice for meetings or the District Executive Committee shall be not less than fifteen days or more than thirty (30) days.

    **2. Information.** The notice of a meeting shall contain the time, date, and site. For special meetings the purpose shall be given.

    **3. Address.** The Notice shall be sent to the electronic address last given to the National Office by each member entitled to Notice who has furnished an electronic address.

**e. Quorum.** At all meetings of the Board of Managers, a quorum shall consist of representatives from at least five (5) member clubs. At all meetings of the Executive Committee, a quorum shall consist of twenty percent (20%) of its members.

**5. Committees.**

**a. Required Committees.** Each District shall have the following Committees:

**1. Finance Committee.**

    **a. Composition.** The Governor appoints the members and the Chair. The District Treasurer may not act as Chair of the Finance Committee.

    **b. Duties.** The duties of the Finance Committee are to:

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **1.** Examine the accounts of the Treasurer, and report to the Executive Committee;

    **2.** Prepare the budget of the District and provide it to the Board of Managers for approval.

## 2. Nominations and Elections Committee.

    **a. Composition.** The Board of Managers shall elect three (3) members to the Nominations and Elections Committee who shall serve a term of four (4) years. The Chair of the Committee shall be appointed by the Governor from among the elected members.

    **b. Duties:** The duties of the Nominations and Elections Committee are to conduct the election for District Officers, delegates to Congress, Review Committee and the Nominations and Elections Committee. The Committee shall follow the election procedures established by National Policy.

## 3. Review Committee

    **a. Composition.** The Board of Managers shall elect three (3) members to the Review Committee, who shall serve a term of four (4) years. The Chair of the Committee shall be appointed by the Governor from among the elected Committee members. No more than two (2) members may be from the same sport.

    **b. Duties.** The duties of the Review Committee are :

        **1.** Investigate and review complaints regarding violations of the AAU Code, and to conduct hearings in accordance with Article III and procedures established by National AAU Policy.

        **2.** Upon the request of the applicant, review any decision of the Registrar to deny a membership application.

        **3.** The Committee may delegate in writing its authority to a Sport Director, or Sport Infractions Committee, subject to the right of parties to appeal to the Committee.

**4. District Sport Committees.** In each approved AAU sport in which the District has athletes actively participating, there may be a Committee to manage competition within the District.

    **a. Composition.** The District Sport Committee shall include the following :

        **1.** Each club member which registers at least five individual members in the sport shall have one representative on the District Sport Committee;

        **2.** District Sport Committee Officers and Chairmen of Committees as defined by that sport's operating rules. [Added 10/07]

        **3.** The Governor may appoint up to two (2) at-large members.

EXHIBIT G

**EX. A, PART 2**

**b. Duties.** The duties of the District Sport Committee are to :

  1. In even years, hold a Biennial meeting, the date, time and location of which shall be approved by the District Executive Committee. [Added 10/08]
  2. Adopt at the Biennial Meeting, rules of operation of the Committee to be submitted to the Executive Committee for approval and which shall not conflict with the provisions of the AAU Constitution, Bylaws, National Policies or National Sport Committee rules.
  3. Determine whether to establish a Committee operating account and if so to comply with all relevant AAU procedures and policies.
  4. Conduct of the District championships.
  5. If the District Sport Committee is organized as an administrative club under the AAU, it shall annually file the Location of Assets Report with the District Office, and forward a copy to the National Office.

**c. District Sport Director.** In each approved sport in which the District has athletes actively participating, there may be a Director.

  1. **Election.** In each sport committee in which five or more club members have designated the sport as its primary sport, the Director shall be elected by the Committee at its Biennial Meeting. The District Sport Director takes office upon election.

  2. **Appointment.** When there are fewer than five clubs registered to the Sport, the Sport Director may be appointed by the Governor with the approval of the National Sport Committee Chair. The District Sport Director takes office upon appointment.

  3. **Term of Office.**

      a. The term of office for an elected District Sport Director shall be four (4) years to run concurrently with the District Officers.
      b. The term of office for an appointed District Sport Director shall be one year; or until removed by the Governor; or until the Sport Committee has met the criteria to elect a Director.
      c. **Vacancies.** A vacancy occurring in a District Sport Director position shall be filled by the Governor with the approval of the National Sport Committee Chair.

  4. **Duties.** The Sport Committee Director shall :

      a. Develop a budget for the Sport Committee to file with the District Executive Committee if required;
      b. Perform the duties set forth in the Committee Rules of Operation.
      c. Approve event licenses in the sport.
      d. Maintain the records of the District Sport Committee, including but not limited to the minutes of all meetings, the budget, location of assets report (if required), and the District Sport Committee operating rules. [Added 10/08]
      e. Preside at Sport Committee meetings ;

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **f.** Prepare, or have prepared, meeting minutes (which shall be approved at all District Sport Committee meetings). Forward a copy of all minutes to the National Office and District Secretary no later than 30 days following the District Sport Committee meeting. District Sport Directors who do not comply may be removed by the National Board of Review Chair. [Added 10/08]

    **g.** File a copy of all records with the District Secretary and the AAU National Office Compliance Department no later than 30 days following District Sport Committee meetings. District Sport Directors who do not comply may be removed by the National Board of Review Chair. [Added 10/08]

    **h.** At the conclusion of service as Sport Director turn over all records to the successor to the position.

**5. Removal.** District Sport Directors may be removed as follows:

    **a. By District Sport Committee.** An elected Sport Committee Director may be removed by a two-thirds (2/3) vote of the Sport Committee at the Biennial meeting provided that the Notice of the meeting specifies that a motion to remove is on the agenda.

    **b. By National Sport Chair.** Each National Sport Chair shall annually review the number of events held in their sport. If the number of licensed events, excluding practice licenses, are below five (5), the National Sport Chair may remove the District Director with the consent of the Governor. If the District Governor does not agree with the removal, the President shall appoint an arbiter who will make the final decision which shall be binding.

    **c. By National Board of Review.** An elected Sport Director may be removed by order of the National Board of Review following the filing of a complaint and the Board's proceedings.

**d. Meetings.**

    **1. Notice.** Notice of Biennial Meeting of the District Sport Committee will be given by the District Secretary, to all clubs with members registered in the sport.

        **a. Timing of Notice.** Notice shall be sent not less than thirty (30) days prior to the meeting (or more than sixty (60) days).

    **2. Quorum.** Five (5) member clubs with voting eligibility must be present to constitute a quorum of the Biennial Sport Committee meeting.

**5. Special Committees/Ad Hoc Committees.** The Governor or Board of Managers may appoint Special Committees or Ad Hoc Committees and designate the responsibilities to further the interests of the District. The Governor shall appoint the Chair.

    **e. Voting.** Each club which has registered at least five (5) individual members in the sport during the current year shall appoint one (1) representative to serve on

EXHIBIT G

**EX. A, PART 2**

the District Sport Committee. The representative shall be designated on the club membership application.

1. The club by written notice to the District Sports Director may withdraw its representative and submit a new club representative. Written notice to the District Sports Director of the withdrawal and replacement must be received seven (7) days prior to the meeting. The Club Replacement shall be at least eighteen (18) years of age as of the date of the meeting.
2. There shall be no voting by proxy.
3. Each member of the Sports Committee shall have one vote unless weighted voting has been established.

   a. **Weighted Voting.** The following system of weighted voting may be adopted by a Sports Committee by a two-thirds (2/3) vote at a District Sport Committee Biennial Meeting. Weighted voting privileges may be assigned to a club based on registered membership in the sport. One representative may cast all the votes to which the club is entitled.
      1. Each club shall receive one (1) vote for the first five (5) members attached to the club. The club shall receive one (1) additional vote for each additional fifteen (15) members attached.

### 6. District Championships.

   a. District Championships shall be conducted in accordance with National Sport Committee rules.

   b. District Championship participation shall be open to any member athlete or club who fulfills the entry requirements. The District Sport Committee may not establish special eligibility criteria beyond the rules and regulations established by the National Sport Committee.

**F. Governance of Non-Chartered Districts.** The National Office shall manage non-chartered Districts.

### G. Dissolution.

1. **District.** Upon dissolution of a District member, the net assets will not inure to the benefit of any private shareholder, individual or corporation, but will be distributed to the Amateur Athletic Union of the United States, Inc. If the Amateur Athletic Union of the United States, Inc. is not then in existence, the assets of the District shall be distributed to another organization operated exclusively for exempt purposes as described under IRS Code Section 501(c) or corresponding sections as may from time to time be in force.

2. **District Sports Committee.** Upon the dissolution of any District Sport Committee, the net assets of the committee shall be transferred to the District.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

# ARTICLE III
## JUDICIARY OF THE AAU AND ITS ADMINISTRATIVE REMEDIES

A. **Judicial Entities.** The Judicial Entities of the AAU shall enforce the provisions of the AAU Code and ensure that members and affiliates are afforded due process by this Code.

### 1. National Board of Review

    a. **Composition.** The National Board of Review shall consist of a maximum of five (5) members of the AAU composed as follows:

        1. The President shall appoint the Chair from a panel of three (3) candidates nominated by the Board of Directors.

        2. The Board of Directors shall nominate two (2) resident members from each of the four (4) zones from which Congress shall elect one (1) member from each zone.

    b. **Powers**: The National Board of Review has the powers to:

        1. Upon its own initiative, or pursuant to an appeal or a complaint, investigate any act or omission regarding violations of the AAU Constitution, Bylaws, Policies or Sport Rules.

        2. Require the production of documents, oral or written statements, or any information or material relative to any matter before the Board.

        3. Dismiss a complaint or appeal or conduct hearings and enter decisions relative to any matter before the Board.

        4. Vacate, modify, sustain, or reverse any decision, mandate or order or refer matters to another entity for resolution.

        5. Impose and enforce penalties, which may include but are not limited to suspension, expulsion, probation, fines, or disqualification.

        6. Assess costs and expenses against the party creating such expenses.

        7. Order an audit of a District, and depending upon the findings of the audit, refer cases for civil and/or criminal proceedings.

        8. Establish, amend, rescind, interpret, review and enforce rules and procedures utilized by the AAU judicial bodies.

        9. Interpret and enforce the provisions of the Constitution, Bylaws and National AAU Policies.

    c. **Jurisdiction.** The Board of Review may review any decision, action, or omission by a member or other entity (other than the Congress) which is a part of the Union or any of its activities. The Board of Review may exercise original jurisdiction in any matter including the actions or omissions of a District member.

    d. **Eligibility to Serve.** Any member of the AAU shall be eligible to serve on the Board of Review except voting members of the Board of Directors, members of the Board of Appeals, and National Sport Committee Chairs.

    e. **Term of Office.** Members of the Board of Review shall serve until their terms expire, or until they resign, become disqualified, or are removed by a three-fourths (3/4) vote of the Congress. The term of office for those elected shall be four (4) years. The term of

EXHIBIT G

**EX. A, PART 2**

office for the appointed chair shall be six (6) years. All members of the Board of Review shall be eligible for re-election or re-appointment.

**f. Vacancies.** Vacancies on the Board of Review may be filled by the President who will appoint a member to serve until the next meeting of Congress at which time the vacancy shall be filled as prescribed in this article.

## 2. National Board of Appeals.

**a. Composition.** The National Board of Appeals shall be composed of the Chair of the Legislation Committee, the Chair of the Registration Committee and three other members of the AAU appointed from time to time by the President. The Chair of the Legislation Committee shall act as Chair.

**b. Powers.** Any decision of the National Board of Review may be appealed to the National Board of Appeals. The National Board of Appeals may:

1. Vacate, modify, sustain, reverse or remand any decision of the Board of Review in which the appellant sustains one or more of the following bases of appeal:
   a. Misapplication or misinterpretation of AAU Code or policies;
   b. Newly discovered evidence;
   c. Findings of fact contrary to the evidence presented; or
   d. Excessive penalties.

2. Assess costs and expenses against the unsuccessful party.

**c. Standard of Review.** The standard of review of the Board of Appeals shall be whether there is substantial evidence to uphold the decision of the Board of Review and/or whether the Board of Review abused its discretion.

**d.** The Congress may assume appellate jurisdiction to review any decision of the Board of Appeals at the next regularly scheduled meeting of Congress.

## 3. District Review Committee

**a. Composition.** The Board of Managers shall elect three (3) members to the Review Committee, who shall serve a term of four (4) years. The Chair of the Committee shall be appointed by the Governor from among the elected Committee members. No more than two (2) members may be from the same sport.

**b. Powers.** The District Review Committee powers are:

1. Investigate allegations regarding violations of any regulation to which District members are subject;
2. Review any decision of a District Committee;
3. Hold hearings in accordance with procedures established by the National Board of Review.
4. Impose penalties, which may include suspension, expulsion, censure, reprimand, fines, restitution, warning, probation, or other appropriate penalty.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **c. Jurisdiction.** Complaints against club or individual members of the AAU in regard to a matter at the District level may be heard by the Review Committee.

**4. Infractions Committees and Disciplinary Officers.** If provided for by its operating rules, National Sport Committees and District Sport Committees may designate individuals as disciplinary officers, or establish an Infractions Committee for the purpose of enforcing the rules of the sport. The authority of such officers or committee is subject to the requirements of this article of due process and the right to appeal.

**B. Authority.** The appropriate judicial body may exercise its authority as to any member, entity, or affiliate of the AAU which is determined to have violated the AAU Code including but not limited to the following:

    **1. Fraud.** The falsification of the truth for the purpose of participation in any competition, or acts of deceit, misrepresentation, concealment, or a misstatement of fact or intention.

    **2. Competing for Money.** Under no circumstances will the AAU allow, approve, or encourage any awards, prizes or payments that would violate any rules or restrictions established by the State or local school districts for sports activities under their jurisdiction; nor will any such presentation be provided in any sport that would act to negate the ability of an athlete to receive college athletic scholarship in that sport.

    **3.** Aid or abet any athlete to disqualify himself.

    **4. Doping.** Doping or the use of drugs before or during competition is prohibited. Doping is the administration of or the use by a competing athlete of any substance foreign to the body or of any physiological substance taken in abnormal quantity or taken by an abnormal route of entry into the body, with the intention of increasing performance in competition in an artificial and unfair manner.

    **5.** Aid or abet the use of controlled substances or doping by athletes.

    **6.** Unfair dealing in connection with athletic competition.

    **7.** Violation of AAU rules or policies.

    **8.** Aid or abet any person to violate the AAU Code. A club member may be held responsible for violations by persons acting as a representative of the club.

    **9.** Fail to cooperate with an AAU Judicial Body relative to the investigation of any matter; or fail to give evidence in any inquiry when so directed by the Judicial Body.

    **10.** Any act which disturbs or obstructs a competition or which disrupts the interests of the AAU, or which brings the AAU into disrepute.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## C. Procedures.

1. **Hearings.** If a Judicial Body finds reasonable cause to believe the AAU Code has been violated, it shall provide an opportunity for a hearing to the person(s) or entity charged before making any decision or imposing any penalty.

   a. Hearings may be waived by the party entitled to the hearing.

   b. Reasonable notice must be given of the violation(s) charged, and the time, place and format of the hearing.

   c. The Board of Review shall establish standard operating procedures for the Judicial Bodies, which upon approval by the Board of Directors shall become National Policy.

2. **Appeals.** Any decision of an AAU entity (except Congress) may be appealed to the appropriate Judicial Body. The Board of Review shall establish standard appeal procedures which upon approval by the Board of Directors shall become National Policy.

3. **Reinstatement**. Any member or other entity which has been disqualified, suspended, or made ineligible, may seek reinstatement by submitting an affidavit and petition to the body which rendered the decision, setting forth the grounds for the request for reinstatement.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

# BYLAWS

# OF THE

## AMATEUR ATHLETIC UNION USA, INC.

### BYLAW 1. OFFICIAL EMBLEM, SEAL, NATIONAL OFFICE.

**1.1** The Official Seal of the AAU is two concentric circles approximately 1 ½" diameter and 1 7/8" diameter, respectively with a design representing "Fortuna" approximately "1-¼" high center in the circular rings. The words "Amateur Athletic Union of the United States MDCCCLXXXVIII" approximately 3/32" high are inscribed in a partial circle around the seal at a radius of approximately 5/8".

**1.2** The Official Emblem of the AAU is a modified Heraldic shield outlined in gold with the upper part of the field (chief) containing the letters "AAU" in red with a white background superimposed on a blue field. A gold line separates the "chief" field from the bottom of the shield. Seven red and six white vertical bards of equal width alternately extend from the base of the "chief" field downward to the gold peripheral outline. Superimposed on these vertical bars is the letters "USA" in white on a blue bar extending diagonally from the "dexter flank" to the "sinister base." The blue diagonal bar is also outlined in gold.

**1.3** Congress shall select a location for the business office of the AAU which shall be known as AAU National Office.

### BYLAW 2. FISCAL AND LEGAL.

**2.1 Fiscal Year.** The fiscal year of the AAU is September 1 through August 31.

**2.2 Bonds.** Corporate fidelity bonds shall be obtained in a form and amount approved by the Board of Directors, indemnifying the AAU against losses resulting from infidelity, defalcation or misappropriation, fraud, and/or theft by the National Officers, and/or Districts Officers, and all employees and/or agents, of funds, property or assets owned by or under the control of the AAU. Upon recovery, if any, such funds or property shall be restored to the AAU entity (ies) which suffered the loss; or, if more than one (1) such entity – and, if recovery is less than 100%, any such restoration shall be on a pro rata basis.

**2.3 Bank Accounts and Depositories.** The Board of Directors shall designate depositories for the funds, property, and assets belonging to or under the control of the AAU and by title designate the persons who are responsible for the control of such assets.

**2.4 Checking, Savings and Depository Accounts.** All cash receipts must be deposited in to a designated checking account (in the General Fund). Funds on deposit in this bank account can be withdrawn only by check or letter of transmittal with the signature of any two (2) Officers (President, Vice-Presidents, Secretary or Treasurer), or their designees. Other assets or property of the AAU may be physically transferred from one financial institution to another by action of the Board of Directors.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**2.5 Auditor and Audit Report.** The Board of Directors shall select a Certified Public Accountant to audit the books and financial records of the AAU for the ensuing year. The auditor submits its report to the Board of Directors through the Finance Committee. A copy of the audit report shall be made available to each member of Congress at the next Meeting.

**2.6 Budget.** Budgets shall be prepared by the Treasurer, provided to the Board of Directors for review and submitted to Congress for approval at the Meeting.

  **2.6.1** The Finance Committee may review and revise the budget of the Union submitted by the Treasurer and Staff for the ensuing year.

  **2.6.2** The Finance Committee shall assist and advise the Officers and Staff in the planning function concerning long-term budgets, capital expenditures and long-term financial obligations, and keeping Congress regularly informed of the general financial status of the Union.

### 2.7 Audit Committee

  **2.7.1 Composition.** The Audit Committee shall consist of three (3) members appointed by the President. One of the members is required to be a Certified Public Accountant (CPA).

  **2.7.2 Duties.** To fulfill the requirements as set out under IRS guidelines for taxes and organizations which include a review of the AAU's form 990.

### 2.8 Finance Committee Audits.

  **2.8.1** Within a reasonable time after the end of the fiscal year and the completion of the outside audit, the Committee may audit and examine the accounts of the Treasurer. A report on the fiscal year will be made to the Board of Directors at the next meeting occurring after the close of the fiscal year and the completion of the outside audit.

  **2.8.2** Examine the accounts of the Treasurer at any times as requested by the Congress and reports to the Congress, and can in such cases require the Treasurer to turn over all records pertaining to the office.

  **2.8.3** The Finance Committee shall approve the financial audit by an outside accounting firm.

**2.9 Accounts Receivable.** The Finance Committee may analyze the accounts receivable and recommend a final disposition of such accounts as may appear uncorrectable.

**2.10 Investment Sub-Committee.** The Finance Committee may establish an Investment Sub-Committee.

  **2.10.1 Composition.** The Sub-Committee shall consist of the Treasurer, the Chair of the Finance Committee, and two (2) at-large members appointed by the President.

  **2.10.2 Duties.** Has authority over and controls the investment and reinvestment, purchases, sale and management of securities and other invested assets of the AAU.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**2.11   General Counsel.** The President, with the approval of a majority of the Board of Directors, may select a member of the legal profession as General Counsel. General Counsel advises and consults with the Officers and agents of the AAU, renders legal advice and assistance as may be requested, and performs any other duties delegated.

**2.12   Special Counsel.** The Board of Directors or President may authorize the appointment of special legal counsel when in the best interests of the AAU.

**2.13   Contracts.** All contracts to which the AAU is a party must be examined and approved as to form by Counsel of the AAU prior to execution. Any contracts over the value of $2,500.00 are to be signed by the President and the Secretary. Any other contract may be signed by the staff as authorized by the President and Secretary.

**2.14   Conflict of Interest.** If any Officer, member of the Board of Directors, **National** Sport Chair, District Officer, District Executive Committee member, District Sport Director, or key employee has a financial interest in any transaction involving the AAU, such individual shall;

**2.14.1** File a disclosure statement with the Compliance Department of the National AAU. The disclosure shall be filed as provided in AAU National Policy.

**2.15   Salaries.** Salaries of all paid personnel of the AAU will be approved by the National Officers. Any salary of an elected officer must be approved by the Board of Directors.

**2.15.1** Approved salaries of elected National Officers must be published on the AAU website.

## BYLAW 3. EVENT LICENSE.

**3.1** No event shall be conducted under the auspices of the AAU unless a written license has been issued for the activity. An license is the written approval of the AAU for the conduct of the activity.

**3.2** Only AAU members shall be allowed to participate in licensed events unless otherwise provided in the Bylaws.

**3.3** A license may be issued to any club in good standing and which meets the membership criteria. A license may be reviewed by the District Sport Committee Director or the Governor if there is no District Sport Director. If the license is reviewed and rejected, the organization submitting the license application shall be notified.

**3.4** No license shall take effect until approved or until the 15-day review period has expired.

**3.5** The National Registration Executive Committee has the authority to:

**3.5.1** Issue a license for events in locations where there is no active District member.

**3.5.2** Issue a license for events in Districts where there is no current active participation. (No District Championship in the prior membership year).

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**3.5.3**  Issue a license for events directly sponsored by the National AAU or National Sports Committee. (The National Sport Committee shall consult with the District Sport Director and Governor prior to seeking an event license.)

**3.5.4**  Review and approve any licenses rejected by the District.

**3.5.5**  Revoke an approved license for good cause.

**3.6**  Event licenses issued to one organization cannot be transferred to another organization.

**3.7**  No event license will be issued for any event where the word "Olympic" or any derivative thereof is used in any advertisements or notice in connection with the event except upon the specific written approval of the Board of Directors.

## BYLAW 4. MEMBERSHIP.

**4.1  Individual Membership.**  Membership is required of all persons who participate in the AAU in the following capacities:

- **4.1.1.** Athletes
- **4.1.2.** Coaches
- **4.1.3.** Club Contacts
- **4.1.4.** District Officers
- **4.1.5.** District Committee Chairs, Sport Directors and Committee Members, Members of the District Board of Managers (Club Contact or Club Replacement Representative)
- **4.1.6.** National Committee Chairs and Committee Members
- **4.1.7.** Event Operators and event management listed on any event information
- **4.1.8.** Members of the Board of Directors
- **4.1.9.** Members of Congress
- **4.1.10** National Officers

**4.2  Club and Individual Membership Applications.**  Applications for club and individual membership must be completed and submitted with the yearly membership fee. All club and individual memberships expire on August 31st of the membership year. All membership applications must be processed on-line or through the AAU National Office. [Rev. 10/07]

**4.2.1  Review and Approval.**  Clubs and individual memberships are effective immediately upon receipt of the application and fees by the AAU, subject to the right of the Registrar to review the application. Within thirty (30) days of the receipt of the application, the Registrar may reject an application for good cause. Applications are automatically approved if not rejected within thirty (30) days. The decision of the Registrar to reject an application is subject to the appeal process established by Article III of the Constitution.

### 4.3  Membership and Residency.

**4.3.1**  Adult members will not be bound by residence requirements.

**4.3.2**  Youth members must register in the District of their bona fide residency, except as follows:

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**4.3.2.1** A youth member who resides in the county of one District that adjoins a county of another District and who attends a school located in the adjoining county will have the option of registering in either District.

**4.3.2.2** A youth member subject to a written joint legal custody arrangement whose custodians reside in different Districts shall have the option of registering in either District.

**4.3.2.3** A bona fide student at an educational institution may be considered a resident of the District in which the institution is located.

**4.3.3** Persons living outside the U.S. may register on-line or through the AAU National Office. The respective National Sports Committee rules shall govern the participation of non-U.S. residents in AAU competitions.

## BYLAW 5. DUES, FEES, REPORTS AND REMITTANCES

### 5.1 Dues and Fees.

**5.1.2 District Membership Fees.** Congress establishes District membership fees which shall be paid according o National Policy III.

**5.1.3 Clubs Membership Fees.** Club membership fees shall be established by Congress. Districts shall not establish additional club fees or club requirements.

**5.1.4 Individual Membership Fees.** Individual membership fees shall be established by Congress. Fees shall not exceed those established by the Congress.

**5.1.4.1 Youth Program Membership.** A youth membership (athlete or non-athlete) allows participation in all AAU youth sports.

**5.1.4.2 Adult Program Membership.** An adult athlete member must register and pay the appropriate fee in each sport in which the member participates.

### 5.1.5 Event License Fees.

**5.1.5.1** The AAU will collect (in advance) the fee established by the Congress for the granting of an event license for the conduct of a competition, exhibition or demonstration. Districts shall not establish additional fees.

**5.2 District Reports.** The District shall make reports to the AAU as required by this Bylaw. The Governor and Secretary of the District are responsible for filing the reports. A District which fails to submit the required reports shall not be chartered. National staff shall report failures to the National Board of Review.

**5.2.1. Notice.** The District Secretary must forward to the National_Office, in care of the Membership Services Department, a copy of the District Board of Managers Meeting notice, at the time it is sent to the member clubs.

EXHIBIT G                          **EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**5.2.2 Minutes.** The District Secretary must, within thirty (30) days after each meeting of the District, mail to the National Headquarters of the AAU a copy of the minutes of the meeting with an attached list of attendees.

**5.2.3** Request and Consent Form. Annually submit to the National AAU Office any IRS compliance forms requested.

**5.2.4** All elected Officers of the District shall annually sign and file the Location of District Assets report with the District Office and forward a copy to the National Office.

**5.2.5** The Districts shall report annually their listing of Officers, Sports Directors and appointments to the National Legislation and Registration Committee.

## BYLAW 6. ELIGIBILITY

**6.1** A youth member may elect to participate in his or her District of bona fide residence or a District that geographically adjoins that District. Exception: In team events the National Sports Committee shall determine the number of youth members permitted to participate on a team from ~~in~~ an adjoining District.

**6.2 Club Attachment.** A youth member becomes attached to a club member when he/she competes with that club in any AAU authorized event (practice not included). A youth member may be attached to only one club with the following exceptions:

**6.2.1** An athlete may attach to additional clubs (one in each sport) if he/she participates in additional sports.

**6.2.2** Participation in an AAU authorized league does not create club attachment.

**6.3 Transfers.** Athletes who transfer under this section are subject to National Championship eligibility restrictions as adopted by National Sport Committees. After a youth member becomes attached to a club, he/she may only transfer to another club in the same sport as follows:

**6.3.1** If the youth member has not competed in any AAU authorized events in that Sport for a period of sixty (60) days.

**6.3.2** If the representative of the club to which an athlete is attached signs a release form permitting an immediate transfer. (Athletes who transfer under this section are subject to National Championship eligibility restrictions as adopted by National Sport Committees.) [Added 10/07]

**6.3.3** When the transfer is for the purpose of competing with a team which has qualified for a National Championship as provided by National Sport Committee rules.

**6.3.4** If the Registrar determines there is good cause to believe that the transfer is due to events outside the control of the athlete or that the transfer serves the best interest of the AAU.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## BYLAW 7. COMPETITION.

**7.1 District Championships.** Districts may conduct Championships in any AAU approved sport. National Sport Committee rules determine whether District Championships qualify athletes/teams to National Championships.

**7.2** Districts located within the same state may, by mutual consent, conduct an AAU Championship in any of the sports open to competitors from all such Districts.

**7.3 Special Competition.** In the event no competition is planned in a District, competition in a sport may be initiated by the National Sports Committee.

**7.4 Acceptance of Entry.** The person or committee designated to direct an authorized competition may accept or reject entries in accordance with National Sport Committee rules and AAU Code.

**7.5 National Championship.** Each National Sport Committee shall establish the criteria for the placement of national championship events.

**7.5.1 Award.** The Championships of the AAU shall be placed by the appropriate National Sport Committee. A National Sport Committee has the right to accept or reject any bid for national events.

**7.5.2. Championship Contracts.** National Sport Committees shall execute a Championship contract for all National Championship events. The contract shall include legal and financial rights, privileges, and responsibilities of all parties, and shall not be binding until approved and signed by the AAU, the Host Organization and the Chair of the National Sport Committee.

**7.8 Competitions Outside of the U.S.** Any competitions outside the U.S., if any, shall be subject to insurance coverage limitations.

## BYLAW 8. DISTRICTS AND CHARTERING.

**8.1 District Membership.** Districts are chartered by Congress. Districts must complete a charter application and forward it with the yearly membership fee as defined by the Business Practices. Congress will not grant charters to District members unless the District has:

**8.1.1** A minimum of ten (10) club members;

**8.1.2** A minimum of 2,000 members;

**8.1.3** Filed all required District reports;

**8.1.4** Paid all fees due to the AAU.

**8.2** District territories are established by Congress.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**8.3 Redistricting Territories.** Proposals to change territorial boundaries of Districts must be received by the National Secretary at least sixty (60) days prior to the date of the National Meeting.

    **8.3.1** The National Secretary shall give notice of the proposal to all Districts that will be affected by the proposal and shall forward the proposal to the Chair of the Legislation Committee.

**8.4 Inter-District Sport Management Agreements.** Adjoining Districts may enter agreements which permit one District to operate and manage sports within the territory of the other District. The agreement must be in writing and must be approved by the Board of Managers of both Districts, the appropriate National Sport Committee and Board of Directors. A copy of the agreement shall be filed by the AAU Compliance Department.

**8.5 Names and Territories.** The names and territories of the AAU Districts are as follows:

    **8.5.1 ADIRONDACK** (Organized January 31, 1920) – That portion of New York State east and north of Broome, Cortland, Dutchess, Onondaga, Orange, Oswego and Sullivan Counties.

    **8.5.2 ALASKA** (Organized December 3, 1965) - State of Alaska

    **8.5.3 ARIZONA** (Organized March 10, 1956) – State of Arizona

    **8.5.4 ARKANSAS** (Organized February 16, 1936) – State of Arkansas and Bowle County, Texas

    **8.5.5 CENTRAL** (Organized 1890) – State of Illinois except Calhoun, Greene, Jersey, Madison, Monroe and St. Clair counties, however all Judo events in these counties shall be controlled by the Central District.

    **8.5.6 CENTRAL CALIFORNIA** (Organized 1952) – Counties of Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Mono, Tulare in the State of California (Territory re-aligned December 1963)

    **8.5.7 COLORADO** (Organized November 1906) State of Colorado (Territory re-aligned December 1963, 1965, 1968. Re-named October 2004.)

    **8.5.8 CONNECTICUT** (Organized September 17, 1929) – State of Connecticut

    **8.5.9 FLORIDA** (Organized January 1925) – State of Florida except Broward, Dade, that part of Hendry County west of Route 833, Monroe, and Palm Beach counties. (Territory re-aligned December 1958, 1959, 1963, 1972, and 1999)

    **8.5.10 FLORIDA GOLD COAST** (Organized December 30, 1959) – Counties of Broward, Dade, that part of Hendry County east of Route 833, Monroe and Palm Beach in the State of Florida. (Name changed from South Florida Association at 1960 Convention) (Territory re-aligned December 1963)

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**8.5.11 GEORGIA** (Organized January 6, 1951) – State of Georgia.

**8.5.12 GULF** (Organized March 6, 1931) – That part of the State of Texas bounded on the North and including the counties of Angelina, Houston, Leon, Nacogdoches, Robertson and Shelby; on the East by the State of Louisiana; on the South by the Gulf of Mexico and on the West by and including the counties of Austin, Brazos, Colorado, Fort Bend, Grimes, Matagorda, Robertson, Waller, Washington and Wharton. (Territory re-aligned September 1992)

**8.5.13 HAWAIIAN** (Organized November 1910) – State of Hawaii

**8.5.14 INDIANA** (Organized August 22, 1919) – State of Indiana except Clark, Dearborn and Floyd Counties.

**8.5.15 INLAND EMPIRE** (Organized April 25, 1937) – State of Washington, counties of Adams, Asotin, Benton, Chelan, Columbia, Douglas, Ferry, Franklin, Garfield, Grant, Kittitas, Klickitat, Lincoln, Okanogan, Spokane, Stevens, Walla Walla, Whitman and Yakima. State of Idaho. (Territory re-aligned September 1987 and October 2002 to include the territory of the Snake River Association which was originally organized December 2, 1978.Re-aligned in October 2014.)

**8.5.16 IOWA** (Organized January 15, 1939) – State of Iowa.

**8.5.17 KENTUCKY** (Organized February 27, 1939) – The Commonwealth of Kentucky and Clark and Floyd counties in Indiana. (Territory re-aligned September 1987, October 2003)

**8.5.18 LAKE ERIE** (Organized January 5, 1931 as Northeastern Ohio Association. Name changed at the 1956 Convention) The counties of Ashland, Ashtabula, Belmont, Columbiana, Crawford, Cuyahoga, Erie, Geauga, Huron, Jefferson, Lake, Lorain, Mahoning, Medina, Portage, Richland, Seneca, Stark, Summit, Trumball, Tuscarawus and Wayne. (Territory re-aligned December 1960 and September 1991)

**8.5.19 MARYLAND** (Organized 1981) – State of Maryland except the counties of Montgomery and Prince Georges. (Territory re-aligned December 1968)

**8.5.20 MICHIGAN** (Organized November 1923) – State of Michigan (Territory re-aligned December 1962 and October 1971)

**8.5.21 MIDDLE ATLANTIC** (Organized 1906) – State of New Jersey south of Mercer and Monmouth counties; the State of Delaware; and the Commonwealth of Pennsylvania east of and including Bedford, Centre, Clinton and Potter counties. (Territory re-aligned December 1962)

**8.5.22 MINNESOTA** (Organized April 25, 1932) – State of Minnesota. (Re-aligned September 1989).

**8.5.23 MISSOURI VALLEY** (Organized February 14, 1931) – State of Kansas and that portion of the western part of the State of Missouri including and bounded by Adair,

EXHIBIT G

**EX. A, PART 2**

Audrain, Benton, Callaway, Christian, Cole, Greene, Hickory, Macon, Montineau, Morgan, Polk, Randolph, Schuyler and Taney (Territory re-aligned December 1962)

**8.5.24 MONTANA** (Organized February 15, 1936) – State of Montana

**8.5.25 NEBRASKA** (Organized June 26, 1922 as the Midwestern Association) – State of Nebraska (Territory re-aligned September 1986)

**8.5.26 NEW ENGLAND** (Organized 1890) – States of New Hampshire, Maine, Rhode Island and Vermont; and the Commonwealth of Massachusetts. (Territory re-aligned September 1987 to incorporate the Maine Association which was originally organized December 9, 1934)

**8.5.27 NEW JERSEY** (Organized April 21, 1930) – State of New Jersey north of and including Hudson, Mercer and Monmouth counties.

**8.5.28 NEW MEXICO** (Organized May 29, 1947) – State of New Mexico and the counties of Brewster, Culbertson, Crockett, El Paso, Hudspeth, Jeff Davis, Presidio and Terrell in the State of Texas. (Territory re-aligned September 1983)

**8.5.29 NEW YORK METROPOLITAN** (Organized 1890) – State of New York south of and including Dutchess, Orange, Sullivan and Ulster counties. (Re-named October 2004.)

**8.5.30 NIAGARA** (Organized September 27, 1919) - State of New York west of and including Broome, Cortland, Onondaga and Oswego counties.

**8.5.31 NORTH CAROLINA** (Organized December 5, 1965) - State of North Carolina

**8.5.32 NORTH DAKOTA** (Organized December 1, 1962) – State of North Dakota

**8.5.33 OHIO** (Organized May 1, 1923) - State of Ohio except the counties of Ashland, Ashtabula, Belmont, Crawford, Cuyahoga, Erie, Geauga, Huron, Jefferson, Tuscarawus, and Wayne; and the Dearborn County in the State of Indiana. (Territory re-aligned December 1959, 1960, 1962, 1963, October 1971, and October 2003)

**8.5.34 OKLAHOMA** (Organized February 23, 1936) – State of Oklahoma

**8.5.35 OREGON** (Organized September 23, 1935) – State of Oregon and Clark Cowlitz and Skamania counties in the State of Washington (Territory re-aligned September 1987)

**8.5.36 OZARK** (Organized 1935) - State of Missouri east of and including the counties of Camden, Dallas, Douglas, Knox, Miller, Monroe, Montgomery, Osage, Ozark, Pike, Scotland, Shelby, and Webster (including the city of St. Louis). Counties of Calhoun, Greene, Jersey, Madison, Monroe and St. Clair in the State of Illinois with the reservation that all judo therein be controlled by the Central Association. (Territory re-aligned December 1962)

**8.5.37 PACIFIC** (Organized 1890) State of California north of but not including the counties of Fresno, Madera, Mariposa, Merced, Mono and San Luis Obispo; and the State of Nevada except the counties of Elko, Eureka and White Pine. (Territory re-aligned

EXHIBIT G

**EX. A, PART 2**

December 1961, December 1962 and 1963, and October 2014 re-aligned to incorporate the Southern Nevada territory.

**8.5.38 PACIFIC NORTHWEST** (Organized June 1905) – State of Washington, west of but not including the counties of Chelan, Kittitas, Okanogan and Yakima; and north of but not including Cowlitz, Klickitat, and Skamania.

**8.5.39 PACIFIC SOUTHWEST** (Organized December 10, 1949 as Pacific Border Association. Name changed in 1956) – Imperial and San Diego counties in the State of California.

**8.5.40 POTOMAC VALLEY** (Organized October 15, 1929 as the District of Columbia Association. Territory re-named December 1972) – All territory within the District of Columbia, counties of Montgomery and Prince Georges in the State of Maryland, and the counties of Arlington and Fairfax and cities of Alexandria and Falls Church in the Commonwealth of Virginia.

**8.5.41 PUERTO RICO** (Organized September 8, 1984) – Puerto Rico and U.S. Virgin Islands.

**8.5.42 SOUTH CAROLINA** (Organized December 5, 1965) – State of South Carolina

**8.5.43 SOUTH DAKOTA** (Organized December 4, 1965) – State of South Dakota

**8.5.44 SOUTH TEXAS** (Organized November 12, 1945) – State of Texas bounded on the East by and including the counties of Burleson, Fayette, Jackson, Lavaca, Lee, Milam; on the South by the Gulf of Mexico and the Republic of Mexico; on the West by and including the counties of Schleicher, Sutton and Val Verde; and on the North by and including the counties of Bell, Burnett, Coryell, Falls, Lampasas, Llano, Mason and Menard. (Territory re-aligned December 1961, 1963 and September 1992)

**8.5.45 SOUTHEASTERN** (Organized August 13, 1951) – State of Alabama and the State of Tennessee. (Territory re-aligned December 1958, December 1982, September 1989, and September 1999)

**8.5.46 SOUTHERN** (Organized 1892) – State of Louisiana and the State of Mississippi

**8.5.47 SOUTHERN PACIFIC** (Organized November 1909) – Including the counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara and Ventura in the State of California. (Territory re-aligned October 1973)

**8.5.48 SOUTHWESTERN** (Organized May 8, 1936) – State of Texas bounded on the South but not including the counties of Angelina, Brown, Callahan, Coryell, Falls, Houston, Lampasas, Leon, Milam, Mills, Nacagdoches, Robertson and Shelby; on the East by the State of Louisiana and the State of Arkansas and Bowie County in Texas; on the North by the State of Oklahoma and Bowie County in Texas; and on the West by the counties of, but not including Foard, Hardeman, Haskell, Jones and Knox. (Territory re-aligned September 1992)

EXHIBIT G

**EX. A, PART 2**

**8.5.49 UTAH** (Organized November 1910) – State of Utah and the Counties of Elko, Eureka and White Pine in the State of Nevada. (Territory re-aligned December 1978 and October 2014)

**8.5.50 VIRGINIA** (Organized December 9, 1934) – Commonwealth of Virginia except the counties Arlington and Fairfax and the cities of Alexandria and Falls Church. (Territory re-aligned December 1968)

**8.5.51 WESTERN PENNSYLVANIA** (Organized November 16, 1917 as the Allegheny Mountain Association) – Counties west of Bedford, Centre, Clinton, Huntingdon and Potter in the Commonwealth of Pennsylvania. (Territory re-aligned December 1959 and October 2003)

**8.5.52 WEST TEXAS** (Organized 1952) – State of Texas bounded on the South and including the counties of Concho, Irion, McCulloch, Pecos, Reeves, Regan, San Saba, Tom Green And Upton; on the West by the State of New Mexico; on the North by the State of Oklahoma; and on the East by the State of Oklahoma and by and including the counties of Brown, Callahan, Foard, Hardeman, Haskell, Jones, Knox, Mills, and San Saba. (Territory re-aligned December 1961, October 1976)

**8.5.53 WEST VIRGINIA** (Organized February 28, 1960) – The State of West Virginia (Territory re-aligned December 1963, October 1973 and October 2003)

**8.5.54 WISCONSIN** (Organized June 6, 1935) – State of Wisconsin (Territory re-aligned December 1964 and September 1989)

**8.5.55 WYOMING** (Organized December 9, 1968) – State of Wyoming

**8.6 Zone Alignment.** There shall be four (4) Zones of the AAU. The Districts which comprise the Zones of the AAU are:

**8.6.1 Zone A.** Adirondack, Connecticut, Lake Erie, Maryland, Middle Atlantic, New England, New Jersey, New York Metropolitan, Niagara, Ohio Potomac Valley, Virginia, Western Pennsylvania.

**8.6.2 Zone B.** Florida, Florida Gold Coast, Georgia, Gulf, Kentucky, North Carolina, Puerto Rico, South Carolina, South Texas, Southeastern, Southern, Southwestern, West Texas, West Virginia.

**8.6.3 Zone C.** Arkansas, Central, Indiana, Iowa, Ozark, Oklahoma, Michigan, Minnesota, Missouri Valley, Montana, Nebraska, North Dakota, South Dakota, Wisconsin, Wyoming.

**8.6.4 Zone D.** Alaska, Arizona, Central California, Colorado, Hawaiian, Inland Empire, New Mexico, Oregon, Pacific, Pacific Northwest, Pacific Southwest, Southern Pacific, Southern Nevada, Utah.

**8.7 Regional Alignment.** National Sport Committee rules may designate territory for Regional competition.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**Bylaw 9. Meetings, Notices, Voting.**

9.1 **Meetings of the AAU of the U.S. Inc.**  The AAU shall hold a Convention at least every two (2) years.  The business of the Convention shall include the Regular Meeting of Congress, the Regular Meeting of Sport Committees, Administrative Committees and any other matters pertinent to the AAU.

    **9.1.1**  Representation at the AAU Convention.

        **9.1.1.1 District Representatives to Congress.**  The District must submit its list of members to Congress at least forty-five (45) days prior to the date Congress convenes.  If an elected member is unable to attend Congress, the Governor, or a person selected by the Board of Managers may assign, in writing, a replacement member.

        **9.1.1.2 National Sport Committee Representatives to Congress.**  A National Sport Chair shall submit a list of Committee members to Congress at least forty-five (45) days prior to the date Congress convenes.  The Chair may replace the named members as necessary to fill any vacancies.

        **9.1.1.3 District Representatives to National Sport Committees.**  If the District's elected or appointed Sport Director is unable to attend the meeting of the National Sport Committee, a District Officer, or a person selected by the Board of Managers, may assign, in writing, a replacement representative who shall be entitled to all rights and privileges due the District representative at that meeting.

9.2 **District Representation to Congress.**  The District's representation in Congress is based on the number of individual members reported to the National Office by the deadline established by the Board of Directors.  The formula used to calculate representation is as follows:

| No. of Individual Members | Représentatives to Congress |
|---|---|
| 1st 2,000 | 3 |

One (1) additional representative for each additional one thousand (1,000) individual members. (If the total number of individual members shall number more than five hundred (500) it shall count as an additional one thousand (1,000) for calculating additional members of Congress.) A District shall have a maximum of 20 representatives under this section.

9.3 **National Sport Committee Representation to Congress.**  The Sport Committee's representation in Congress is based on the number of individual members reported to the National Office by the deadline established by the Board of Directors. The formula used to calculate representation is as follows:

| No. of Individual Members | Representatives to Congress |
|---|---|
| 150 to 500 | 1 |
| 501 to 1,000 | 2 |

EXHIBIT G

**EX. A, PART 2**

| | |
|---|---|
| 1,001 to 5,000 | 4 |
| 5,001 to 10,000 | 6 |
| 10,001 to 20,000 | 8 |
| 20,001 to 35,000 | 10 |
| 35,001 to 50,000 | 12 |
| 50,001 to 65,000 | 14 |
| 65,001 to 80,000 | 16 |
| 80,001 to 95,000 | 18 |
| 95,001 to 110,000 | 20 |
| 110,001 to 125,000 | 21 |
| 125,001 to 140,000 | 22 |
| 140,001 or more | 23 |

**9.4 Notice.** At least thirty (30) days' notice of regular meetings or twenty (20) days notice of special meetings shall be given to members of Congress and the members of a National Sport Committee. The Special Meeting Notice shall state the purpose of a Special Meeting.

**9.5 Order of Meetings.** At all meeting of Congress, Districts, and National Sport Committees, the following order of the meeting shall be observed.

Roll call of members(Credentialing process)
Call meeting to order
Establish rules of the meeting
Adopt Agenda
Approval of the minutes of preceding meeting.
Reports of Officers and Committees
Unfinished business
New business
- At District Biennial Legislative Meeting include an item to establish the Biennial Legislative Meeting Date
- Requests from the National Office to include items on the agenda
Elections
Announcements
Standing Resolutions
Adjournment

**9.6 Rules of Order.** Unless otherwise provided parliamentary procedures shall be governed by the latest edition of Robert's Rules of Order. The presiding officer may designate a qualified individual to serve as parliamentarian.

**9.7 Mail or Electronic or Teleconference Voting.** In the interval between meetings of Congress, a District Board of Managers, or a Committee, any action that can be taken at a special meeting can also be taken by mail or electronic vote. Members shall be given a date and time by which the vote shall be received if mail, or electronic, or teleconference voting is being used.

**9.7.1** Mail/Electronic/Teleconference votes can be taken only after the proposition is presented, and notice given in the same manner as a special meeting.

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**9.7.2  Filing.**  In every instance of a mail, electronic or teleconference vote, the Secretary shall preserve the ballot of each member in the files for a period of one year.

## Bylaw 10. Composition of the Board of Directors.

**10.1  The Officers.**  The President, the First Vice-President, the Second Vice-President, Secretary and Treasurer.

**10.2**  An elected representative from each of the four Zones.

**10.3**  The Chairs of the Finance, Insurance, Legislation, and Registration Committees.

**10.4**  The Chairs of the Adult Sports Council, Past Presidents' Council, and Youth Sport Council.

**10.5**  The elected Co-Chairs of the District Governors' Council.

**10.6**  The Chair, or the permanent designee, of the National Sport Committees whose National Sport Committee has registered five percent (5%) or more of the total membership of the AAU. (Registration will be determined utilizing the final numbers supplied by the AAU National Office which determine voting representation at the National Meeting.)

**10.7**  A representative recommended by the President and approved by the Board of Directors from a National Sport Committee not represented under 10.6.

**10.8**  The Governor, or permanent designee from any District whose individual membership registrations total four percent (4%) or more of the total membership of the AAU. (Registration will be determined utilizing the final numbers supplied by the AAU National Office which determine voting representation at the National Meeting.)

**10.9**  A representative recommended by the President and approved by the Board of Directors from a District not represented under 10.8.

**10.10**  The Chair of the National Board of Review and the General Counsel will be non-voting members.

**10.11**  No individual may represent more than one of the above-listed categories.

## Bylaw 11. National Councils.

**11.1  Youth Sport Council.**  The Council will consist of the Chair of each Youth Sport Committee and up to two (2) at-large members to be appointed by the President. The President shall appoint the Chair.

**11.1.1  Duties.**  The Council will:

**11.1.1.1**  Recommend broad policies for improvement and enhancement of the youth sport programs.

**EX. A, PART 2**

**11.1.1.2** Encourage multi-sport competition in the youth program.

**11.1.1.3** Conduct other business that will contribute to the cohesive planning for AAU sports programs.

**11.2 Adult Sport Council.**   The Council will consist of the Chair of each Adult Sport Committee and up to two (2) at-large members to be appointed by the President. The President shall appoint the Chair.

  **11.2.1 Duties.** The Council will:

  **11.2.1.1** Recommend broad policies for improvement and enhancement of the adult sport programs.

  **11.2.1.2** Encourage multi-sport competition in the adult program.

  **11.2.1.3** Conduct other business that will contribute to the cohesive planning for AAU sports programs.

**11.3 Past Presidents' Council.** The Council will consist of all past National Presidents of the AAU. The immediate Past President will serve as the Chair of the Council. The Council will serve as a special advisory group to the President, Board of Directors. And Congress. The Council will carry out such duties as outlined by the President, Board of Directors, and/or Congress.

**11.4 Zone Councils.** The Zone Councils shall consist of the District Governor and a second District designee from each District located in the Zone (Refer to Bylaw 8). In case of the Governor's absence, the District Governor may appoint another officer of the District who will represent the District.  Additionally each National Sport Committee may appoint two (2) representatives from the Districts within the Zone to the Zone Council.

  **11.4.1 Chair.** Every four (4) years in concert with National Officer elections at the Convention, an election for the Chair of the Zone Councils will be held. The Chairs of the Zone Councils shall conduct all council meetings and represent the Zone to the Board of Directors.

**11.5 District Governors Council.** The Council shall consist of all current District Governors. In case of absence, the District Governor may appoint another officer of the District who will represent the District.

  **11.5.1 Co-Chairs.** Co-Chairs shall be elected for a 2-year term (even years), at the National Meeting of the AAU from the membership of the District Governors' Council. A Co-Chair must be a District Governor during the term of office. One Co-Chair shall be elected from Zone A or B; the other Co-Chair shall be from Zone C or D.

  **11.5.2 Duties.** The Council will:

  **11.5.2.1** Consider and recommend policies for the improvement and enhancement of the general welfare of the Districts.

**EX. A, PART 2**

**11.5.2.2**  Serve as a special advisory group to the President, Board of Directors, Congress, and the National Office.

**11.5.2.3**  Conduct other business that will contribute to the growth and development of the Districts.

## Bylaw 12. Miscellaneous.

**12.1 AAU James E. Sullivan Award.**  The AAU James E. Sullivan award shall be presented annually. A Committee appointed by the President shall conduct the Sullivan Award program in accordance with guidelines established by the Board of Directors.

**12.2 Life Membership.**  Honorary membership, known as Life Membership, may be granted to persons who contribute a minimum of $125.00 to the AAU, and they shall receive the privileges established by the Board of Directors.

**12.3 Indemnification.**  Each District shall indemnify its Officers and managers to the fullest extent allowed by law while acting reasonably within the scope of its capacity. This indemnification is secondary and in excess to coverage afforded under any insurance policy from any source.

**12.4 Executive Director.**  There may be an Executive Director who shall serve as the chief operating officer of the AAU with direct responsibility for all staff functions. The Executive Director may be employed or dismissed by a majority vote of the Officers. However should any officer be employed as such, the Executive Director must be employed or dismissed by majority vote of the Board of Directors.

**12.5 Substantial Compliance.**  Failure of literal or complete compliance in respect of dates and times of notice, or the sending or receipt of the same, or errors in phraseology of notice of proposals, which do not cause substantial injury to the rights of members, shall not invalidate the actions or proceedings of the members at any meeting.

**12.6 Glossary of Terms.**  The Chair of the Legislation Committee and the National Board of Review shall prepare and maintain a glossary which shall define terms used in the AAU Code to be appended to these Bylaws. Any changes, additions or amendments to the glossary shall be submitted to the Board of Directors for approval.

**EX. A, PART 2**

## AAU NATIONAL POLICIES

### IF ANY PORTION OF ANY POLICY IS HELD TO BE INVALID, THE BALANCE NOTWITHSTANDING, SHALL CONTINUE IN FULL FORCE AND EFFECT.

I. **MEMBERSHIP POLICIES.** By submitting or authorizing an application for membership in the AAU, the applicant agrees and stipulates to the following terms and conditions:

A. The applicant agrees and consents to receive and accept all written or oral communications, including but not limited to e-mails, facsimiles, mail-outs, advertisements, and telephone calls from the AAU, its employees, Officers, agents, attorneys, volunteers, members, affiliates, subordinates, host organizations and clubs.

B. **BINDING ARBITRATION.**

1. **BY APPLYING FOR AAU MEMBERSHIP (OR HAVING A THIRD PARTY SUBMIT AN APPLICATION FOR MEMBERSHIP IN THE AAU ON BEHALF OF THE APPLICANT), OR UPON ENTERING ANY AAU EVENT, THE APPLICANT/MEMBER/ENTRANT AND THE AAU AGREE TO SUBMIT ALL CIVIL DISPUTE(S) ARISING OUT OF OR DURING THE TERM OF MEMBERSHIP TO BINDING ARBITRATION. THE ARBITRATION HEARING SHALL BE HELD IN THE COUNTY OF THE LOCALE OF THE AAU NATIONAL OFFICE UNLESS OTHERWISE SO SET BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"). THE PARTIES FURTHER AGREE TO SUBMIT THE MATTER TO ONE (1) ARBITRATOR PURSUANT TO THE RULES SET OUT BY THE AAA, INCLUDING THE FEDERAL ARBITRATION ACT AND TO THE ARBITRATION CODE OF THE NATIONAL OFFICE'S RESIDENT STATE, WHICH IS CURRENTLY FLORIDA. DUE TO THE EXPEDITED NATURE OF ARBITRATION DEPOSITION(S), REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS ARE STRICTLY DISCOURAGED AND WILL NOT BE ALLOWED WITHOUT AN ORDER FROM AAA; AND, TO AID IN EXPEDITING ANY SUCH ARBITRATION, IN ORDER TO BE CONSIDERED, A REQUEST FOR ANY SUCH ORDER, IF ANY, SHALL ACCOMPANY THE FILING OF THE APPLICABLE PARTY'S FIRST SUBMISSION TO AAA OR SUCH REQUEST SHALL BE WAIVED AND/OR DENIED. A LIST OF WITNESSES AND ALL EXHIBITS TO BE INTRODUCED AT THE HEARING WILL BE EXCHANGED AT LEAST TWENTY (20) DAYS PRIOR TO THE HEARING. THE PARTIES AGREE THAT THE BINDING ARBITRATION SHALL BE IN LIEU OF ANY LITIGATION BY AND BETWEEN ALL OF THE PARTIES RELATED TO THE DISPUTE. IF ANY PORTION OF THE ARBITRATION AGREEMENT SHALL BE DECLARED INVALID OR UNENFORCEABLE, THE REST OF THE AGREEMENT (TO SO ARBITRATE) SHALL REMAIN IN FULL FORCE AND EFFECT.**

2. **THE PARTIES DECLARE THAT IT IS THEIR CLEAR AND UNMISTABLE INTENT FOR THE ARBITRATOR TO DETERMINE ANY AND ALL QUESTIONS OF ARBITRABILITY, IF ANY. ANY OBJECTION TO THE ARBITRATOR'S JURISDICTION, INCLUDING ANY OBJECTIONS WITH**

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**RESPECT TO THE EXISTENCE, SCOPE OR VALIDITY OF THE ARBITRATION AGREEMENT SHALL BE DECIDED BY THE ARBITRATOR. IF, HOWEVER, FOR ANY REASON, (SUCH) ARBITRATION IS DECLARED INVALID BY ANY COURT, IN THE ALTERNATIVE TO ARBITRATION, THE PARTIES AGREE TO WAIVE A JURY AND AGREE THAT ANY LEGAL ACTION BETWEEN THE PARTIES SHALL BE COMMENCED EXCLUSIVELY IN THE CIRCUIT COURT OF THE NINTH JUDICIAL DISTRICT FOR ORANGE COUNTY, FLORIDA, OR TO ANY OTHER COURT SITTING IN THAT COUNTY HAVING SUBJECT MATTER JURISDICTION, PURSUANT TO THIS FORUM SELECTION CLAUSE, WHICH IS AGREED TO BY THE PARTIES.  [Rev. 3/09]**

3. **THE TIME LIMIT (STATUTE OF LIMITATIONS) FOR BRINGING ANY ACTION SHALL BE ONE (1) YEAR.**

4. **DAMAGES. THE SUCCESSFUL PARTY IN ANY SUCH ARBITRATION AND/OR LITIGATION SHALL BE ENTITLED TO BE REIMBURSED FOR ITS ACTUAL AND CONSEQUENTIAL DAMAGES (BUT NOT PUNITIVE OR EXEMPLARY DAMAGES, IT BEING THE INTENT OF THE PARTIES TO HEREBY WAIVE ANY RIGHT TO SEEK AND THE PARTIES HEREBY COVENANT NOT TO SEEK, ANY PUNITIVE OR EXEMPLARY DAMAGES AND FURTHER AGREE THAT NO CLASS ACTION MATTERS SHALL BE BROUGHT**). [Rev. 10/06, 3/09]

## C. Indemnification/Assumption of Risk.

1. The member, applicant and/or participant releases and forever discharges, and covenants not to sue the Amateur Athletic Union of the U.S., Inc ("AAU"), AAU's Districts (formerly known as Associations), the Host (of the Event), Local Organizing Entity, and if applicable owners and lessors of premises upon which the activity takes place, (the foregoing collectively, including without limitation, the AAU, hereinafter for convenience referred to as the « Releasees »), together with the respective administrators, members (including all categories), volunteers, participants, sponsors and advertisers, together with the insureds, and the parent related, affiliated, subsidiary companies, and affiliated committees, as well as the officers, directors, agents, attorneys, employees, representatives, successors and assigns of each of the Releasees entities, and any other party indemnified and held harmless by the AAU (each considered one of the Releasees herein) from all liability, claims, demands, losses, or damages of the Member, Applicant, and/or Participant, caused or alleged to be caused in whole or in part by the action, inaction or negligence of the Releasees or otherwise, including but not limited to negligent rescue operations, negligent security, travel and recreation operations and activities; and further agree that if despite this release and waiver of liability, assumption of risk, and indemnity policy, the Member, Applicant and/or Participant or anyone on behalf of the Member, Applicant and/or Participant, makes a claim against any of the Releasees, the Member, Applicant and/or Participant and/or his/her parent or guardian will indemnify, save and hold harmless each of the Releasees from any litigation expenses, attorney's fees, loss, liability, damage, or cost which may be incurred as the result of such a claim. [Rev. 10/06]

EXHIBIT G

**EX. A, PART 2**

2. The Member, Applicant and/or Participant understand that : (a) athletic activities involve risks and dangers of serious bodily injury, including permanent disability, paralysis, and death (« Risks ») ; (b) these Risks and dangers may be caused by the Member, Applicant, and/or Participant's own actions or inactions, the actions or inactions of others participating in the activity, the condition in which the activity takes place, or the negligence of others ; (c) there may be other risks and social and economic losses either not known to the Member, Applicant, and/or Participant, or not readily foreseeable at this time ; and the Member, Applicant, and/or Participant accepts and assumes all risks and all responsibility for losses, costs, and damages the Member, Applicant, and/or Participant incurs as a result of participation in the activity.

## D. Administrative Remedies.

1. Applicant agree(s) to comply with all the provisions of the AAU Code, and the rules and regulations of the AAU Sports and activities. Further, applicant acknowledge(s) that the AAU Code establishes a process by which disputes with the AAU or any entity of the AAU shall be adjudicated. Applicant agree(s) to submit any dispute to the AAU Judiciary, to exhaust all administrative procedures thereunder, and to abide by the final resolution of the matter. The applicant acknowledges that the AAU is not a state actor, and that the due process, which is applicable to all disputes concerning the AAU is the AAU Code and which includes its Policies, as set out herein.

2. Members who do not follow the Administrative Procedures of the AAU may be denied membership in the AAU.

## E. Membership Limitations

1. All persons who apply to the AAU for an adult or non-athlete membership must give consent to the AAU to conduct a criminal background check.

2. Sexual Misconduct. It is the policy of the AAU to deny participation in the AAU to any individual for whom there is reasonable cause to believe that they have engaged in sexual misconduct. For the purposes of this policy, reasonable cause shall exist when:

   a. Criminal or civil charges have been filed against an individual alleging sexual misconduct.
   b. The individual has been convicted of a crime involving sexual misconduct.
   c. Written allegations of sexual misconduct against the individual of reasonable probative value have been submitted to the AAU; or
   d. The individual has been accused of sexual misconduct and the accusations have reasonable probative value.

3. Criminal Misconduct.

   a. It is the policy of the AAU to deny participation in the AAU to any individual who has been convicted of a felony, or who has pending felony charges, or who has a substantial history but no felony conviction. For the purposes of this policy, a person has a substantial criminal history when the membership background check yields a negative report using criteria approved by the Compliance Committee Chair, and the Chair of the National Board of Review.

EXHIBIT G

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **b.** Any person denied participation in the AAU pursuant to this policy may seek a review or reconsideration pursuant to the applicable procedures under the AAU Code.

**4.** Application for Policy Exception.

    **a.** Any person who has been convicted of a felony, or any offense of sexual misconduct or who has been denied membership due to a negative report on the membership background check may not apply for membership except directly through the National Office Compliance Department. The President of the AAU shall appoint one or more members of the AAU (Reviewer) to determine whether the application should be accepted. The criteria used by the Reviewer are whether the best interests of the AAU are served by accepting the application.

    **b.** Decisions of the Reviewer may be appealed to the National Board of Review; however, appeals do not stay the action of the Reviewer unless an Order for Stay is issued by the Board of Review Chair.

## F. Misrepresentation.

**1.** Information provided to the AAU by the applicant/member shall be correct in every material aspect, including but not limited to street address, birth date, social security number (for adults and non-athletes), phone numbers, etc.

**2.** If an applicant/member fails to disclose a conviction for a felony or sexual misconduct or submits a membership application containing material information that is false (for purposes of this Policy any information as to conviction of a felony or any sex offense, as well as the applicant's name, address, date of birth, social security number shall be considered to be material, and if misrepresented, shall constitute fraud), then any membership acquired has been fraudulently obtained and is void. When the AAU has reasonable cause to believe that a membership has been fraudulently obtained, it may void the membership without notice or hearing and require that further application be made through the National Office as provided by this policy. Any person denied membership in the AAU pursuant to this Policy may seek a review or reconsideration pursuant to the applicable procedures under the AAU Code.

## G. Sport Agents, Agencies and Representatives.

Any person who is a registered sports agent or a representative or employee of a sports agent or agency, or a person who has received compensation or consideration of any kind directly or indirectly from a sports agent or agency, is prohibited from involvement in the AAU throughout the entire fiscal year (September 1 through August 31) during which any such compensation or consideration is received except as specifically set out herein.

Violation of this policy may subject a club and/or athletes affiliated with the agent to penalties set out in the Code.

An agent, employee or representative of an agent may apply in writing to the AAU for an exemption to this policy. If, in the sole discretion of the AAU, it is determined that the interests of the AAU are best served, an exemption may be granted. The exemption may only be granted by the Chairman of the Board of Review. The exemption must be in writing

**EX. A, PART 2**

and is subject to reconsideration at any time and may be revoked by the Board of Review Chair at his sole discretion.

**H. Agency.** Membership in the AAU does not create an agency relationship. The authority of any member providing services to the AAU is limited to the terms of the agreement for services. The AAU does not organize clubs, or teams, and does not select coaches or club managers. Members shall not represent themselves to be agents of the AAU without specific written authorization from the National AAU. Acts of an AAU member not related to an licensed AAU event are not authorized by the AAU and therefore no agency relationship is created thereby.

**I. Waiver/Release/Authorization to Use Likeness Names, Voice and Words.**—The applicant authorizes the AAU including without limitation, the Releasees defined in Section C.1. hereinabove, in perpetuity, without compensation, reservation, or limitation, to allow the reproduction, dissemination, and/or publication of the applicant's name, nickname, image, voice, signature, facsimile, biological information, photograph, and/or likeness for media coverage, public relations, or any other purpose whatsoever, which may involve the use of photographs, films, and/or videotape recording and/or any other form of media, whether currently in existence or not, and understand that the AAU retains title, exclusive and unlimited rights to all internet streaming files including live and archived games, interviews, and events broadcast to the Internet. The AAU is under no obligation to exercise the rights herein granted. The applicant understands and agrees that he/she will not receive any payment for the possible commercial use of his/her name or likeness. [Rev. 10/06]

**J. Notice of Claims.** Any member of the AAU, who has knowledge of a claim, potential claim, or litigation against the AAU, shall notify the AAU in writing as soon as reasonably practical by forwarding notice of such claim to the National AAU at its home office, attention: President.

**K. Participation Without Modification.** In consideration of my/the minor's participation in any way in any Amateur Athletic Union of the U. S., Inc. ("AAU"), activity ("Activity"), I, for myself, or on behalf of the minor as parent or guardian, and/or my/the minor's personal representatives, assigns, heirs, and next of kin: acknowledge and understand that the nature of athletic activities and the participants' experience and capabilities and believe the participant (myself or the minor, as applicable) to be qualified, in good health and in proper physical condition to participate in such activity – as is, without modification, accommodation, or special personnel.

   1. **Waiver of Policy.** Any member that wishes to participate with modification, accommodation, or special personnel, must submit a request in writing by certified mail to the Compliance Department four weeks before the first date of participation. If approved, the member will pay all expenses related thereto.

   2. The AAU is not a place of public accommodation.

   3. These policies shall be governed by the laws of the State of Florida.

**L. Residency.** The National Board of Review shall determine issues of residency arising out of Bylaw 4.3.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## II. MEMBERSHIP DATA POLICY.

**A.** All the registration/contact information including but not limited to names, addresses, telephone numbers, e-mail addresses, fax numbers, birth dates of the AAU membership commonly known as and referred to as the "membership data" is the exclusive and proprietary property of the National AAU and shall only be utilized for the conduct of official AAU business and promotion of the Amateur Athletic Union.

**B. Use of AAU Membership Data.** This information may be utilized as follows:

1. Governors may utilize, or may authorize, the use of the membership data within their District.

2. National Sport Chairs may use or authorize use of the membership data of their respective sport list.

**C. Procedures.** A District Sport Director wishes to send information to individual members registered in the sport; the following procedures will be followed:

1. Any information sent to individual members of the District shall be approved by the Governor of the District. If the Governor of the District wishes to distribute information to the District members in behalf of his/her club, that distribution shall be approved by the majority of the District Executive Committee.

2. For security and privacy protection reasons, all mass information distribution may be done through the AAU National Office, the AAU District Office, or a designated source.

3. If information is distributed by the National Office through the postal service, the cost for mailings shall be paid by credit card or check prior to the distribution of the mailing.

**D.** The National AAU may allow third parties to utilize membership information for specified purposes. Information may not be sold, rented or traded or used in any way without the written authorization of the majority of the National Officers.

**E.** The AAU District may not allow third parties to utilize membership information. Information may not be sold, rented or traded or used in any way to third parties.

**F. Violation of Policy.** Any Officer, District Sports Director, Regional Sports Chair/Commissioner, or National Sports Chair that inappropriately uses an AAU data, be it physical address, email address, etc., for the propagation of another sports organization, shall be in violation of the Code and subject to disciplinary action.

*** *See Policy VII for Use of Database during Elections.*

## III. FINANCIAL POLICIES.

**A. INSUFFICIENT FUND CHECK POLICY**. The AAU will not enter into any contractual arrangement with any individual or entity which has given the AAU or its Districts a check or other negotiable instrument that has been returned for insufficient funds until such time as the

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

matter has been paid to the AAU's satisfaction. No contracts will be entered into with any individual or entity which has failed to pay any monies due the AAU under written contact. It is also the policy of the AAU to discontinue doing business with any such entity or individual unless in the manifest weight of the facts that the best interest of the AAU would not be served by an immediate termination. The same policy will apply to District services and programs, due to an insufficient fund check.

B.  **PURCHASING GUIDELINES.**  All sport and administrative committee representatives duly authorized by their respective committee must adhere to the following guidelines when purchasing goods and/or services prior to obligating the Union for any expense.

1.  **Purchases Under $100.00.** Purchasing guidelines shall be established and approved by the National Officers for purchases under $100.00.

2.  **Purchases in Excess of $100.00.** All individual purchases of goods or services made on behalf of the AAU by headquarters staff personnel which exceed $100.00 ($100.01, or more) will require both a Purchase Requisition and a Purchase Order. The person originating a purchase request is responsible for first completing the Purchase Requisition form and submitting it to the director of his/her department for approval (by signature). The Purchase Requisition must then be submitted to the person who has been designated as being responsible for the preparation of Purchase Orders. Upon completion of the Purchase Order form, it then will be presented to one of the members of the headquarters staff who has been authorized to approve Purchase Requisitions. The National Officers may designate staff members to approve Purchase Orders. Upon securing signature approval on the Purchase Order form, two (2) copies of the Purchase Order will be given to the person originating the purchase request, one (1) of which is to be sent to the vendor at the time the order is placed. One (1) additional copy of the Purchase Order to the Accounting Office to be matched with the vendor's invoice when it is received. Preparation of the Purchase Requisition form and the Purchase Order form and securing approval is to be accomplished before the purchase of goods or services is made.

3.  **Purchases in Excess of $500.00.** The same procedure as set forth above for purchases in excess of $100.00 is to be followed for purchases in excess of $500.00 ($500.01, or more) except that, three (3) written competitive price bids or proposals must accompany all Purchase Requisitions and Purchase Orders when they are for more than $500.00.

4.  **Purchases in Excess of $1,000.00.** The same procedure as set forth above for purchases in excess of $100.00 and $500.00 is to be followed for purchases in excess of $1,000.00 ($1000.01, or more) except that, Purchase Orders can be approved only by the President or Executive Director when they are for more than $1,000.00.

C.  **SOLICITATION OF FUNDS.**  Any solicitation of funds, resources or goods from the national corporate market, from national foundations or from United States governmental agencies, must be cleared by the National AAU. The following commission guidelines will be utilized in the case of new AAU sponsors and will not apply to bid fees in connection with national championships or similar AAU events, nor will they apply to current AAU sponsors or their renewals.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**D. COMMISSION GUIDELINES.** Eligible for Commission: Anyone in the AAU except National AAU paid staff members.

1. **Commission Fees:** While all fees are subject to negotiation, the following will be considered the norm. The sports committee/chairman may negotiate, but the National Officers will need to approve any fees to be paid.

2. **Finder's Fee:** Five percent of the total sponsorship amount will be paid to an individual who introduces the AAU to a sponsor but does little work to finalize a contract. "Introduction" means the finder actually secures an appointment with the potential sponsor for the AAU representative. The appointment must be with someone who is in a decision-making position with the potential sponsor. The "finder" should normally be present for the initial meeting between the AAU and a potential sponsor. If a finder's fee is paid, no other commission will be paid.

3. **Commission:** If an individual introduces the AAU to a potential sponsor and follows through and is a principal part of the negotiation with that sponsor up to the time a sponsorship contract is finally signed, then that person will be entitled to receive up to a 20% commission of the total value of the first year of the contract. An additional commission of up to one-half of the initial commission paid for the first year will be paid for each year the sponsorship contract continues or is renewed.

   When Payable: Commission fees will be payable only for cash sponsorships and when the monies have been received by the AAU. There will be no finder's fees on "in kind" payments by sponsors.

**E. NATIONAL SPORT COMMITTEE FINANCES.** A National Sport Committee shall file annually a budget with the Finance Committee. The Finance Committee will review the budget prior to submitting it to Congress for approval. In order to receive reimbursement for any personal expenses, the Committee will be required to have submitted a budget to the Finance Committee as established by prior board action. Reimbursement for the travel and other expenses may be processed only after a committee financial reimbursement policy has been adopted by the Committee and filed with the National Office. The committee policy shall set out:

1. The type of expense which may be reimbursed.

2. The committee officials who shall be entitled to be reimbursed.

3. The signatures which must be obtained within the committee for reimbursement authorization. Two signatures are required.

4. Any reimbursement shall be subject to available funds within the committee budget and shall have vouchers attached for all expenditures in excess of $25.00. Receipts for all expenses must be provided for any expense paid through an AAU issued credit card in excess of $25.00.

5. Deficit spending is not permitted without approval. Approval will be from the majority of the National Officers with an amount approved. This agreement must be in written form and provided to the Finance Chair.

EXHIBIT G                    **EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

6. AAU credit cards issued to National Sport Chairs must be approved by the majority of the National Officers. An agreement must be signed that expenses denied must be paid by said party. The National President will pull any credit card issued where the committee has a negative balance. The card can only be issued against by the majority of the National Officers.

F. **AAU CREDIT POLICY.** The following are credit policies and procedures to be utilized when extending credit to Districts, Local Organizing Committees, and other approved individuals or entities.

1. **Sales Terms.** AAU will offer terms of N/30 to qualified customers. Invoices not paid within 60 days will be assessed a late fee of 1.0% per month. Requests for special terms must be documented and approved in advance by the National Treasurer and Finance Chair.

2. **Assigning and Approving Credit Limits.** Credit limits will be based upon each customer's payment history and expected level of purchase. The Finance Chair, or his/her designee, may approve credit limits assigned to each customer whose purchases exceed $1,000.00. Financial Services Department discretion will be used on amounts below $1,000.00.

   In the case of Districts, the initial credit limit will be limited to one-half of the previous year's total amount of purchases. For example, if XYZ District ordered a total of 2,000 cards @ $7.50 each, last year, the total credit line for the current year is $7,500.00.

3. **Approving Orders.** Written approval from the President, National Treasurer or Finance Chair is required if orders exceed the pre-approved credit limit or if the customer has past-due invoices outstanding for more than 60 days without written approval from the Treasurer.

   Items (membership cards/stickers, awards, forms, etc.) ordered by Districts must have the approval of the District Treasurer before the items will be shipped. Items will then be shipped to the District Registrar or his/her designee. Any such designation must be in writing.

4. **Re-evaluating Credit to Existing Customers.** Credit reevaluations will be performed on all accounts regularly (annually). Reevaluations will also be performed on any account when payment activity or other circumstances indicate a need.

5. **Collection Past-Due Accounts.** Statements will be mailed to past due accounts no more than bi-monthly. On seriously delinquent accounts phone calls will be placed. Phone calls generally will be used only late in the collection process.

6. **Authorizing Settlements and Write-Offs.** Offers allowing a delinquent customer to pay an account in installments or settling for less than the unpaid balances require the National Treasurer's advance written approval.

7. The Finance Committee must approve any write-offs of amounts considered uncollectible over $200.00. A listing of the accounts the Director of Financial Services

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

deems to be uncollectible will be prepared and submitted to the Finance Committee at the Biennial Convention.

**G. District Charter Late Fee.** The District Charter application, District Charter fee, and Request and Consent form are due on August 1st annually. If the District Charter fee is not received as of this date, a $500.00 late fee shall be assessed to the District.

**H. AAU Convention.** All persons registered to attend the AAU Convention in any capacity such as Delegates to Congress, National Committee members (Sport, Special, or Administrative), must stay at the hotel property/properties designated by the AAU, utilizing the hotel block as established for the Convention. Persons registered to attend the AAU Convention who do not comply shall pay an additional $600.00 Convention fee. Registered attendees who own property in the city in which the Convention is located are exempt from this policy if they demonstrate ownership of the property. [Added 3/09]

## IV. USE OF MARKS AND LOGOS.

**A. AAU REGISTERED MARKS.** The AAU name, mark, seal, logo, and other insignia (all "AAU marks") are protected through trademark registration and are defined as the intellectual property of the AAU. No person or entity may use the AAU's intellectual property without the prior and continued approval of the National AAU. Only those subordinates and affiliated organizations which are expressly authorized by the National AAU to use the intellectual property of the AAU shall use the marks. The National AAU may withdraw its approval to use its marks, at any time in its sole discretion. Members shall immediately comply with notice to cease and desist from the use of the AAU's intellectual property. The unauthorized use of any of the intellectual property of the AAU is a violation of this policy as well as the (Federal) Lanham Act and may subject the member/entity to penalties set out in the AAU Code. If granted approval/permission to use any of the AAU marks, the limited right to use the marks shall be non-exclusive and the user shall not acquire any ownership in or of such mark(s).

1. Only chartered Districts, District Sport Committees and National Sport Committees may use the AAU marks in their name.

2. There are three (3) levels of AAU club membership. Level 1 AAU Clubs acquire no rights to use the AAU's intellectual property. Level 2 and Level 3 Clubs may use AAU's intellectual property for the promotion of its organization and/or licensed AAU events only. Neither members nor clubs may use the name AAU in their legal name, domain name, email or any other name without the express written consent of the National AAU. [Rev. 10/08]

3. In the event of a dispute or conflict as to a member's/entity's claim(s) to use any of the intellectual property of the AAU, the Officers of the AAU shall decide and determine the dispute in their sole discretion.

EXHIBIT G

50

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**B. USE OF OLYMPIC MARKS.** No license of any athletic competition will be granted by the AAU for any event where the word "Olympic" or any derivative thereof is used in any advertisement or notice in any manner in connection with an AAU competition.

The Amateur Athletic Union of the U.S. Inc. has a limited license agreement with the United States Olympic Committee with regard to use of the terminology "Junior Olympics." The AAU does not grant the right to any subordinates, any affiliated organization, or any other entity to use the terminology "Junior Olympics" except as specifically authorized in writing by the National AAU.

## V.   AAU SPOKESPERSON.

**A.** The President of the AAU shall serve as the primary spokesperson for the organization. If the President is unavailable, then the staff member(s) designated by the President shall become the contact person. Designated staff members will contact the President, or act as the spokesperson if the President is not available.

**B.** Members of the AAU, including but not limited to coaches and/or volunteers, are not authorized to make statements on behalf of the AAU, or take any action(s) for the AAU, unless expressly and specifically authorized to do so by a National Officer.

## VI.   TELEVISION/WEBSTREAMING RIGHTS FOR NATIONAL EVENTS.

**A. Rights.** The television/webstreaming rights for coverage of any AAU National Championship event or event approved by the National Sport Committee shall be owned solely and retained by of the National AAU. Except for permitting live news coverage, no media agreements may be entered into or executed by any District, Sport Committee, Host Organization or local entity for any national event or event authorized by the National Sport Committee.

**B. Guidelines for Allocation of Proceeds.** In considering a contract for television coverage of a single sport national championship event, the net proceeds shall be allocated under guidelines developed by the National Officers and approved by the Board of Directors. Proceeds from national multi-sport events shall be fully retained by the National AAU.

1. All income shall be received by the National AAU for distribution as established herein. All agreements determining the amount of income to be derived from television and/or webstreaming shall be contracted with National AAU and executed by the President and by the Secretary.

2. The gross proceeds, less all set-up, production and distribution costs incurred as a result of or in connection with the television shall be divided as follows:

   a. 45% shall be distributed between the national sports committee and the host club as determined by the national sport committee.
   b. 45% shall be retained by the AAU.
   c. 10% shall be distributed to the appropriate District.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## VII.  WEBSITES AND SOCIAL MEDIA.

A.  **Website Content.** Information on AAU websites shall be limited to AAU business, programs and operations. Any AAU website that contains material content that is not about the AAU shall be in violation of this policy. If a District website is found to be in violation, staff shall notify the District of the violation. If the website is not corrected immediately the District is in violation of the Code and subject to disciplinary action.

   1.  **Website Control.** All National AAU, National Sport Committee, District and District Sport Committee websites must provide to the AAU Information Systems Department user name and passwords for access to the domain name and ftp hosting site. Any website found to have inappropriate material, logos, or content of any kind may be modified or shut down by the AAU Information Systems Department. The AAU shall have the discretion in determining whether the website content is appropriate.

   2.  **Club Information on Websites.** All club directories published on a website must be approved by the AAU National Office.

   3.  **Website Domain Name.** The AAU of the U.S., Inc. shall own all domain names created and used by the AAU, its Districts, the National Sport Committees and District Sport Committees. This means that the registration shall show the AAU as the registrant and administrator of the website and that the control and management of the website belongs to the AAU. The AAU has the right but not the duty to grant access back to the District, the National or District Sport Committee to manage the website.

B.  **Social Media.**

   1.  National Sport Committee social media sites may be created by the National AAU.  Upon appropriate approval, National Sport Committee designees may be eligible to update social media.

   2.  Districts and District Sport Committees may establish social media sites. They District or District Sport Committee must designate an individual to monitor the site for content.   The AAU may require the District and/or District Sport Committee to remove content.

VIII.  **DEFENSE POLICY.** It is the policy of the AAU to defend the National and District Officers, members and volunteers, or other appropriate persons from civil actions arising from their authorized activity on behalf of the AAU. This Defense Policy is conditional in the following particulars:

A.  The entity seeking the defense must have complied with the provisions of the AAU Code while engaged in the activity.

B.  The AAU will not defend any matter relative to drug testing. No license will be granted for an event that involves drug testing unless the National Sport Committee has first acquired, at

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

its own expense, a liability insurance policy which designates the AAU as an insured, and which has been accepted by the Board of Directors in the exercise of its sole discretion.

C. The AAU may provide a defense under a "reservation of rights" in which the defense is conditioned upon the continued compliance with the AAU Code, and cooperation with the Officers, and Counsel of the AAU.

D. If any of the conditions of this Policy are not met, the AAU can deny or terminate the defense, and is entitled to recover any expenses incurred from making the defense.

E. If the AAU provides a defense for any person or entity (through its insurance carrier or otherwise), the National AAU shall have the absolute right in its sole discretion to conduct and/or direct the defense of the matter as it sees fit, including but not limited to the right to settle the case. The person or entity being defended herein grants to the AAU a limited power of attorney to execute any documents (as) necessary to carry out the content and intent of this policy. [Added 10/08]

## IX. MANAGEMENT OF EMERGENCY SITUATIONS.

A. In the event of emergency or catastrophic situations, the President of the AAU shall serve as the primary spokesperson for the organization. If the President is not available, then the person or persons designated by the President shall become the contact person and the designated person will communicate with the President, and act as spokesperson if the President is unable to do so.

B. In the event of an emergency, the following steps shall be followed:

1. Notify the President of the AAU or the President's designee if the President cannot be reached. The spokesperson will then notify all appropriate parties.

2. Coaches, officials, or other volunteers at all levels, are not to comment on the matter until advised by the national spokesperson.

3. In the event of an injury do not comment or speculate as to injury severity.

4. Refer all media inquires and questions to the AAU spokesperson.

5. Refer all investigative questions to the AAU spokesperson. This includes questions concerning insurance, claims, etc.

6. Any written statement must be reviewed by AAU Counsel prior to release. The statement should be factual, contain no speculation, and be approved by the AAU spokesperson.

7. The following procedures should be used when investigating an accident or incident:
   a. Evidence should be preserved (i.e. faulty equipment, etc.) if possible
   b. Identify all witnesses. Obtain name, address and phone numbers.
   c. An accident description in the injured person's own words is extremely helpful.

EXHIBIT G                    **EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**d.** If an athlete is involved in a serious injury, his/her parents or legal guardian should be notified immediately. Sympathy and concern are important during any family contact.

**e.** Notify the National AAU within 24 hours of any incident regardless of liability or severity. The spokesperson will notify the insurance carrier.

**X.** **PROCEDURES FOR NOMINATION AND ELECTION OF NATIONAL OFFICERS, DISTRICT OFFICERS, DISTRICT SPORT DIRECTORS, AND OTHER DISTRICT OFFICES AND RECOMMENDATION OF THE NATIONAL SPORT CHAIRS.**

**A. National Officers.**

1. **Qualifications.** Candidates must be a member of Congress.

2. **Nominations.**

   **a.** Only Districts and National Sport Chairs may nominate candidates for National Office. Nominations must be reflected in the District's Board of Managers Biennial Meeting minutes.

   **b.** Candidates may be nominated for more than one office. The application for office shall include disclosure of all offices for which the candidate is being nominated.

   **c.** The Secretary shall send notice and an application for office form to the Districts and National Sport Chairs by April 1st, the year before each election.

   **d.** The deadline for nominations is forty-five (45) days prior to the first session of the meeting of Congress. The nominating party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the office.

3. **Candidate Verification and Announcement of Candidates.** The Chair of the Nominations and Elections Committee shall verify who is eligible to run for office. Any questions about eligibility shall be referred to the National Board of Review. At least thirty (30) days prior to the Meeting of Congress in years when an election is being held, the Secretary shall forward the names of the nominees and their biographies to all delegates to Congress.

4. **Use of the AAU Database during Campaign and Campaign Materials.**

   **a.** The current officeholder (incumbent) shall not make use of any AAU mail list, database information, etc., for the purposes of running or campaigning for office.

   **b.** Candidates who wish to distribute campaign information to current members of Congress may request assistance through the AAU Compliance Department. The Compliance Department will facilitate a maximum of three (3) electronic mail blasts (eblasts). To use the eblast system, the candidate shall electronically submit a copy of the material he/she wishes to distribute. The Compliance Department shall forward the material to the Nominations and Elections Chair to review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. The Compliance Department is not responsible for spelling and/or grammatical content. The eblast process may take up

EXHIBIT G

**EX. A, PART 2**

54

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

to 10 working days to prepare and send. If this service for the candidate becomes controversial or contentious, the Nominations and Elections Chair has the sole right to not process the request. The decisions throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the service was not provided. Candidates will be notified that the content was not approved and may correct and re-submit the content.

c. Materials (flyers, brochures, apparel, election novelty items, etc.) to be used for campaign purposes during the AAU Convention must be forwarded for approval to the AAU Compliance Department. The Compliance Department shall forward the material(s) to the Nominations and Elections Chair to review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. Neither the Compliance Department nor the Nominations and Elections Chair is responsible for spelling and/or grammatical content. The decisions of the Nominations and Elections Chair throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the material was not approved. Candidates will be notified that the material was not approved and may re-submit revised materials.

5. **Elections.** Elections will be conducted by written ballot under the supervision of the Nominations and Elections Committee. If there is only one candidate for office, the vote for that office may be taken by a voice vote.

6. **Election Procedures.** On Election Day the candidate(s) for office will be allowed a maximum of five (5) minutes to speak. Order of speeches for each office will be determined by draw.

   a. Once the ballots have been distributed, the Election Chairman will announce that the distribution of ballots is closed and no additional ballots will be distributed.
   b. In order for delegates to receive ballots, they must be seated in the appropriate section; i.e., District, Sports Committee (Exception: Members of the Nominations and Elections Committee).
   c. If no candidate receives a majority of the votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.
   d. For a run-off during election, the announcement of the run-off candidates and the ballots will be given out simultaneously. There will be different color ballots for the runoff voting.
   e. All ballots will be sealed and stored at National Headquarters for a period of one year after elections.

## B. District Officers.

1. **Qualifications.** Candidates must be a member of the Board of Managers.

2. **Nominations.**

   a. Only Club Representatives, current Officers, and current District Sport Directors may nominate candidates for District Office.

55

**EX. A, PART 2**

b. Candidates may be nominated for more than one office. The application for office shall include disclosure of all offices for which the candidate is being nominated.

c. The Secretary shall send notice and an "Nomination for Office" form to the Club Representatives, current Officers, and District Sport Directors by 60 days before the election held at the Biennial Meeting in May or June.

d. The deadline for receiving nominations is thirty (30) days prior to the District's Biennial Board of Managers meeting. The nomination party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the office. The nominating party shall indicate its category of membership on the District Board of Managers. All nominations which do not include the required information shall be considered incomplete and the candidate will not be eligible to run for office. Nominations shall be submitted to the District Nominations and Elections Committee Chair with a copy to the District Secretary.

e. In the event that no eligible nomination has been submitted for a particular office of the District, the current office holder shall continue in office until the next Biennial Meeting, or until a Special Meeting is called to elect the successor. If the current office holder chooses not to continue in office, then there is a vacancy. The vacancy will be filled as prescribed in the Constitution with an appointment made by the District Executive Committee until the next Board of Managers meeting where an election will be held to fill the balance of the unexpired term. [Added 10/06]

### 3. Candidate Verification.

a. The Nominations and Elections Chair and the District Secretary shall jointly verify who is eligible to run for office. If the Chair and the Secretary do not agree, a ruling will be made by the AAU National Board of Review. [Added 10/06]

b. For the Biennial Board of Managers meeting, the Nominations and Elections Committee shall compile the list of candidates for office and have copies of the biography and nomination form for each candidate for office available for all members of the Board of Managers.

### 4. Use of the AAU Database during Campaign and Campaign Materials.

a. The current officeholder (incumbent) shall not make use of any AAU mail list, database information, etc., for the purposes of running or campaigning for office.

b. Candidates who wish to distribute campaign information to current members of Congress may request assistance through the AAU National Office. The Compliance Department will facilitate a maximum of one electronic mail blast (eblast). To use the eblast system, the candidate shall electronically submit a copy of the material he/she wishes to distribute. The Nominations and Elections Chair shall review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. Neither the Compliance Department nor the Nominations and Elections Chair is responsible for spelling and/or grammatical content. The eblast process may take up to 10 working days to prepare and send. If this service for the candidate becomes controversial or contentious, the Nominations and Elections Chair has the sole right to not process the request. The decisions throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

service was not provided.  Candidates will be notified that the content was not approved and may correct and re-submit the content.

5. **Election Procedures.**

   a. On Election Day each candidate for office will be allowed a maximum of three (3) minutes to speak.  Order of speeches for each office will be determined by draw. If there is only one candidate for office, the vote for that office may be taken by voice vote.

   b. Order of elections is Governor, Lieutenant Governor, Secretary, Treasurer and Registrar.  If the District has authorized additional officers, the order of election for the additional officers shall be as the District determines.

   c. Elections will be conducted by written ballot under the supervision of the District Nominations and Elections Committee.  If there is only one candidate for office, the vote for that office may be taken by a voice vote.

   d. The District Nominations and Elections Committee shall determine the procedure for distribution of ballots.

   e. If no candidate receives a majority of the votes, a run-off ballot will be held until a candidate receives a majority of votes.  In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.

   f. For a run-off during the election, the announcement of the run-off candidates and the ballots will be given out simultaneously.  There will be a different color ballot for the run-off election.

   g. All ballots will be sealed and stored with the District Secretary, or at a place that the District Secretary designates for a period of one year after the election(s).

C. **District Sport Directors.**

   1. **Qualifications.** Candidates must be a current member of the District Sport Committee.

   2. **Nominations.**

      a. Only Club Representatives and the current District Sport Director may nominate a candidate for the District Sport Director.

      b. Sixty (60) days before the date of the Annual Sport Committee meeting, if there are 5 clubs registered in the sport, the District Secretary shall send notice of the up-coming election, and an "Application for Office" form to the Club Representatives of the District Sport Committee and the current District Sport Director.  If there are not 5 clubs registered with the sport in the District, the Governor shall appoint the Chair.

      c. The deadline for receiving nominations is as of thirty (30) days prior to the date of the District's Sport Committee's Biennial meeting. The nominating party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the office.  The nominating party shall list current club and individual membership information on the nominating form. Nominations shall be sent to the District Secretary with a copy to Nominations and Elections Chair and the District Sport Director.

      d. In the event that no eligible nomination has been submitted for the position of Sport Director, a vacancy is created.  Unless the Sport Committee operating rules specifically provide for a method of filling the vacancy, the Director is appointed by the Governor, with the approval of the National Sport Chair. The position will again

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

be subject for election at the next Sport Committee Biennial Meeting, and the person elected shall complete the term. [Added 10/06]

3. **Candidate Verification and Announcement of Candidates.** The Nominations and Elections Chair and the District Secretary shall jointly verify who is eligible to run for office. If the Chair and the Secretary do not agree, a ruling will be made by the AAU National Board of Review. [Revised 3/08]

4. **Use of the AAU Database during Campaign.**

   a. The current officeholder (incumbent) shall not make use of any AAU mail list, database information, etc., for the purposes of running or campaigning for office.

   b. Candidates who wish to distribute campaign information to current year member club contacts may request assistance through the AAU National Office. The Compliance Department will facilitate a maximum of one electronic mail blast (eblast). To use the eblast system, the candidate shall electronically submit a copy of the material he/she wishes to distribute. The Nominations and Elections Chair shall review the material submitted and has sole discretion to approve, or disapprove the content. Content may not include any personal attacks against any other candidate running for office or other derogatory comments or language. Neither the Compliance Department nor the Nominations and Elections Chair is responsible for spelling and/or grammatical content. The eblast process may take up to 10 working days to prepare and send. If this service for the candidate becomes controversial or contentious, the Nominations and Elections Chair has the sole right to not process the request. The decisions throughout the process are unappealable. The Nominations and Elections Chair is not required to keep a case file as to why the service was not provided. Candidates will be notified that the content was not approved and may correct and re-submit the content.

5. **Election Procedures.**

   a. For Election Day, the District Sports Director shall prepare written ballots (including run-off ballots) for the election of the District Sport Director office and bring them to the meeting.

   b. On Election Day, if there is no quorum (5 club representatives in attendance), no election is held and the Governor shall appoint the Sport Director. If there is a quorum, the election shall proceed.

   c. The members present on Election Day shall elect by majority vote a "Voting Supervisor" to conduct the election. Next, two other individuals shall be elected to count the ballots under the supervision of the elected voting supervisor.

   d. Each candidate will be allowed a maximum of three (3) minutes to speak. Order of speeches will be determined by draw held by the Voting Supervisor.

   e. Elections will be conducted by written ballot. If there is only one candidate for office, the vote for that office may be taken by a voice vote. The Nominations and Elections may assist with the election procedure.

   f. The District Sport Committee operating rules shall determine the procedure for distribution of ballots.

   g. If no candidate receives a majority of the votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.

EXHIBIT G

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**h.** For a run-off during election, the announcement of run-off candidates and the ballots will be given out simultaneously. There will be a different color ballot for the run-off election.

**i.** All ballots will be sealed, forwarded and stored with the District Secretary, or at a place that the District Secretary designates for a period of one year after the election.

## D. Nomination for National Sport Chairs.

1. The Chair of a National Sport Committee is elected by the National Sport Committee at the AAU Convention in the same year that the National Officers are elected. If no nomination is received for a National Sport Chair or there is a vacancy for any other reason, the National Sport Chair shall be appointed by the President with the approval of the majority of the National Officers. All National Sport Committees shall follow the procedures adopted in this policy for the election of the National Sport Chair.

2. **Qualifications.** Only members of Congress and the National Sport Committee are eligible to serve as National Sport Chair.

3. **Application.**

   a. Only members of the National Sport Committee and the current National Chair may submit an application for National Sport Committee Chair.

   b. The (National) Secretary shall send notice and nomination form members of the National Sport Committee by April 1st, the year before the recommendation is made.

   c. The deadline to submit the nomination form is forty-five (45) days prior to the start of the National Sport Committee meeting. The nominating party must submit the application along with a written acceptance by the nominee and a brief biography stating the nominee's qualifications for the position.

4. **Announcement of Candidates.** At least thirty (30) days prior to the National Sport Committee meeting, the Secretary shall forward the names of the applicants and their biographies to all members of the National Sport Committee.

5. **Voting to Make a Recommendation.** The vote for National Sport Chair recommendation shall be conducted by written ballot under the supervision of Nominations and Elections Committee. If there is only one applicant for National Sport Chair, the vote may be taken by a voice vote.

6. **Voting Procedures**. The following procedures shall adhered to:

   a. **Speeches.** On the day of the vote, the candidates for National Sport Chair will be allowed a maximum of three minutes to speak. Order of speeches will be determined by draw.

   b. Once ballots have been distributed, the Nominations and Elections Committee designee will announce that the distribution of ballots is closed and that no additional ballots will be distributed.

   c. In order for a Committee member to receive a ballot, he/she must be seated in the designated area.

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

d. If no candidate receives a majority of votes, a run-off ballot will be held until a candidate receives a majority of votes. In the run-off election, the candidate receiving the fewest votes shall be dropped from the ballot.

e. For a run-off during election, the announcement of the run-off candidates and the ballots will be given out simultaneously. There will be a different color ballots for the run-off vote.

f. All ballots will be sealed and stored at National Headquarters for a period of one year after the vote.

## XI. BUSINESS PRACTICES.

A. The following business practices are required of the indicated entities.

1. No District, District Sport Committee, or National Sport Committee shall have its own 501(c) 3 determination letter; if they currently have a 501(c)3 determination letter, they must relinquish it immediately;

2. All AAU District(s) shall be unincorporated entities;

3. The National AAU will become responsible for filing annually in all 50 states and the District of Columbia with DBA's listing the AAU Districts;

4. Each District must have its own EIN (Employer Identification Number);

5. AAU District Sports Committee(s) operating a bank account must have its own EIN, if it is not using the District EIN;

6. Any National AAU Sports Committee operating a National Championship event or any other event in the name of the committee and operating a bank account must have its own EIN;

7. Any AAU District Sports Committee(s) operating a bank account under the District's EIN must file a finance report to the District;

8. No organization shall use the EIN number of the Amateur Athletic Union of the U.S. Inc.;

9. All District(s), District Sport Committee(s), and National Sport Committee(s) desiring to be recognized as a 501(c)3 under the AAU of the US' group exemption must annually file the required request and consent form;

10. No District (s), District Sport Committee(s), National Sport Committee(s) will participate/operate charitable gaming without the express written consent of Board of Directors;

11. The District Charter application, District charter fee, District request and consent form, District location of assets report and directory report are due on August 1st annually.

12. All subordinates/affiliated organizations must file a Form 990 with the IRS annually;

13. One or more educational seminars will be held each year in conjunction with the Biennial Convention of the AAU;

14. The AAU shall have a 3 level club membership program with differing benefits;

15. Level 3 clubs shall not conduct directly or indirectly any gaming. The term gaming includes: Bingo, Beano, lotteries, pull-tabs, pari-mutual betting, Calcutta wagering, pickle jars, punch boards, tip boards, tip jars, certain video games, casino games, sport betting, etc.;

16. All subordinates/affiliated organizations must adhere to the AAU trademark policy;

17. Any District(s) or National Sport Committee(s) in violation of this policy shall forfeit voting rights at meetings of Congress.

18. No AAU District or Sport Committee shall own a vehicle.

EXHIBIT G

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**19.** All AAU Districts and Level 3 Clubs shall submit copies of (all of) their (IRS) 990 filings to the National AAU within ten (10) days of such filing(s); all such filing(s) shall be timely.

## XII. EVENT LICENSE POLICIES.

**A. Practice.** For the purpose of AAU event licensing, "practice is organized and/or regularly scheduled sessions supervised at all times by a registered non-athlete member of the AAU and conducted for the purpose of preparing, training, instructing and conditioning only AAU member athletes for AAU licensed competitions. Tryouts and scrimmages are included as long as they meet all the requirements of the above definition.

**B. Supervision.** Supervision requires that an AAU non-athlete member (coach/instructor) be physically present at all times at the practice premises or site during each practice session.

**C. Event License Categories.** Events that are Licensed by the AAU shall be categorized as one of the following :

1. Practice.
2. Preliminary
3. Invitational
4. League
5. Demonstration/Clinic
6. Multi-Sport/Sports Festivals
7. District Championships
8. National AAU Events
9. National Sport Committee Events

   a. Championship Event
   b. Regional Event
   c. Super-Regional
   d. Grand Prix
   e. League
   f. Clinic/Demonstration
   g. Invitational
   h. Other

## D. Event License Regulations.

1. An event license may list only ONE (1) event category per license application. Event license applications which list more than one category will be denied.

2. A club must obtain appropriate membership in any District in which it wishes to license an event.

**E. National Championship Event Licenses.** The host organization awarded a National Championship event by the AAU must obtain the license for that event as of September 1st of the fiscal year the event is to be held. (The AAU fiscal year is September 1st through August 31st.)

EXHIBIT G

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## XIII. SPORT COMMITTEE POLICIES.

A. **Sport Status.** To qualify to have a National Sport Committee within the AAU, a sport shall have registered a minimum of 500 athletes during the previous calendar year and have activity in four (4) or more chartered Districts. Sports which have not met these criteria are ineligible to conduct a National Championship event except as a part of the AAU Junior Olympic Games or other existing National Championship.

## B. Procedure for Approval of New Sport Activity.

1. The organization or group representing the sport which wishes to be part of the AAU forwards a proposal to the President of the AAU, as well as to the Chair(s) of the AAU Youth and/or Adult Sport Council(s). The proposal should contain the following:

   a. Express a desire for the AAU to offer the sport.
   b. Provide the general rules of the sport. State whether the sport utilizes NGB rules or other nationally known organization rules.
   c. Specify the age groups, divisions (youth, adult, senior, masters), age determining dates and other primary eligibility rules.
   d. List of key personnel who should be involved in setting up the sport.
   e. Current participation numbers and estimate of number of registrations anticipated (individual athletes, clubs, etc.). Projection of schedule of events should be provided as well. The minimum number of registered athletes for acceptance is an overall total of 500 members registered in the sport from at a minimum of 4 Districts. Sports that have not met this requirement may petition to the National Officers with a specific plan to reach requirements.

2. The AAU President can establish an interim sport committee to evaluate the need, to analyze the sport potential, to develop operating procedures, etc..

3. The AAU President or ranking official will present the proposal to the Youth and/or Adult Sports Council, as well as the Insurance Committee for acceptance. If approved by the Council(s) the sport may receive probationary status for up to three years. Upon the completion of the probationary period, an evaluation should be made as to whether to recommend the sport for National Committee status.

4. The Sport Council makes a motion for Congress to approve the sport. With the approval of Congress, the new sport has National Committee status, which include voting privileges as provided by the Code.

C. **Special Meetings.** The National Sport Committee may hold a Special National Sport Committee meeting in odd years subject to the following provisions:

1. The meeting is called by the Chair following approval of the National AAU.

2. The National AAU has the right to coordinate the meeting and pick the site for the meeting.

D. **Sport Committee Meeting Order (Agendas).** The Regular National Sport Committee meetings, Special National Sport Committee meetings, and National Sport Committee

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Special meetings shall follow the meeting order (agenda format) as established by Code (Bylaw 9.5).

## XIV. JUDICIAL PROCEDURES AND RULES

**A. Introduction.** Article III of the AAU Constitution establishes the structure of the Judiciary of the AAU. The responsibility of the Judiciary is to enforce the provisions of the Code, in a manner that provides fairness to members of the Union. With this purpose, the following procedures and rules are established and are applicable to the Judicial Bodies of the AAU.

## B. Procedure during Hearings.

1. In hearings before an Infractions Committee, a Judicial Officer, a District Review Committee or National Board of Review hearings, the presiding officer will establish the order of presentation for the evidence. Usually, the complaining party will first present its case, and the defending party will then present evidence. Each party may be allowed an opportunity to ask questions of the witnesses. Committee members may question witnesses, and may comment on the evidence.

2. A party or witness may be represented by an attorney, or any other person chosen by them for that purpose.

3. The persons conducting the hearing are not required to be attorneys, and the parties are not litigants. Therefore, formal rules of procedure and evidence are not applied. The purpose of a hearing is to provide an opportunity for the presentation of facts in a fair and reasonable manner so that the hearing body can ascertain the truth, and determine appropriate remedies. Decisions will not usually be disturbed on procedural grounds if the above elements of protection are reasonably provided.

**C. Infractions Committees and Judicial Officers.** The proper administration of a sports event frequently requires an efficient and often quick determination of issues. The operating rules of each Sport Committee (National and/or District) may establish an Infractions Committee or may permit the appointment of one or more Judicial Officers to consider violations occurring in the sport.

1. **Appointment.** The Judicial Officers or Infractions Committees acquire jurisdiction only if the Sport Committee has adopted a written operating rule establishing the jurisdiction of the Committee/Officers at an Biennial Meeting. The Officer can be the District Sport Director or any other AAU member. The sport rule(s) may provide that the Sport Director may appoint the Committee/Officers.

2. **Jurisdiction/Authority.** The Committee/Officers can conduct an inquiry as to violations (including sport rules, entry requirements and/or operating rules) relating to the sport.

3. **Proceedings.** The Officer (or designated Committee member) may investigate the matter by interviewing witnesses, examining documents, and/or reviewing circumstances. When possible, written statements should be acquired. The person(s) or club being accused shall be notified that a complaint has been made, and the nature of the

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

complaint. The accused shall be given an opportunity to present evidence on its own behalf. A formal/evidentiary hearing is not required, but the Officer should maintain notes and records regarding the inquiry.

4. **Decisions.** Decisions should be in writing, and delivered to the affected parties. District level decisions must advise that appeals can be made to the District Review Committee. National Committee rulings can be appealed to the National Board of Review. Decisions are effective immediately unless a stay is issued by the appropriate appeal entity.

5. Infractions Committees and Judicial Officers in the field must act in a way that ensures the proper management of events, and Committee business. It is impractical to require these volunteers to be bound by a set of formal procedural requirements. However, it is essential to the proper function of the Infractions Committee/Officers that the parties accused receive reasonable notice of the charge, that an opportunity to be heard is provided, and that notice of the right to appeal is conveyed or delivered with the decision rendered. Decisions should not be reversed on procedural grounds if those elements of protection are reasonably provided.

## D. District Review Committees

1. **Jurisdiction.** A matter can come before a District Review Committee by either a complaint, appeal, or upon the exercise of original jurisdiction.

    a. **Complaints.** Any person or club can file a complaint with the Review Committee. The Chair of the Committee shall review complaints to determine whether there is reasonable cause to believe that a violation has occurred and that there are some facts to support the allegation. If such finding is made, the Chair shall schedule the matter for a hearing by the Committee. If no reasonable cause is found the complaint may be dismissed. If the Chair does not find reasonable cause, the case will be considered anyway, upon the request of at least three (3) Review Committee members.

    b. **Appeals.**
        1. Any decision by a District Infractions Committee or Officer may be appealed to the District Review Committee.
        2. Appeals must be in writing, received not more than 20 days after the decision is issued, and shall be delivered with an appeal fee of $100.00.
        3. The notice of appeal shall be delivered to the District Secretary who will notify the Review Committee Chair of the appeal, and forward the appeal fee to the District Treasurer.

    c. **Original Jurisdiction.** The Review Committee may exercise original jurisdiction to initiate a case when it finds reasonable cause to believe that a violation has occurred.

2. **Hearings.** The Review Committee Chair shall schedule hearings and notify the Committee members and parties to the case. Hearings shall be scheduled not more than 45 days from: a) the date that Notice of Appeal was received by the District Secretary, or b) from the date that reasonable cause is found on a complaint.

EX. A, PART 2

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

3. **Evidence.** The Chair shall preside at hearings, and shall rule on questions of evidence. The Chair may permit the introduction of any matter that is relevant to the facts of the case or the appropriateness of penalties. Evidence can be written or oral. Hearsay may be permitted. The Chair may make preliminary orders setting deadlines for submitting documents, witness lists or other appropriate parameters or limits to the evidence.

4. **Decisions.** Decisions must be in writing, and distributed to all affected parties within 20 days of the conclusion of the hearing. The Decision shall contain notice of the right to appeal to the National Board of Review. Any such notice shall be sent to the National Board of Review, c/o AAU, P. O. Box 22409, Lake Buena Vista, FL 32830. Decisions are effective immediately unless a stay is issued by the National Board of Review.

E. **National Board of Review.** Matters are presented to the National Board of Review by appeal, upon the exercise of jurisdiction as established by Code, or by complaints filed directly with the Board.

1. **Complaints.** A complaint is a statement in writing that alleges a violation of the AAU Code or AAU sport operating rule. Complaints received by the National Board of Review may be dismissed for lack of reasonable cause, referred to any other judicial body for action, or assigned to one or more hearing officers. The Chair, or persons delegated by the Chair may investigate facts of any matter before setting a hearing or referring the case.

2. **Appeals.**

   a. **Filing Requirements.** Appeals must be in writing and must be submitted within 30 days of the date of the Decision being appealed. An appeal fee of $250.00 (cashier's check or money order only) must be submitted with the appeal. The notice of appeal shall be delivered to and received by the National Office of the AAU within the appropriate time. The appeal fee will be refunded at the Chair's discretion.

   b. Appeals can be dismissed for lack of reasonable cause, referred to one or more hearing officers, or scheduled for hearing before the Board. In each case the Chair may issue evidentiary orders and set deadlines appropriate to the case.

3. **Original Jurisdiction.** The National Board of Review may act on its own initiative to exercise jurisdiction over any matter or controversy arising within the AAU except the acts of Congress. If the National Board of Review asserts jurisdiction, the matter is removed from the jurisdiction of any other judicial body.

4. **Hearing.** The Chair may schedule hearings, establish deadlines for submitting evidence, set parameters and limitations of evidence as appropriate.

5. **Evidence.** The presiding officer will rule on all evidentiary and procedural matters to allow the parties a fair opportunity to present relevant information to support their position. The presiding officer may permit only evidence relevant to the facts of the case or the appropriateness of penalties.

6. **Decisions.** Decisions will be in writing and will be distributed as directed by the Chair. The Decision shall contain notice of the right to appeal to the National Board of

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Appeals, c/o AAU, P. O. Box 22409, Lake Buena Vista, FL 32830.  Decisions are effective immediately unless a stay is issued by the National Board of Appeals.

F.  **Board of Appeals.**

1.  **Jurisdiction.**  The Board of Appeals only considers appeals from Board of Review decisions.

2.  **Notice of Appeal.**  Appeals must be in writing, must recite the grounds for appeal as set out in the AAU Code, must be filed within 30 days of the decision date, must be accompanied by an appeal fee of $500.00 (cashier's check or money order only), and must be submitted to the National Office of the AAU.

3.  The Board of Appeals will usually decide the appeal upon a review of the records. However, the Board may choose to seek additional information, schedule a hearing, interview witnesses, or take any other measures deemed helpful in arriving at a decision.

4.  Decisions will be in writing, and will be distributed at the discretion of the Chair. Appeal fees may be refunded at the Chair's discretion.

5.  The standard of review will be whether there is substantial evidence to support the decision of the Board of Review.

G.  **Interpretation and Application of Policy.**  The Chair of the National Board of Review may issue directives, interpretations, advisories, and order to the judicial bodies or officers to assist in the proper application of the AAU Code, including its policies.

XV.  **RE-DISTRICTING PROCEDURES.**

A.  Any change in District territory requires an amendment to AAU Bylaws in accordance with Article I of the AAU Constitution.

B.  Districts wishing to change their geographic boundaries must submit a request for Bylaw change to the National Headquarters to the attention of the National Secretary at least sixty (60) days before the Biennial Meeting of Congress. The request shall include :

1.  The territory that the District wishes to annex or discard.

2.  Any existing District which this annexation or discardance may impact.

3.  Rationale for the request.

C.  Upon receipt of a proposed change, the National Office shall notify the Chair of the Legislation Committee and the Governor of any District impacted by the proposal. Impacted Districts may respond in writing to the Chair of the Legislation Committee with a statement of their support or opposition to the proposal.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**D.** The Legislation Committee deliberates the proposal and presents its recommendation to the Congress. As part of its deliberations the Legislation Committee may request a representative of all involved parties to appear before them.

**E.** A District, after attempting to annex territory which is assigned to another chartered District, whose proposal fails, may not make a similar proposal for re-districting for at least four (4) years.

## XVI.  DISTRICT MANAGEMENT.

### A.  Credentialing Eligible Voters at District Board of Managers meetings :

1. Reports from the AAU database are not disputable.

2. The District Registrar and Secretary together must approve, or disapprove, submitted club designation forms.  If both the Registrar and Secretary agree on a decision, the decision stands.  If there is no agreement, the District Officers shall render a decision by majority vote.

### B.  Credentialing Eligible Voters at District Sport Committee meetings :

1. Reports from the AAU database are not disputable.

2. The District Sport Director, or the individual designated by the sport committing operating rules shall approve, or disapprove, all club designee forms.

**C.** District Filing of Minutes.  District minutes shall be submitted electronically using email.  This applies to Board of Managers, Executive Committee and Sport Committee minutes.

## XVII.  EVENT POLICIES.

**A.** **Schedule Changes.**  Participants in AAU events acknowledge that the dates and/or times (schedule for events may change.

**B.** **Age Group/Skill Levels/Weight Classes and other as Defined by the Event Flyer/Sport Committee Rules.**  Participants in AAU events acknowledge that events may be subject to change.

**C.**  The AAU or event operators may take action in the event of fighting, threats, abuse (physical and verbal) and disruptive behavior. Anyone involved in such incidents, including but not limited to athletes, non-athletes, parents, spectators, officials, vendors, or other event attendees, at an AAU licensed event may be removed from the event.  In addition the athlete(s) or teams associated with the persons involved in the incident may be disqualified from the licensed event.  Further, the AAU and/or Event Host reserve(s) the right, in their sole discretion to remove or deny entry of/to any participant, coach, and/or spectator from any Event (site/venue), practice or meeting.

EXHIBIT G

**EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**D. Medical Emergency.** In the event of a medical emergency and in the in event there is not parent, guardian, or authorized person available, the event operator may (but is not required to) grant permission for emergency treatment/hospitalization if believed necessary.

**E. Event Housing Policy.**

1. **AAU Junior Olympic Games.** Participants in the AAU Junior Olympic Games must use hotel accommodations as advertised by the local host or its designee. Any exemption to this policy must be submitted on the housing exemption form.

2. **National Sport Committee Events.** Participants in AAU National Championship events must use hotel accommodations as advertised by the local host or its designee. Any exemption to this policy must be submitted on the housing exemption form.

3. **District Events.** An AAU Event Operator may make a request to the District Governor to approve the Event Operator's designation of certain hotel/motel properties not to be used by participants in the event operator's AAU licensed event. The exact name and address of each property must be provided to the Governor. If approved by the Governor, the Event Operator may reject entries of participants who reserve rooms in these designated properties. Once the event begins, participants can be required to vacate the designated property in order to continue to participate.

**F. National Championship Event Hosts.** From the time a host organization submits a bid for a National Championship event, through the time the event is held, the host organization must maintain a club membership in the appropriate category for the entire year (365 days or 366 days in a leap year). If Host does not comply, the event may be removed.

**G. District Qualifier Medals.** AAU medals shall be used at any licensed district qualifying event. Medals must be purchased through the AAU medal program or the license shall be denied/voided. District Athletics Championships events may use the Sports for All Forever medals at their District Qualifiers.

## XVIII. Whistleblower Policy

It shall be the policy of the AAU and its subordinates not to retaliate against any employee who reports or discloses information in good faith that may contain evidence of (1) improper activity or (2) a condition that may significantly threaten health or safety. Such reports should be in writing and in any event shall be made to the Compliance Department at the AAU National Office.

## XIX. Document Retention Policy

It is and shall be the policy of the AAU and its subordinates that in regard to all documents, including but not limited to: hard copy, facsimile, and/or electronic media (or any other type of documentation, whether currently in existence or not) that all such documents, if related (or could reasonably be determined at the time of potential deletion/destruction to be related) to actual or potential litigation, shall be retained (i.e., not shredded, deleted, nor otherwise destroyed) during the pendancy of any such litigation or during the statue of limitations for

EXHIBIT G

**EX. A, PART 2**

any such potential litigation. Litigation for the purposes of this Policy shall include both civil and/or criminal matters, whether federal or state.

Any and all documents not related to litigation shall be kept for at least the statutory required time frame or the time frame, if any, as set by the AAU Audit Committee, whichever is longer.

The National AAU may require such records/documents be forwarded for storage to the AAU National Office at its sole discretion.

## XX.   Conflict of Interest Disclosure Filing

A. Conflict of interest disclosures shall be filed annually by electronic means. See the AAU's website at www.aausports.org in regard to details for filing. Conflicts of interest are not prohibited per se, but are required to be reported.

B. Members of the AAU Board of Directors may review a Conflict of Interest filing by submitting to the Director of Compliance a written request at least 72 hours ahead of time.

C. **Notification.** All Officers, Employees and Board members in addition to the above electronic filing/disclosure, shall notify the Board of Directors of any conflict(s), in regard to any situation involving a presentation to the Board relative to any product or service, wherein any direct or indirect interest in such product or service is held by such Officer, Employee, or Board member (or any family member thereof).

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX A

### GLOSSARY OF TERMS

1. **AAU.** AAU means the Amateur Athletic Union of the United States, Inc., the entire national organization. The AAU is a national organization composed of affiliated Districts, authorized to work with sport-oriented groups, in the administration and development of sports at all appropriate levels.

2. **AAU Code.** The AAU Code is the collective reference to the Constitution, Bylaws, National Policies, National Sport Committee rules, and District Sport Committee rules and regulations.

1. **Amateur.** Amateur is one who engages in athletic competition or exhibition solely for the pleasure and physical, mental or social benefits derived therefrom and to whom the sport is an avocation.

2. **Approved Sport.** A sport which meets the requirements as established by policy.

3. **Athlete.** A person who participates in an AAU sports activity as defined by the appropriate AAU Adult or Youth Sport Committee in regards to eligibility, rules, age, gender, etc..

4. **Attached.** An individual registered athlete becomes attached to an AAU club or team when the athlete participates as a club representative in a competition licensed by a District which includes two or more teams.

5. **Board of Directors.** The body which manages the business of the AAU between meetings of Congress.

6. **Board of Managers.** The governing body of a District.

7. **Charter.** An authorization of Congress to serve as the administrator of AAU programs in a District,

8. **Coach.** A person, who in behalf of a third party, instructs and/or leads one of more athletes. Coaches are chosen by said third party (parties) and not hired, selected, or appointed by the AAU. Coaches are not agents, employees, nor authorized spokespersons of the AAU.

9. **Congress.** The legislative body of the National AAU.

10. **District.** A group of clubs, organizations and individuals in a certain geographic area which has been chartered by Congress as a member of the AAU to provide administrative services for amateur sports and to foster AAU sport programs.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

11. **District Executive Committee.** The body which manages the business of the District between meetings of the Board of Managers.

12. **Judicial Bodies.** A collective reference to the Board of Review, Board of Appeals, District Review Committee, and Infractions Committees.

13. **Licensed Event.** The written approval of the AAU to authorize registered athletes to participate in a specific competition or activity.

14. **Membership.** An agreement to participate under the rules, regulations, Code, policies and procedures of the AAU. Membership entitles participation; it does not create agency, or authorize member(s) to be spokespersons(s) on behalf of the AAU.

15. **Non-athlete.** A person who participates in the AAU in an administrative role such as an Administrator, Bench Personnel, Coach, Instructor, Manager, Official, Team Leader, Tournament Director, Volunteer or other who supports the sport's activity but does not compete as an athlete.

16. **Operating Rules.** Policies and procedures regulating the committee structure and conduct of events within the jurisdiction of the entity.

17. **Registrar.** A District officer responsible for the oversight of the District memberships and event licensing.

18. **Registration.** The process of becoming a member of the AAU. An individual is registered when he has completed the appropriate and has paid the required fee to the District Registrar or other authorized person.

19. **Reinstatement.** The return of all, or limited, rights of membership.

20. **Transfer.** A change in an athlete's attachment, or club affiliation, from one club to another.

21. **Unattached.** An AAU athlete who represents no club member.

22. **Union.** The Amateur Athletic Union of the United States Inc.

23. **Youth Athlete.** Members of the AAU under the age of 21 as determined by the National Sport Committee.

24. **Zone.** A geographical section of the AAU that includes all Districts within that area.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX B

### SPECIAL COMMITTEES

Awards Committee
Convention Committee
Hospitality Committee
Life Membership Committee
Library/History Committee
Personnel Committee
Sullivan Committee
Volunteer Services Committee

EXHIBIT G

72
**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX C

### LIST OF APPROVED SPORTS**

Aquatics (Youth Diving, Swimming, Water Polo)
Athletics (Cross Country, Multi-Events, Track and Field)
Badminton
Baseball
Basketball (Boys)
Basketball (Girls)
Basketball (Men)
Basketball (Women)
Baton Twirling
Bowling
Cheerleading
Chinese Martial Arts/Kung Fu
Cricket
Dance
Field Hockey
Fishing (from land-based platform – youth only)
Football (Flag, Tackle, 7-on-7, Football Cheer)
Golf
Gymnastics (Gymnastics, Freestyle Gymnastics)
Hockey (Floorball, Ice, Inline & Roller)
Judo
Jump Rope
Karate
Lacrosse
Powerlifting
Soccer
Softball
Sport Stacking
Surfing
Table Tennis
Taekwondo
Trampoline and Tumbling
Volleyball
Weightlifting
Wrestling

** **Sport may be limited to a specific age or category of competition.**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX D

### ZONE ALIGNMENT

**Zone A:** New England, Adirondack, Niagara, Connecticut, Metropolitan, New Jersey, Middle Atlantic, Maryland, Potomac Valley, Western Pennsylvania, Virginia, Ohio, Lake Erie

**Zone B:** North Carolina, Southeastern, Southern, Gulf, Southwestern, Kentucky, South Texas, Georgia, West Texas, Florida, Florida Gold Coast, West Virginia, South Carolina, Puerto Rico

**Zone C:** Michigan, Wisconsin, Central, Ozark, Arkansas, Oklahoma, Missouri Valley, Nebraska, Montana, Iowa, North Dakota, South Dakota, Wyoming, Minnesota, Indiana

**Zone D:** Hawaiian, New Mexico, Colorado, Utah, Inland Empire, Pacific Northwest, Oregon, Alaska, Southern Pacific, Central California, Arizona, Pacific Southwest, Pacific

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## APPENDIX E
## MAP of DISTRICTS

**AAU Districts**



### KEY TO MAP OF DISTRICTS

2 New England
3 Adirondack
4 Niagara
5 Connecticut
6 New York Metropolitan
7 New Jersey
8 Middle Atlantic
9 Maryland
10 Potomac Valley
11 Western Pennsylvania
12 Virginia
13 North Carolina
14 Florida
15 Southeastern
16 Indiana
17 Ohio
18 Lake Erie
19 Michigan
20 Wisconsin
21 Central

22 Ozark
23 Arkansas
24 Southern
25 Gulf
26 Southwestern
27 Oklahoma
28 Missouri Valley
29 Nebraska
30 Minnesota
31 Montana
32 Colorado
33 Southern Pacific
34 Utah
35 Inland Empire
36 Pacific Northwest
37 Oregon
38 Pacific
39 Hawaiian
40 Iowa
41 Kentucky

42 New Mexico
43 South Texas
44 Pacific Southwest
45 Georgia
46 Central California
47 West Texas
48 Arizona
50 Florida Gold Coast
51 West Virginia
52 North Dakota
54 South Dakota
55 South Carolina
56 Alaska
58 Wyoming
61 Puerto Rico

**Amateur Athletic Union**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

# 2016 AAU Codebook



## Sports For All, Forever

*[As of 10/13/15]*

EXHIBIT H          **EX. A, PART 2**

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

# THE CODE OF THE
# AMATEUR ATHLETIC UNION
# 2016 EDITION

## TABLE OF CONTENTS

**Preamble**   1

**Article I – Governance of the Union**   1

A. Adoption and Amendments   1
  1. Adoption   1
  2. Amendments   1
    a. Adoption Requirements   1
    b. Presentation   1
    c. Time and Form of Publication   2
    d. Consideration   2
    e. Urgent Amendment   2
    f. Language, Stylistic, Housekeeping Changes   2

B. Membership   2
  1. Conditions for Membership   2
  2. Classes   2
    a. District Member   2
    b. Club Member   2
    c. Individual Member   2
    d. Allied Member   2

C. Congress   3
  1. Composition   3
    a. District Representatives   3
    b. Sport Committee Representatives   3
    c. National Officers   3
    d. Past Officers   3
    e. Affiliate Representatives   3
    f. Members-at-Large   3
  2. Powers   3
  3. Votes   4

D. Board of Directors   4
  1. Composition   4
  2. Powers   4

E. Officers   4
  1. Titles   4
  2. Elections   4
  3. Qualifications   4
  4. Term of Office   5
  5. Duties   5
    a. President   5
    b. Vice-Presidents   5
    c. Secretary   5
    d. Treasurer   5

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

6.  Vacancies 6
7.  Emergency Powers of Officers 6

F.  Committees 6
1.  Administrative Committees 6
 a.  Finance Committee 6
 b.  Insurance Committee 6
 c.  Legislation Committee 7
 d.  Nominations and Elections Committee 7
 e.  Registration Committee 7
 f.  Committee Structure & Procedures 7

2.  National Sport Committees 8
 a.  Chair 8
 b.  Composition 8
 c.  Removal/Replacement 8
 d.  Meetings 8
 e.  Voting 8
 f.  Quorum 8
 g.  Duties 8
 h.  Dissolution 9

3.  Special/Ad Hoc Committees 10

**Article II – Governance of the Districts** 11

A.  Adoption 11
1.  Amendments 11
B. Charter 11

C.  Name, Territory, Jurisdiction 11

D.  Objectives 11

E.  Management 11
1.  Board of Managers 11
 a.  Composition 11
 b.  Duties 11
 c.  Voting 12

2.  Executive Committee 12
 a.  Composition 12
 b.  Duties 12

3.  Officers 13
 a.  Titles 13
 b.  Eligibility 13
 c.  Term of Office 13
 d.  Duties 13
 e.  Removal 14
 f.  Vacancies 14

4.  Meetings 
 a.  Biennial 15

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | b. | Special | 15 |
|  |  | c. | Executive Committee | 15 |
|  |  | d. | Notices | 15 |
|  |  | e. | Quorum | 15 |
| 5. | Committees |  |  |  |
|  |  | a. | Required Committees | 15 |
|  |  |  | 1. Finance Committee | 15 |
|  |  |  | 2. Nominations & Elections Committee | 16 |
|  |  |  | 3. Review Committee | 16 |
|  |  |  | 4. District Sport Committees | 16 |
|  |  |  | 5. Special Committees | 18 |
|  |  | b. | Voting | 18 |
| 6. | District Championships |  |  | 19 |
|  |  | a. | Conduct Of | 19 |
|  |  | b. | Participation In | 19 |
| F. | Governance of Unchartered Districts |  |  | 19 |
| G. | Dissolution |  |  | 19 |
| 1. | District |  |  | 19 |
| 2. | District Sport Committee |  |  | 19 |

**Article III – Judiciary of the AAU**     20

| A. | Judicial Entities |  |  | 20 |
|---|---|---|---|---|
| 1. | National Board of Review |  |  | 20 |
|  |  | a. | Composition | 20 |
|  |  | b. | Powers | 20 |
|  |  | c. | Jurisdiction | 20 |
|  |  | d. | Eligibility to Serve | 20 |
|  |  | e. | Term of Office | 21 |
|  |  | f. | Vacancies | 21 |
| 2. | National Board of Appeals |  |  |  |
|  |  | a. | Composition | 21 |
|  |  | b. | Powers | 21 |
|  |  | c. | Standard of Review | 21 |
|  |  | d. | Congress Appellate Jurisdiction | 21 |
| 3. | District Review Committee |  |  | 21 |
|  |  | a. | Composition | 21 |
|  |  | b. | Powers | 21 |
|  |  | c. | Jurisdiction | 22 |
| 4. | Infractions Committees and Disciplinary Officers |  |  | 22 |
| B. | Authority |  |  | 22 |
| 1. | Fraud |  |  | 22 |
| 2. | Competing for Money |  |  | 22 |
| 3. | Aid or Abet Disqualification of an Athlete |  |  | 22 |
| 4. | Doping |  |  | 22 |
| 5. | Aid or Abet Controlled Substance Use |  |  | 22 |
| 6. | Unfair Dealing in Competition |  |  | 22 |
| 7. | Violation of AAU Rules/Policies |  |  | 22 |
| 8. | Aid or Abet Violation of the AAU Code |  |  | 22 |
| 9. | Failure to Cooperate with AAU Judicial Body |  |  | 22 |

EXHIBIT H     **EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

10. Act of Disturbance, Obstruction of a Competition, Disruption, Disrepute ........ 22

C. Procedures ........ 23
   1. Hearings ........ 23
   2. Appeals ........ 23
   3. Reinstatement ........ 23

**Bylaws of the AAU** ........ 24

1. Official Emblem, Seal, National Office ........ 24
   1.1 Official Seal ........ 24
   1.2 Official Emblem ........ 24
   1.3 National Office ........ 24

2. Fiscal and Legal ........ 24
   2.1 Fiscal Year ........ 24
   2.2 Bonds ........ 24
   2.3 Bank Accounts and Depositories ........ 24
   2.4 Checking, Savings & Depository Accounts ........ 24
   2.5 Auditor and Auditor Report ........ 25
   2.6 Budget ........ 25
   2.7 Audit Committee ........ 25
   2.8 Finance Committee Audits ........ 25
   2.9 Accounts Receivable ........ 25
   2.10 Investment Sub-Committee ........ 25
   2.11 General Counsel ........ 26
   2.12 Special Counsel ........ 26
   2.13 Contracts ........ 26
   2.14 Conflict of Interest ........ 26
   2.15 Salaries ........ 26

3. Event License ........ 26

4. Membership ........ 27
   4.1 Individual Membership ........ 27
   4.2 Club & Individual Membership Applications ........ 27
   4.3 Membership and Residency ........ 27

5. Dues, Fees, Reports and Remittances ........ 28
   5.1 Dues and Fees ........ 28
   5.2 District Reports ........ 28

6. Eligibility ........ 29
   6.1 Youth Athlete Participation ........ 29
   6.2 Club Attachment ........ 29
   6.3 Transfers ........ 29

7. Competition ........ 30
   7.1 District Championships ........ 30
   7.2 No Championship held in District ........ 30
   7.3 Special Competition ........ 30

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

7.4  Acceptance of Entry                                                                30
7.5  National Championship                                                              30
                                    7.5.1   Award                                       30
                                    7.5.2   Championship Contracts                      30
7.6  Competition Outside the U.S.                                                       30

8. Districts and Chartering                                                             30
   8.1  District Membership                                                             30
   8.2  District Territories                                                            30
   8.3  Redistricting Territories                                                       31
   8.4  Inter-District Sport Management Agreements                                      31
   8.5  Names and Territories                                                           31
   8.6  Zone Alignment                                                                  31
   8.7  Regional Alignment                                                              35

9. Meetings, Notices, Voting                                                            36
   9.1  Meetings of the AAU of the US, Inc.                                             36
   9.2  District Representation to Congress                                             36
   9.3  National Sport Committee Representation to
        Congress                                                                        36
   9.4  Notice                                                                          37
   9.5  Order of Meetings                                                               37
   9.6  Rules of Order                                                                  37
   9.7  Mail or Electronic Voting                                                       37

10. Composition of Board of Directors                                                   38
    10.1  The Officers                                                                  38
    10.2  Zone Representatives                                                          38
    10.3  Administrative Chairs                                                         38
    10.4  Council Chairs                                                                38
    10.5  District Governors' Council                                                   38
    10.6  National Sport Committee Representation                                       38
    10.7  Other National Sport Committee                                                38
          Representation                                                                38
    10.8  District Representation                                                       38
    10.9  Other District Representation                                                 38
    10.10 Non-voting Members                                                            38
    10.11 Representation limits                                                         38

11. National Councils                                                                   38
    11.1  Youth Sports Council                                                          38
    11.2  Adult Sports Council                                                          39
    11.3  Past Presidents' Council                                                      39
    11.4  Zone Councils                                                                 39
    11.5  District Governors' Council                                                   39

12. Miscellaneous                                                                       40
    12.1  AAU James E. Sullivan Award                                                   40
    12.2  Life Membership                                                               40
    12.3  Indemnification                                                               40
    12.4  Executive Director                                                            40
    12.5  Substantial Compliance                                                        40
    12.6  Glossary of Terms                                                             40

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**National Policies of the AAU**                                                    **41**

I.   Membership Policy                                                              **41**

      A.  Agreement & Consent                                                        41
      B.  Binding Arbitration                                                        41
      C.  Indemnification/Assumption of Risk                                         42
      D.  Administrative Remedies                                                    43
      E.  Membership Limitations                                                     43
      F.  Misrepresentation                                                          44
      G.  Sport Agents, Agencies and Representatives                                 44
      H.  Agency                                                                     45
      I.   Waiver/Release/Authorization to Use                                       45
           Likeness, Names, Voice and Words                                          45
      J.   Notice of Claims                                                          45
      K.  Participation without Modification                                         45
      L.   Residency                                                                 45

II.   Membership Data Policy                                                        **46**

      A.  Introduction                                                               46
      B.  Use of Membership Data                                                     46
      C.  Procedures                                                                 46
      D.  Third Parties                                                              46
      E.  Violations                                                                 46

III. Financial Policies                                                            **47**

      A.  Insufficient Fund Check Policy                                             47
      B.  Purchasing Guidelines                                                      47
      C.  Solicitation of Funds                                                      47
      D.  Commission Guidelines                                                      48
      E.  National Sport Committee Finances                                          48
      F.  AAU Credit Policy                                                          49
      G.  District Charter Late Fee                                                  50
      H.  Convention Hotel Policy                                                    50

IV. Use of Marks and Logos                                                         **50**

      A.  AAU Registered Marks                                                       50
      B.  Use of Olympic Marks                                                       50

V.   AAU Spokesperson                                                              **51**

VI. Television/Web streaming Rights for National                                   **51**
      Events

      A.  Rights                                                                     51
      B.  Guidelines for Allocation of Proceeds                                      51

VII.   Websites and Social Media                                                   **52**

      A.   Website Content                                                           51
      B.  Social Media                                                              52

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

VIII. Defense Policy                                                                          52

IX. Management of Emergency Situations                                                        53

   A.  Spokesperson                                                            53
   B.  Protocols                                                               53

X.  Procedures for Nominations and Elections of                                              54
National Officers, District Officers, District Sport
Directors, and Other District Offices and
Recommendation of the National Sport Chair.

   A.  National Officers                                                      54
   B.  District Officers                                                      55
   C.  District Sport Directors                                               57
   D.  National Sport Chair                                                   59

XI. Business Practices                                                                       60

XII.    Event License Policies                                                               60

   A.  Practice                                                               60
   B.  Supervision                                                            61
   C.  Event License Categories                                               61
   D.  Event License Category Limits                                          61
   E.  National Championship Event Licenses                                   61

XIII. Sport Committee Policies                                                               61
   A.  Sport Status                                                           61
   B.  Procedures to Establish a New                                          62
      Sport
   C.  Special Meetings                                                       62
   D.  Sport Committee Agendas                                                62

XIV.    Judicial Procedures                                                                  62

   A.  Introduction                                                           62
   B.  Procedures during Hearings                                             63
   C.  Infractions Committees & Judicial Officers                             63
   D.  District Review Committees                                             64
   E.  National Board of Review                                              65
   F.  Board of Appeals                                                       66
   G.  Interpretation & Application of Policy                                 65

XV. Re-Districting Procedures                                                                66

XVI.    District Management                                                                  67

   A.  Credentialling Voters for District                                    67
      Board of Managers Meetings
   B.  Credentialling Voters for District                                     67

**Table of Contents**                        EXHIBIT H              **EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

Sport Committee Meetings

XVII.  Event Policies                                                      67

   A.  Schedule Changes                                         67
   B.  Age Groups/Skill Levels/Weight Classes                    67
   C.  Right of Removal/Denial of Admission                      67
   D.  Medical Emergency                                         68
   E.  Event Housing Policy                                      68
   F.  National Championship Event Hosts                         68
   G.  District Qualifiers Medals                                68

XVIII. Whistleblower Policy                                                68

XIX. Document Retention Policy                                             68

XX. Conflict Interest Disclosure Filing                                    69

   A.  Disclosure                                                69
   B.  Notification                                              69

Appendices                                                                70

A. Glossary of Terms                                                       70
B. Special Committees                                                      72
C. List of Approved Sports                                                 73
D. Zone Alignment                                                         74
E. Map of Districts                                                        75

EXHIBIT H

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT



## CONSTITUTION OF THE
## AMATEUR ATHLETIC UNION OF THE UNITED STATES INC.
## (AAU)

### Preamble

*The AAU, being established to promote the benefits of participation in athletics and sports-related activities, hereby adopts this Constitution and Bylaws for the advancement of that purpose.*

### ARTICLE I

### GOVERNANCE OF THE UNION

A. **Adoption and Amendments.**

1. **Adoption.** This Constitution and Bylaws shall be effective immediately when approved at the Regular Meeting of Congress in accordance with legislative procedures in effect at the time of adoption. Persons holding any National or local office in the AAU organization at the time this Constitution is adopted shall remain in office for the term elected or until removed or replaced according to the provisions of the Code.

2. **Amendments.** The Constitution and Bylaws may be amended only by the Congress of the AAU under the following procedure(s) only:

   a. Amendments to the Constitution may be approved only upon the affirmative vote of three-fourths (3/4) of those members of Congress voting. The Bylaws may be amended upon the affirmative vote of two-thirds (2/3) of those members of Congress voting. Amendments become effective immediately upon approval unless otherwise specified at the time of adoption.

   b. **Presentation.** A proposed amendment may be submitted only by :

      1. A District member, after approval at its Biennial meeting.
      2. An elected Officer of the National AAU.
      3. The Board of Directors.
      4. The Chair of a National Sports or Administrative Committee.

   c. **Time and Form of Publication.** A proposed amendment to the Constitution or Bylaws must be received by the Secretary of the AAU in writing. The proposed amendment must be

EXHIBIT H          **EX. A, PART 2**

1

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

received at least forty-five (45) days before the next held Meeting of the Congress of the AAU at which it is to be submitted. The proposed amendment must be submitted in such a form to show the entire section, subsection or paragraph as it will read if adopted. The proposed amendment shall be forwarded by the Secretary immediately to the Chair of the Legislation Committee. A report of all proposed amendments must be mailed by the Secretary to each delegate to Congress at least thirty (30) days prior to the meeting of Congress.

d. **Consideration.** Proposed amendments to the Constitution and/or Bylaws must be submitted to the Legislation Committee for review. Upon completion of such review, the Legislation Committee shall present its recommendations to Congress.

e. **Urgent Amendment.** If considered urgent and necessary, the Legislation Committee may, by a majority vote, present amendments to the Constitution or Bylaws for consideration at any time during a meeting of Congress. Approval of an urgent amendment requires an affirmative vote of three-fourths (3/4) of those members of Congress voting.

f. **Language, Stylistic, Housekeeping Changes**.  The Chair of the Legislation Committee is authorized to make language and stylistic changes to the Constitution and Bylaws to avoid inconsistencies of wording and conflicting provisions, to improve syntax, and correct grammatical and typographical errors. The Congress shall be notified of any changes and shall be presumed to have approved them unless it votes disapproval at its next meeting following notification.

B. **Membership.** Membership in the AAU is a privilege granted by the AAU. It is not a right. The AAU at its sole discretion reserves the right to accept or reject any applicant(s) for membership.

1. **Conditions for Membership.**  Membership in any category may be granted only after an application is submitted and approved. By submitting an application, the applicant agrees to comply with all the provisions of the AAU Code, including its Constitution, Bylaws, Policies, procedures, regulations, and rules of the AAU.

2. **Categories**.  Categories of membership in the AAU are as follows :

   a. **District Member.** A District member is an organization chartered by the Congress to provide administrative services within a designated geographic area.

   b. **Club Member.** A Club member is an organization or group that has been approved for membership after meeting the registration requirements of the Code.

   c. **Individual Member.** An individual member is a person who has been approved for membership after meeting the registration requirements of the Code. Individual membership categories are :

      1. Youth Athlete.
      2. Adult Athlete
      3. Non-Athlete

   d. **Allied Member.** An organization or group approved by Congress which is engaged in athletics or sports-related activities.

EXHIBIT H                **EX. A, PART 2**

2

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

C. **Congress.** Congress is the legislative body of the AAU.

1. **Composition**. The members of Congress shall be at least 18 years of age and shall consist of :

   a. **District Representatives**. Each chartered District shall automatically have as members of Congress three of its Officers of its own designation. In addition, the District shall elect from members of its Board of Managers at its Biennial meeting the number of members to the Congress as it is entitled based upon the formula established in the Bylaws.

   b. **Sport Committee Representatives.** Each National Sport Committee which holds a National Championship shall have as members of Congress such representatives as are appointed by the Chair. The number of members to the Congress is calculated using the formula established in the Bylaws. Sport Committees which have a negative fund balance and have not made satisfactory arrangements approved by a majority of the AAU Officers for payment, may have a voice but no vote in the proceedings of Congress.

   c. **The National Officers**

   d. **Past Officers of the AAU.** Each Past President, Past Vice-President, Past Secretary, and Past Treasurer shall be members of Congress.

   e. **Allied Member Representatives.** Each Allied member may appoint one representative to Congress.

   f. **Members-at-Large.** The President may appoint up to two (2) Members-at-Large to the Congress.

2. **Powers.** The powers of Congress are to:

   a. Amend the Code of the AAU.

   b. Elect the Officers of the AAU and the Zone Members of the AAU Board of Review.

   c. Establish dues and fees and to approve the budgets of the AAU.

   d. Establish AAU Districts.

   e. Grant, withhold, suspend, or revoke charters for District members.

   f. Approve AAU National Sport Committees, the National Sport Committee budgets and National Championship events.

   g. Remove Officers, Members of Congress, or members of the Board of Review or any other member of the AAU by a three-fourths (3/4) majority of those present and voting.

   h. Call Regular and special meetings of the AAU.

   i. Assume original jurisdiction in any matter or matters.

   j. Impose and enforce penalties for any violation of the Code.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    **k.** Assume appellate jurisdiction to review any decision of the Board of Appeals.

**3. Vote(s) in Congress.**

    **a.** A member of Congress must be present to vote.

    **b.** A member of Congress may simultaneously represent more than one category of membership but may not represent more than one entity in any category. A member of Congress may not have more than two (2) votes.

**D. Board of Directors.**

**1. Composition.** The composition of the Board of Directors shall be established in the Bylaw 10.

**2. Powers.** The Board of Directors has the power to :

    **a.** Act for the AAU and on behalf of the Congress, subject to the approval of, or ratification of its actions by Congress, except that it cannot amend the Constitution or Bylaws.

    **b.** Establish by majority vote, national policies and procedures for the AAU which shall remain in effect until modified, amended, or deleted by the Board or Congress.

    **c.** Approve National Sport Committee operating rules and National Championship events.

    **d.** Nominate candidates from the Zones for the Board of Review.

    **e.** Approve the General Counsel of the AAU.

    **f.** Establish the check signing authority.

    **g.** Audit Treasurer's records.

    **h.** Review the budget of the AAU and submit it to Congress for approval.

    **i.** Elect members of the Nominations and Elections Committee.

**E. Officers.**

**1. Titles.** The titles of the Officers of the AAU are: President, First Vice-President, Second Vice-President, Secretary, and Treasurer.

**2. Elections.** The Officers will be elected by a majority vote of the members of the Congress casting ballots at the Biennial meeting. Elections for all officers will be conducted by written ballot under the supervision of the Nominations and Elections Committee. If there is only one candidate for a particular office, the vote for that office may be taken by a voice vote.

**3. Qualifications.** Only members of Congress are eligible for election to an office.

EXHIBIT H **EX. A, PART 2**

4

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

4. **Term of Office.** Each Officer shall serve for a term of four (4) years following election and/or until a successor is elected.

   a. **Term Limits.** Each Officer may serve no more than two (2) consecutive terms of four (4) years in the same office. [Note: Term limit begin with the 2014 National Officer election.]

5. **Duties.** The duties of the Officers are:

   a. **President**

      1. The President is the chief executive officer of the AAU.
      2. The President orders meetings of the AAU as provided in the Constitution and Bylaws and presides at all meetings of the AAU.
      3. The President may appoint Special Committees.
      4. The President appoints all Committee Chairs, except where provided otherwise in this Constitution.
      5. The President is an ex-officio member of all committees, except the Nominations and Elections Committee, the Board of Review and the Board of Appeals.
      6. The President, along with the National Secretary, signs all contracts and agreements of the AAU.
      7. The President may appoint at-large members to Congress, the Sport Committees, and Administrative Committees as provided in this Code. The President may appoint no more than five (5) delegates at-large to any Committee.
      8. The President names AAU representatives to organizations in which the AAU is a member.
      9. The President may call special meetings of Congress and/or the Board of Directors.
      10. The President has the right to exercise all the duties pertaining to his office in accordance with the AAU Code.

   b. **Vice-Presidents.** The Vice-Presidents have such duties as assigned to them by the President.

   c. **Secretary.** The Secretary has the responsibility to:

      1. Keep the official records of the AAU including but not limited to Congress and the Board of Directors.
      2. Conduct official correspondence of the AAU.
      3. Issue official notices of all meetings of the AA.
      4. Sign, along with the President, all contracts and agreements of the AAU.

   d. **Treasurer.** The Treasurer shall have the duty and responsibility to oversee the following :

      1. Receipt and deposit of all monies of the AAU in to accounts in the name of the AAU.
      2. Execution of all checks, notes and drafts together with dual signatures when required by the Code.
      3. Payment of all bills approved by an authorized AAU Officer or by the Congress provided such bills are within the authorized current budget of the AAU.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

    4. Furnishing to the Finance Committee and/or Board of Directors when requested all monies, accounts, books, papers, vouchers and records pertaining to his office for audit or other purposes.

6. **Vacancies.** In the event of the death, resignation, removal or incapacity of an Officer, the vacancies shall be filled as follows :

    a. **President.** The First Vice-President becomes the President.

    b. **First Vice-President.** The Second Vice-President becomes the First Vice-President.

    c. **Second Vice-President.** The office remains vacant until the next meeting of the Congress, at which time Congress will fill the office for the remainder of any unexpired term.

    d. **Secretary.** The Board of Directors elects a successor to hold office until the next meeting of Congress at which time Congress will fill the office for the remainder of any unexpired term.

    e. **Treasurer.** The Board of Directors elects a successor to hold office until the next meeting of Congress at which time Congress will fill the office for the remainder of any unexpired term.

7. **Emergency Powers of Officers.** In the event of actual or potential emergency situations that require timely action, the Officers may by majority agreement assume emergency powers to act in the best interest of the AAU in any manner necessary, which includes but is not limited to:

    a. Modify or suspend any rule, regulation or section of the AAU Code.

    b. Assume original jurisdiction in any matter materially affecting the AAU.

    c. Any action taken under this emergency provision will be effective until the next meeting of the Board of Directors. All emergency actions exercised shall be reported in writing in full detail by the Officers to the Board of Directors. The Board may ratify, modify, rescind, suspend, or revoke any such action(s).

F. **Committees.** The types of Committees of the AAU are Administrative, Sport and Special (Ad Hoc).

    1. **Administrative Committees.** The Administrative Committees of the AAU are :

        a. **Finance Committee.**

            1. **Composition.** The majority of the Officers shall select five (5) members. The National Officers are Ex-Officio members of the Committee.

            2. **Duties.** To ensure the financial integrity of the Union by overseeing the financial matters of the AAU.

        b. **Insurance Committee.**

            1. **Composition.** The majority of the Officers shall select five (5) members. The Chairs of the Legislation Committee, Finance Committee, and the Registration Committee shall be members.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

2. **Duties.** The Committee shall assess the insurance needs of the AAU and evaluate and recommend to the President insurance programs.

## c. Legislation Committee

1. **Composition.** The Committee will consist of a representative appointed by each District and up to two (2) at-large members appointed by the President.

2. **Duties:**
   a. To Committee receive, review and/or modify and/or initiate proposals for amendments to the Constitution and Bylaws consider and evaluate those proposals and present its recommendations to Congress.
   b. To consider and recommend to Congress all proposals on changes to Districts and Zones.

## d. Nominations and Elections Committee

1. **Composition.** The Committee will consist of up to three (3) members who are elected to a four (4) year term in odd-numbered years by the Board of Directors.

2. **Duties.**
   a. To develop procedures for elections which upon approval by the Board of Directors shall become National Policy.
   b. To oversee and conduct all elections and matters which require a ballot.
   c. To review and approve or disapprove all campaign materials (including but not limited to eblasts, flyers, handouts, t-shirts, etc.).

## e. Redistricting Committee

1. **Composition.** The majority of the Officers shall select five (5) members.

2. **Duties.**
   a. Develop procedures for redistricting which upon approval by the Board of Directors shall become National Policy.
   b. Consider and recommend to the Legislation Committee all proposals on territorial changes for Districts and Zones.

## f. Registration Committee.

1. **Composition.** The Committee will consist of the elected Registrar of each District or a representative designated by the District Governor, plus the National Legislation Chair and in addition thereto up to two (2) at-large members appointed by the President.

2. **Duties.** To develop, review, and coordinate membership registration procedures and issue event licenses as provided by Bylaws and Policies.

## g. Committee Structure and Procedures.

1. **Chairs.** The President of the AAU, upon approval by a majority of the National Officers, appoints the Chairs.

EXHIBIT H          **EX. A, PART 2**

7

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

2. **Meetings.**
   a. Regular committee meetings are held in conjunction with the AAU Convention. They may be observed by any person registered for the Convention; however, such observers shall have no voice unless recognized by the Committee Chair. This shall not affect the Committee's right to meet in executive session whereupon observers may be excluded at the sole discretion of the Chair.
   b. Special meetings of a Committee are scheduled at the request of the Chair or upon the written request of at least one-half (1/2) of the committee members.
   c. **Voting**. At all meetings, only members of the Committee are permitted to vote. There shall be no voting by proxy. Each member of the Committee will have one vote.
   d. **Quorum**. A quorum consists of those voting members of the Committee that are present at the meeting.
   e. **Vacancies.** Vacancies occurring on any committee may be filled with the same procedure as provided for in the original appointment.

2. **National Sport Committees**. A Committee may be established to conduct the program in each sport approved by Congress. Criteria for the formation of a National Sport Committee shall be established by policy.

   a. **Chair.** National Sport Chairs shall be elected by their National Sport Committee at the committee meeting during National Conventions in which National Officers are elected.

      1. Terms are four (4) years.
      2. National election policies shall apply.
      3. National Sport Chairs may be removed for cause by a majority vote of the National Officers, subject to the Right of Appeal to the National Board of Review.
      4. The President, with the approval of a majority of the Officers may appoint a person to fill a vacant National Sport Chair position. The appointees will serve until the next regular or special meeting of the Sport Committee, at which time an election shall be held to complete the term.
      5. Upon approval, the election process of National Sport Chairs shall become effective immediately. The selection/recommendation process utilized during this Congress shall serve as the election process. (This provision shall be house-cleaned at the end of the 2015 membership year.)

   b. **Composition.** The Committee will consist of the following all of whom must be at least 18 years of age:

      1. The elected or appointed Sports Director of each District or a representative designated by the District Governor;
      2. National Sports Chair;
      3. The elected or appointed Executive Committee or committee chairs as defined by the sports operating rules;
      4. One (1) appointed representative from each Allied member that registers members in the sport;
      5. The President may appoint up to two (2) members-at-large.

   c. **Removal/Replacement.** A member of a Committee may be removed or replaced by the same procedure as provided in the original selection.

EXHIBIT H

EX. A, PART 2

8

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**d. Meetings.**

1. **Regular.** Regular sports committee meetings shall be held in conjunction with the AAU Convention and as the Committee determines.
2. **Special.** Special meetings of a Committee are scheduled at the request of the Chair or upon the written request of at least one half (1/2) of the Committee members.

**e. Voting.** Voting in the Committee shall be the National Sports Chair, the elected or appointed Executive Committee or committee chairs as defined by the sports operating rules, the elected or appointed Sports Director of each District or a representative designated by the District Governor and one appointed representative from each Allied member that registers members in the sport. The President may appoint up to two (2) members-at-large. Only representatives from Districts which registered a minimum of .5% (a half percent) of the total number of athletes in that sport, in the previous year, shall be allowed to vote in the National Sport Committee meeting.

**f. Quorum.** A quorum consists of the voting members of the Committee that are present at the meeting.

**g. Duties.** A National Sport Committee has the duty to :

1. Adopt rules, procedures and operating policies relative to the conduct of the sport (including but not limited to competition rules, establishing National Championship qualification criteria, Committee governance, disciplinary procedures) and submits them to the Board of Directors for approval. If the Committee has established an Executive Committee, that Committee may review and approve competition rules for the sport in between meeting of the Committee.

   a. The National Sport Committee operating rules and procedures may only be amended by the National Sport Committee under the following procedure:

      1. Amendments may be approved only upon the affirmative vote of two-thirds (2/3) of those members of the National Sport Committee voting. Amendments become effective immediately upon approval unless otherwise specified at the time of adoption.
      2. Presentation. A proposed amendment may be submitted only by:
         **a.** A District Sport Committee after approval at its Biennial District Sport Committee meeting. Such approval must be reflected in the District Sport Committee meeting minutes).
         **b.** The applicable National Sport Chair.
         **c.** The National Sport Committee Executive Committee. Such approval must be reflected in the National Sport Executive Committee meeting minutes.
      3. Time and Form. A proposed amendment must be received by the National Secretary in writing. The proposed amendment must be received at least forty-five (45) days before the meeting of the National Sport Committee at which it is to be submitted. The proposed amendment must be submitted in such form to show the entire section, subsection or paragraph as it will read if adopted. The proposed amendment shall be forwarded at the direction of the Secretary immediately to the National Sport Chair. A report of all proposed amendments

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

must be mailed by the Secretary to each member of the National Sport Committee at least thirty (30) days prior to the meeting.

4. Other/Floor Amendment. Amendments may be presented to the National Sport Committee for consideration at the time of the meeting. Approval of these amendments requires an affirmative vote of three-fourths (3/4) of those members of the National Sport Committee voting.

2. Prepare an annual budget to be reviewed by the Finance Committee and President and approved by Congress.

3. Conduct National Championships and other activities of the National Committee.

4. Establish an Executive Committee, the composition of which shall be established in the Committee Operating Rules. The Executive Committee shall act in behalf of the National Sport Committee between National Sport Committee meetings subject to the approval of the Committee except that it may not amend Sections of the National Sport Committee handbook that are incorporated from the Code.

5. Shall create and maintain a National Sport Committee handbook in which the operating rules, procedures and policies of the committee are set out. Handbooks shall be standardized for all sport committees.

h. **Dissolution.** Upon the dissolution of any National Sport Committee, the net assets of the Committee shall be transferred to the general fund of the AAU.

3. **Special Committees/Ad Hoc Committees.** The President or Congress may appoint Special Committees or Ad Hoc Committees and designate the responsibilities to further the interests of the AAU. The President shall appoint the Chair.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

## ARTICLE II
## GOVERNANCE OF THE DISTRICTS

A. **Adoption.** Each District member shall adopt the provisions of this Article which are mandatory in their entirety and must be incorporated as each District's governance.

   1. **Amendments.** This Article cannot be amended by a District. Amendments adopted by the Congress shall be automatically binding upon each District.

B. **Charter.** The District shall comply with the terms of its charter, the AAU Constitution, Bylaws, and National Policies.

C. **Name, Territory and Jurisdiction.** The District shall operate with the name and territory designated by Congress. Districts shall exercise jurisdiction over its territory for the purpose of conducting the business of the AAU.

D. **Objectives.** The objectives of the District is to foster the mission of the AAU, protect and promote the mutual interests of AAU members, provide administrative services to sports-oriented groups, and conduct sport programs in approved sports.

E. **Management.**

   1. **Board of Managers.** The Board of Managers governs the District.

      a. **Composition.** The members of the Board of Managers shall be at least eighteen (18) years of age and shall consist of:

         1. Clubs representatives.
         2. Officers of the District.
         3. District Sport Directors.
         4. **At-Large.** Up to two (2) at-large members appointed by the Governor.

      b. **Duties.** The management of the business affairs of the District is the sole responsibility of the Board of Managers. At the Biennial Legislative meeting, the Board of Managers shall have the power and the duty to:

         1. Elect the following:
            a. Officers of the District;
            b. The Review Committee;
            c. The Nominations and Elections Committee and approve procedures for District elections;
            d. Delegates to the Congress of the AAU;
         2. Review and approve the budget of the District;
         3. Establish the dates of the Biennial Legislative and special meetings of the District.
         4. Establish policies and rules consistent with the Code and necessary for the management of the District;
         5. Approve action of the Executive Committee;

EXHIBIT H   **EX. A, PART 2**   11

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

6. Nominate, by a majority vote, candidates for National Office; a nd
7. By a majority vote, propose to Congress amendments to the AAU Code.

### c. Voting.

1. Each club which has registered at least five (5) individual members during the current year shall appoint one representative to serve on the Board of Managers. The representative shall be designated on the club membership application.
   a. The club may by written notice to the District Secretary withdraw its representative and substitute a new representative.
   b. Written notice to the District Secretary for the withdrawal of its representative and substitution of a new club representative must be received seven (7) days prior to the meeting date.
   c. Replacement representative shall be at least 18 years old on the date of the meeting.
2. There shall be no voting by proxy.
3. Each member of the Board of Managers shall have one vote unless the District selects weighted voting as set out below.
   a. The following system of weighted voting may be adopted by a District by a 2/3 vote at a District Biennial Legislative Meeting.
   b. Districts may assign weighted voting privileges to club representatives based on registered membership. One representative may cast all the votes to which the club is entitled.
      1. Each club shall receive one vote for the first five (5) members attached to the club. The club shall receive one additional vote for each additional fifteen (15) members attached.
4. A member of the Board of Managers is limited to voting for a maximum of two entities (i.e. Club Representative and in an individual capacity, such as a Committee Chair).

## 2. Executive Committee.

a. **Composition.** The Executive Committee shall be comprised of the following members:

   1. Elected Officers of the District;
   2. The Director, or designee, of the District Sport Committee whose District Sport Committee has registered one percent (1%) or more of the total membership of the District. (Membership numbers will be determined utilizing the year-end total as supplied by the AAU National Office for the previous year.)
   3. The Chair of the Finance Committee.

b. **Duties.** The Executive Committee has the power and duty to:

   1. Act for the District and the Board of Managers during the interval between meetings of the Board of Managers subject to the approval of the Board.
   2. Approve the date, time and location of the Biennial District Sport Committee Meeting;
   3. Approve the District Sport Committee operating rules.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

4. Fill a vacancy occurring in an elected office. The appointment shall be effective until the next Board of Managers meeting where an election will be held to fill the balance of the unexpired term.

5. Schedule the time and location of the Board of Managers Biennial Legislative Meeting.

6. Review accounts of the District Treasurer.

7. Receive and file District Sport Committee budgets.

3. **Officers.**

a. **Titles.** The District Officers are Governor, Lieutenant Governor, Registrar, Secretary, and Treasurer. The Board of Managers may approve the establishment of additional District Officers. No individual may hold more than one office at the same time.

b. **Eligibility.** Only members of the Board of Managers are eligible to hold office.

c. **Term of Office.** Each Officer shall serve a term of four years or until his successor is chosen.

d. **Duties.** The duties of the Officers are:

1. **Governor.** The Governor presides at all meetings, appoints Committees, calls special meetings, and performs any other duties that pertain to the office of Governor.

2. **Lieutenant Governor.** The Lieutenant Governor has duties as assigned by the Governor.

3. **Secretary.** The Secretary shall:

   a. Keep the records of the District, including but not limited to the minutes of all District Board of Managers and Executive Committee meetings and copies of all District Sport Committee meetings and District Sport Committee Operating Rules.

   b. Issue or approve issue of all District and District Sport Committee meeting notices. Forward a copy of District Board of Managers notices to the National Office.

   c. Prepare meeting minutes for approval at all Board of Managers and District Executive Committee meetings. Forward a copy of all minutes to the National Office.

   d. Prepare a report of activities for the District Board of Managers Biennial Legislative meeting.

   e. Prepare and submit the District reports required by the Constitution and Bylaws.

   f. Turn over all minutes and records to the succeeding Secretary upon end of term of office.

**EX. A, PART 2**

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

4. **Treasurer.** The Treasurer shall be responsible for and oversee the following:

   a. Payment or authorization of payment of the District membership (charter) fee to the National Office.

   b. Receipt and deposit of all monies of the District into District accounts.

   c. Payment of all bills approved by an authorized officer or by the Board of Managers provided they are within the authorized current budget of the District.

   d. Execution of all checks, notes, and drafts as prescribed by District policy.

   e. Preparation of the District's financial report (including budget) to the Board of Managers.

   f. Comply with the requirements of the AAU Business Practices by in filing the required District and Sport Committee IRS 990 forms. A copy of the form(s) shall be available at the District's Biennial Legislative Meeting.

   g. Consult with the Finance Chair to prepare the District's budget.

   h. Furnish to the Board of Managers or Finance Committee when requested all monies, accounts, books, papers, vouchers and records pertaining to the office for audit or other purposes, and turn over all records to the successor when elected.

5. **Registrar.** The Registrar shall:

   a. Review and then approve or deny applications for membership.

   b. Credential eligible voters at all District Board of Managers meetings (as outlined in National Policies.)

   c. Monitor any event to assure compliance with AAU requirements.

   d. Insure a quorum of voting members exists at all management meetings and submit a credentials report to the District Secretary.

   e. Consider the transfer of athletes pursuant to the Bylaws.

6. **Additional Officers.** The duties of additional officers as established by the Board of Managers shall be specified by the Board of Managers.

e. **Removal.** An elected Officer may be removed by a two-thirds (2/3) vote of the Board of Managers at the Biennial Legislative meeting, provided that the Notice of the meeting specifies that a motion to remove is on the agenda or on the order of the National Board of Review following the filing of a complaint and the Board's proceedings. [Rev. 10/07]

f. **Vacancies.** In the event of the death, resignation, removal or incapacity of an officer, the District Executive Committee shall appoint an individual to serve in the position until

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

the next Board of Managers meeting where an election will be held to fill the balance of the unexpired term.

**4. Meetings.** The meetings of the District are:

a. **Biennial Legislative Meeting.** The Biennial Legislative meeting of the Board of Managers shall be held during the month of May or June in even years on a date selected by the Board of Managers two years in advance. If the Biennial Legislative meeting minutes do not reflect the date of the next Biennial Legislative meeting, the date shall be the first Saturday or Sunday in June. The Executive Committee shall select the time and location of the meeting.

b. **Special.** The Board of Managers shall have special meetings upon the call of the Governor or upon the written request of at least one-third (1/3) of the Board of Managers.

c. **Executive Committee.** The Executive Committee shall meet at least once a year and at other times as it may designate.

   1. The Executive Committee shall have designated meetings upon the call of the majority of the Officers or by written request of 1/3 of the Executive Committee.

d. **Notices.**

   1. **Time.** Notice of the Biennial Legislative or special meetings of the Board of Managers shall be given by the District Secretary, to all members at least thirty (30) days before the meeting (but no more than sixty (60) days.) . Notice for meetings or the District Executive Committee shall be not less than fifteen days or more than thirty (30) days.
   2. **Information.** The notice of a meeting shall contain the time, date, and site.  For special meetings the purpose shall be given.
   3. **Address.** The Notice shall be sent to the electronic address last given to the National Office by each member entitled to Notice who has furnished an electronic address.

e. **Quorum.** At all meetings of the Board of Managers, a quorum shall consist of representatives from at least five (5) member clubs. At all meetings of the Executive Committee, a quorum shall consist of twenty percent (20%) of its members.

**5. Committees.**

a. **Required Committees.** Each District shall have the following Committees:

   1. **Finance Committee.**

      a. **Composition.** The Governor appoints the members and the Chair.  The District Treasurer may not act as Chair of the Finance Committee.

      b. **Duties**. The duties of the Finance Committee are to:

E-FILED 2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

1. Examine the accounts of the Treasurer, and report to the Executive Committee;
2. Prepare the budget of the District and provide it to the Board of Managers for approval.

## 2. Nominations and Elections Committee.

a. **Composition.** The Board of Managers shall elect three (3) members to the Nominations and Elections Committee who shall serve a term of four (4) years. The Chair of the Committee shall be appointed by the Governor from among the elected members.

b. **Duties:** The duties of the Nominations and Elections Committee are to conduct the election for District Officers, delegates to Congress, Review Committee and the Nominations and Elections Committee. The Committee shall follow the election procedures established by National Policy.

## 3. Review Committee

a. **Composition.** The Board of Managers shall elect three (3) members to the Review Committee, who shall serve a term of four (4) years. The Chair of the Committee shall be appointed by the Governor from among the elected Committee members. No more than two (2) members may be from the same sport.

b. **Duties.** The duties of the Review Committee are :

1. Investigate and review complaints regarding violations of the AAU Code, and to conduct hearings in accordance with Article III and procedures established by National AAU Policy.
2. Upon the request of the applicant, review any decision of the Registrar to deny a membership application.
3. The Committee may delegate in writing its authority to a Sport Director, or Sport Infractions Committee, subject to the right of parties to appeal to the Committee.

## 4. District Sport Committees.
In each approved AAU sport in which the District has athletes actively participating, there may be a Committee to manage competition within the District.

a. **Composition.** The District Sport Committee shall include the following :

1. Each club member which registers at least five individual members in the sport shall have one representative on the District Sport Committee;
2. District Sport Committee Officers and Chairmen of Committees as defined by that sport's operating rules. [Added 10/07]
3. The Governor may appoint up to two (2) at-large members.

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

**b. Duties.** The duties of the District Sport Committee are to :

1. In even years, hold a Biennial meeting, the date, time and location of which shall be approved by the District Executive Committee. [Added 10/08]
2. Adopt at the Biennial Meeting, rules of operation of the Committee to be submitted to the Executive Committee for approval and which shall not conflict with the provisions of the AAU Constitution, Bylaws, National Policies or National Sport Committee rules.
3. Determine whether to establish a Committee operating account and if so to comply with all relevant AAU procedures and policies.
4. Conduct of the District championships.
5. If the District Sport Committee is organized as an administrative club under the AAU, it shall annually file the Location of Assets Report with the District Office, and forward a copy to the National Office.

**c. District Sport Director.** In each approved sport in which the District has athletes actively participating, there may be a Director.

1. **Election.** In each sport committee in which five or more club members have designated the sport as its primary sport, the Director shall be elected by the Committee at its Biennial Meeting. The District Sport Director takes office upon election.

2. **Appointment.** When there are fewer than five clubs registered to the Sport, the Sport Director may be appointed by the Governor with the approval of the National Sport Committee Chair. The District Sport Director takes office upon appointment.

3. **Term of Office.**

   a. The term of office for an elected District Sport Director shall be four (4) years to run concurrently with the District Officers.
   b. The term of office for an appointed District Sport Director shall be one year; or until removed by the Governor; or until the Sport Committee has met the criteria to elect a Director.
   c. **Vacancies.** A vacancy occurring in a District Sport Director position shall be filled by the Governor with the approval of the National Sport Committee Chair.

4. **Duties.** The Sport Committee Director shall :

   a. Develop a budget for the Sport Committee to file with the District Executive Committee if required;
   b. Perform the duties set forth in the Committee Rules of Operation.
   c. Approve event licenses in the sport.
   d. Maintain the records of the District Sport Committee, including but not limited to the minutes of all meetings, the budget, location of assets report (if required), and the District Sport Committee operating rules. [Added 10/08]
   e. Preside at Sport Committee meetings ;

EXHIBIT H

**EX. A, PART 2**

17

E-FILED  2019 FEB 01 2:47 PM JOHNSON - CLERK OF DISTRICT COURT

f. Prepare, or have prepared, meeting minutes (which shall be approved at all District Sport Committee meetings). Forward a copy of all minutes to the National Office and District Secretary no later than 30 days following the District Sport Committee meeting.  District Sport Directors who do not comply may be removed by the National Board of Review Chair. [Added 10/08]

g. File a copy of all records with the District Secretary and the AAU National Office Compliance Department no later than 30 days following District Sport Committee meetings. District Sport Directors who do not comply may be removed by the National Board of Review Chair. [Added 10/08]

h. At the conclusion of service as Sport Director turn over all records to the successor to the position.

5. **Removal.** District Sport Directors may be removed as follows:

   a. **By District Sport Committee.** An elected Sport Committee Director may be removed by a two-thirds (2/3) vote of the Sport Committee at the Biennial meeting provided that the Notice of the meeting specifies that a motion to remove is on the agenda.

   b. **By National Sport Chair.** Each National Sport Chair shall annually review the number of events held in their sport. If the number of licensed events, excluding practice licenses, are below five (5), the National Sport Chair may remove the District Director with the consent of the Governor. If the District Governor does not agree with the removal, the President shall appoint an arbiter who will make the final decision which shall be binding.

   c. **By National Board of Review.** An elected Sport Director may be removed by order of the National Board of Review following the filing of a complaint and the Board's proceedings.

d. **Meetings.**

   1. **Notice.** Notice of Biennial Meeting of the District Sport Committee will be given by the District Secretary, to all clubs with members registered in the sport.

      a. **Timing of Notice.** Notice shall be sent not less than thirty (30) days prior to the meeting (or more than sixty (60) days).

   2. **Quorum.** Five (5) member clubs with voting eligibility must be present to constitute a quorum of the Biennial Sport Committee meeting.

5. **Special Committees/Ad Hoc Committees**. The Governor or Board of Managers may appoint Special Committees or Ad Hoc Committees and designate the responsibilities to further the interests of the District. The Governor shall appoint the Chair.

   e. **Voting.** Each club which has registered at least five (5) individual members in the sport during the current year shall appoint one (1) representative to serve on