THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS® AMERICA, INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No. LACV080354<br><br>**DEFENDANT ADIDAS AMERICA, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

**PLEASE TAKE NOTICE**, pursuant to 28 U.S.C. § 1446(d), that defendant adidas America, Inc. filed a Notice of Removal in the United States District Court for the Southern District of Iowa, Eastern Division on January 8, 2020. A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit 1.

　　Dated this January 8, 2020.

　　　　　　　　　　　　SHUTTLEWORTH & INGERSOLL, P.L.C.

　　　　　　　　By:　　*/s/ Dana L. Oxley*
　　　　　　　　　　　Connie Alt　　　AT0000497
　　　　　　　　　　　Dana L. Oxley　　AT0005917
　　　　　　　　　　　cma@shuttleworthlaw.com
　　　　　　　　　　　dlo@shuttleworthlaw.com
　　　　　　　　　　　115 3rd St. SE, #500
　　　　　　　　　　　Cedar Rapids, IA  52401
　　　　　　　　　　　Telephone:  (319) 365-9461
　　　　　　　　　　　Fax:  (319) 365-8443

　　　　　　　　MARKOWITZ HERBOLD PC

　　　　　　　　　　　Matthew A. Levin, *Pro Hac Vice Forthcoming*
　　　　　　　　　　　MattLevin@MarkowitzHerbold.com
　　　　　　　　　　　Stanton R. Gallegos, *Pro Hac Vice Forthcoming*
　　　　　　　　　　　StantonGallegos@MarkowitzHerbold.com
　　　　　　　　　　　1455 SW Broadway, Suite 900
　　　　　　　　　　　Portland, OR  97201
　　　　　　　　　　　Telephone:  (503) 295-3085
　　　　　　　　　　　Fax:  (503) 323-9105

　　　　　　　　OF ATTORNEYS FOR ADIDAS AMERICA, INC.

**EXHIBIT B**

Copy:

Guy R. Cook
Adam D. Zenor
Michael C. Kuehner
Laura N. Martino
Michael D. Currie
GREFE & SIDNEY, P.L.C.
500 E. Court Avenue, Suite 200
Des Moines, IA 50309
gcook@grefesidney.com
azenor@grefesidney.com
mkuehner@grefesidney.com
lmartino@grefesidney.com
mcurrie@grefesidney.com

ATTORNEYS FOR PLAINTIFFS

Martha L. Shaff
Brandon W. Lobberecht
Betty, Neuman & McMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
mls@bettylawfirm.com
bwl@bettylawfirm.com

ATTORNEYS FOR DEFENDANT BARNSTORMERS
BASKETBALL, INC. D/B/A BARNSTORMERS
BASKETBALL OF IOWA

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

Attorneys for Defendant Amateur Athletic Union
of The United States, Inc.

> **CERTIFICATE OF SERVICE**
>
> The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on January 9, 2020 by:
>
> [X] Electronically via ECF for ECF registrants
> [ ] U.S. Mail _____
> [ ] Fax _____
> [ ] Email _____
> [ ] Hand Delivered _____
> [ ] other _____
>
>    /s/   /s/ Paula Pohlpeter

**EXHIBIT B**