IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | Case No. 3:20-cv-00005-JAJ-CFB<br><br>**DECLARATION OF STANTON R. GALLEGOS IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION AGAINST ADIDAS** |

I, Stanton R. Gallegos, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney for adidas America, Inc. ("adidas"). The following statements are true and correct, and, if called upon, I could competently testify to the facts averred herein.

2. Attached as **Exhibit 1** are true and accurate excerpts of adidas' Endorsement, Sponsorship, and Supplier Agreement with Barnstormers Basketball, Inc., dated January 1, 2017.

3. Attached as **Exhibit 2** is a true and accurate copy of the article *Tony Roe*, PHIA Exclusive: Iowa Barnstormers Ink Deal to Play in adidas Gauntlet Gold Division, printed on January 13, 2020 from https://www.prephoops.com/2016/12/phia-exclusive-iowa-barnstormers-ink-deal-play-adidas-gauntlet-gold-division/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of January, 2020.

*/s/ Stanton R. Gallegos*
Stanton R. Gallegos

943943

1