Endorsement, Sponsorship and Supplier Agreement -- AAU 

THIS ENDORSEMENT, SPONSORSHIP AND SUPPLIER AGREEMENT, the adidas Standard Terms and Conditions and all Schedules hereto (collectively, the "Agreement") is made and entered into as of **January 1, 2017** (the "Effective Date") by and between adidas America, Inc., an Oregon corporation ("adidas") and **Iowa Barnstormers**, its coaches, staff and players and any current, new or additional basketball teams organized and/or sponsored by such team and their respective coaches, staff and players, by and through its Director **Jamie Johnson** ("Consultant") (collectively, "Team"). Team organizes and operates an AAU basketball team in the State of **Iowa**. adidas desires to support Team and to have Team to, among other things, endorse adidas brand products and the adidas brand, and Team agrees to perform such obligations and grant such rights subject to the terms and conditions set out below. In consideration of the mutual promises, covenants and agreements expressed herein and for other good and valuable consideration, the receipt and adequacy of which the parties acknowledge, adidas and Team have agreed as follows:

I. **Term.** This Agreement shall remain in full force and effect from the Effective Date through **December 31, 2018** (the "Term"), unless sooner terminated in accordance with the terms and conditions hereof.

II. **Team Merchandise Allotment.** Each Contract Year and at no cost to Team, adidas shall provide _____ worth of adidas Products (at retail value) for use by Team. adidas shall have sole discretion with respect to the styles and designs of adidas Products provided to Team. The delivery of the adidas Products required by this Section shall occur in accordance with adidas' customary seasonal product delivery cycles. During the Term, Team shall have the right to purchase other adidas basketball Products, at wholesale prices. All sales shall be subject to adidas' standard terms and conditions of sale and all adidas Products provided or purchased hereunder shall not be for resale.

1

Exhibit 1
Page 1 of 11

2

Exhibit 1
Page 2 of 11

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement as of the Effective Date.

| adidas | Team |
|---|---|
| BY: *(signature)* | *(signature)* |
| Chris McGuire<br>Head of Sports Marketing | Jamie Johnson as director of Team and in his individual capacity |
| | Address: |
| BY: *(signature)* | 3964 Macbride PL NE<br>Solon, IA 52333 |
| Paul Ehrlich<br>General Counsel | |

3 *(initials)*

Exhibit 1
Page 3 of 11

adidas Standard Terms & Conditions

4

Exhibit 1
Page 4 of 11

5

Exhibit 1
Page 5 of 11

6 [signature]

Exhibit 1
Page 6 of 11

7

Exhibit 1
Page 7 of 11

8 

Exhibit 1
Page 8 of 11

entitled to injunctive relief to prevent Team from breaching or continuing to breach this Agreement. The parties agree that the procedures outlined in this Section are the exclusive methods of dispute resolution.

14. **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Oregon. The parties hereby agree and consent to the exclusive jurisdiction and venue of any state or federal court located in Multnomah County, Oregon.

13. **Dispute Resolution/Injunctive Relief.** Excluding equitable relief as provided below, the parties agree that any dispute arising out of or related to this Agreement shall be submitted to a mutually agreed upon mediator for non-binding confidential mediation in Portland, Oregon. If the dispute cannot be resolved through mediation, it shall be submitted to final, binding and confidential arbitration before the Arbitration Service of Portland in Portland, Oregon. Team further acknowledges that the Team Endorsement and the services provided hereunder are special and unique, that the breach of this Agreement will cause irreparable harm to adidas and that adidas shall be

10

Exhibit 1
Page 10 of 11

\* \* \* END OF STANDARD TERMS AND CONDITIONS \* \* \*

11

Exhibit 1
Page 11 of 11