# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY SCOTT STEPEHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, and AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | Civil No.   3:20-cv-00005<br><br>**DEFENDANT BARNSTORMERS BASKETBALL, INC. D/B/A BARNSTORMERS BASKETBALL OF IOWA'S ANSWER TO PLAINTIFF'S THIRD AMENDED CLASS ACTION, PETITION AT LAW, AFFIRMATIVE DEFENSES AND JURY DEMAND** |

**COMES NOW** the Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa ("BBI"), by and through its attorneys, Betty, Neuman & McMahon, P.L.C., and for its Answer to Plaintiffs' Third Amended Class Action and Petition at Law, states as follows:

## INTRODUCTION

1.  No answer is required to the introduction, but to the extent an answer is necessary each and every allegation is denied.

## NATURE OF THE CASE

2.  BBI denies the allegations contained in ¶ 2, which are the Plaintiffs' opinions and not facts.

3.  BBI denies the allegations contained in ¶ 3, which are the Plaintiffs' opinions and not facts.

[1]

4. BBI denies the allegations contained in ¶ 4, which are the Plaintiffs' opinions and not facts.

5. BBI admits Stephen was a coach, and denies all other allegations in ¶ 5.

6. BBI denies the allegations contained in ¶ 6 for lack of knowledge.

7. The criminal charges speak for themselves, BBI denies the allegations contained in ¶ 7 to the extent they are factually incorrect.

8. The criminal charges speak for themselves, BBI denies the allegations contained in ¶ 8 to the extent they are factually incorrect.

9. The criminal charges speak for themselves, BBI denies the allegations contained in ¶ 9 to the extent they are factually incorrect.

10. The criminal charges speak for themselves, BBI denies the allegations contained in ¶ 10 to the extent they are factually incorrect.

11. The criminal charges speak for themselves, BBI denies the allegations contained in ¶ 11 to the extent they are factually incorrect.

12. BBI denies the allegations contained in ¶ 12.

13. BBI denies the allegation contained in ¶ 13, which state legal conclusions and not facts.

14. BBI denies the allegation contained in ¶ 14.

15. BBI denies the allegation contained in ¶ 15.

16. The allegations in ¶ 16 are against AAU so no answer is made; to the extent the allegations of ¶ 16 are against BBI, BBI denies each and every allegation therein.

17. The allegations in ¶ 17 are against AAU so no answer is made; to the extent the allegations of ¶ 17 are against BBI, BBI denies each and every allegation therein.

18. The allegations in ¶ 18 are against Adidas so no answer is made; to the extent the allegations of ¶ 18 are against BBI, BBI denies each and every allegation therein.

19. The allegations in ¶ 19 are against Adidas so no answer is made; to the extent the allegations of ¶ 19 are against BBI, BBI denies each and every allegation therein.

20. The allegations in ¶ 20 are against Adidas so no answer is made; to the extent the allegations of ¶ 20 are against BBI, BBI denies each and every allegation therein.

## PARTIES

21. BBI denies the allegations contained in ¶ 21 for lack of knowledge.

22. BBI admits Stephen was a coach, but denies all other allegations in ¶ 22.

23. BBI admits the allegations contained in ¶ 23.

24. BBI denies the allegations contained in ¶ 24 for lack of knowledge.

25. BBI denies the allegations contained in ¶ 25 for lack of knowledge.

## JURISDICTION & VENUE

26. BBI denies the allegations contained in ¶ 26.

27. BBI denies the allegations contained in ¶ 27.

## FACTS

**BBI**

28. BBI admits it is an Iowa non-profit organization, but denies all other allegations in ¶ 28.

29. BBI admits that its website lists the success of the organization on its website. BBI denies all other allegations contained in ¶ 29.

30. BBI admits that it has success in placing student-athletes in collegiate basketball programs of all levels but denies all other allegations in ¶ 30.

31. BBI admits it is a member of AAU, but denies all other allegations in ¶ 31.

32. BBI admits the quoted portion of ¶ 32 appears on its website.

33. BBI admits that it fields basketball teams but denies the characterization of those teams as alleged in ¶ 33.

34. BBI admits the allegation contained in ¶ 34.

35. BBI admits the allegation contained in ¶ 35.

36. BBI admits it is sponsored by Adidas, and the only Iowa program to participate in the Adidas Uprising "Gauntlet," but denies the remaining allegations contained in ¶ 36 for lack of knowledge.

37. BBI denies the allegations contained in ¶ 37 for lack of knowledge.

38. BBI denies the allegations contained in ¶ 38 for lack of knowledge.

39. BBI admits that it has success in placing student-athletes in collegiate basketball programs of all levels but denies all other allegations in ¶ 39.

40. BBI admits the allegations contained in ¶ 40.

41. BBI denies the allegations contained in ¶41 for lack of knowledge.

42. BBI admits that Gregory Stephen was a coach, but denies all other allegations in ¶ 42.

43. BBI denies the allegations contained in ¶ 43.

44. BBI denies the allegations contained in ¶ 44.

45. BBI denies the allegations contained in ¶ 45.

46. BBI denies the allegations contained in ¶ 46.

47. BBI denies the allegations contained in ¶ 47 for lack of knowledge.

48. BBI denies the allegation contained in ¶ 48.

49. BBI denies the allegation contained in ¶ 49.

50. BBI denies the allegations contained in ¶ 50, as it misstates the statements made by Jamie Johnson.

51. BBI denies the allegation contained in ¶ 51.

52. BBI denies the allegation contained in ¶ 52.

53. BBI denies the allegations contained in ¶53.

**AAU**

54. BBI denies the allegations contained in ¶ 54 for lack of knowledge.

55. BBI denies the allegations contained in ¶ 55 for lack of knowledge.

56. BBI denies the allegations contained in ¶ 56 for lack of knowledge.

57. BBI denies the allegations contained in ¶ 57 for lack of knowledge.

58. BBI denies the allegations contained in ¶ 58 for lack of knowledge.

59. BBI denies the allegations contained in ¶ 59 for lack of knowledge.

60. BBI denies the allegation contained in ¶ 60, which states legal conclusions and not facts.

61. BBI denies the allegation contained in ¶ 61, which states legal conclusions and not facts.

62. BBI denies the allegation contained in ¶ 62, which states legal conclusions and not facts.

63. BBI denies the allegations contained in ¶ 63 for lack of knowledge.

64. BBI denies the allegations contained in ¶ 64 for lack of knowledge.

65. BBI denies the allegations contained in ¶ 65 for lack of knowledge.

66. BBI denies the allegations contained in ¶ 66 for lack of knowledge.

Case 3:20-cv-00005-JAJ-CFB   Document 8   Filed 01/22/20   Page 6 of 16

67. BBI denies the allegation contained in ¶ 67, which states legal conclusions and not facts.

68. BBI denies the allegation contained in ¶ 68, which states legal conclusions and not facts.

69. BBI denies the allegation contained in ¶ 69, which states legal conclusions and not facts.

70. BBI denies the allegations contained in ¶ 70.

71. BBI denies the allegations contained in ¶ 71 for lack of knowledge.

72. BBI denies the allegations contained in ¶ 72 for lack of knowledge.

**ADIDAS**

73. BBI denies the allegations contained in ¶ 73 for lack of knowledge.

74. BBI admits there was a sponsorship agreement with Adidas, but denies all other allegations in ¶ 74 for lack of knowledge.

75. BBI admits there was an agreement with Adidas, but denies all other allegations in ¶ 75.

76. BBI denies the allegations contained in ¶ 76 for lack of knowledge.

77. BBI denies the allegations contained in ¶ 77 for lack of knowledge.

78. BBI denies the allegations contained in ¶ 78 for lack of knowledge.

79. BBI denies the allegations contained in ¶ 79 for lack of knowledge.

80. BBI denies the allegations contained in ¶ 80 for lack of knowledge.

81. BBI admits they received equipment from Adidas, but denies the other allegations in ¶ 81.

82. BBI denies the allegations contained in ¶ 82 for lack of knowledge.

[6]

83. BBI denies the allegations contained in ¶ 83 for lack of knowledge.

84. BBI denies the allegations contained in ¶ 84 for lack of knowledge.

85. BBI denies the allegations contained in ¶ 85 for lack of knowledge.

86. BBI denies the allegations contained in ¶ 86 for lack of knowledge.

87. BBI denies the allegations contained in ¶ 87 for lack of knowledge.

88. BBI denies the allegations contained in ¶ 88 for lack of knowledge.

89. BBI denies the allegations contained in ¶ 89 for lack of knowledge.

90. BBI denies the allegations contained in ¶ 90 for lack of knowledge.

91. BBI denies the allegations contained in ¶ 91 for lack of knowledge.

92. BBI denies the allegations contained in ¶ 92 for lack of knowledge.

93. BBI denies the allegations contained in ¶ 93 for lack of knowledge.

94. BBI denies the allegation contained in ¶ 94, which states legal conclusions and not facts.

95. BBI denies the allegation contained in ¶ 95, which states legal conclusions and not facts.

96. BBI denies the allegation contained in ¶ 96, which states legal conclusions and not facts.

97. BBI denies the allegations contained in ¶ 97, which are the Plaintiffs' opinions and not facts.

**GREGORY SCOTT STEPHEN**

98. BBI denies the allegations contained in ¶ 98 for lack of knowledge.

99. BBI denies the allegations contained in ¶ 99 for lack of knowledge.

100. BBI denies the allegations contained in ¶ 100.

101. BBI admits Stephen was a coach, but denies all other allegations in ¶ 101.

102. BBI admits the allegations contained in ¶ 102.

103. BBI admits Stephen along with other members of BBI performed administrative duties, but denies all other allegations in ¶ 103.

104. BBI denies the allegations contained in ¶ 104.

105. BBI denies the allegations contained in ¶ 105.

106. BBI denies the allegations contained in ¶ 106.

107. BBI denies the allegations contained in ¶ 107 for lack of knowledge.

108. BBI denies the allegations contained in ¶ 108 for lack of knowledge.

109. BBI denies the allegations contained in ¶ 109 for lack of knowledge.

110. BBI denies the allegations contained in ¶ 110 for lack of knowledge.

111. BBI denies the allegations contained in ¶ 111 for lack of knowledge.

**Investigation & Arrest of Defendant Gregory Scott Stephen**

112. BBI denies the allegations contained in ¶ 112 for lack of knowledge.

113. BBI denies the allegations contained in ¶ 113 for lack of knowledge.

114. BBI denies the allegations contained in ¶ 114 for lack of knowledge.

115. BBI denies the allegations contained in ¶ 115 for lack of knowledge.

116. BBI denies the allegations contained in ¶ 116 for lack of knowledge.

117. BBI denies the allegations contained in ¶ 117 for lack of knowledge.

118. BBI denies the allegations contained in ¶ 118 for lack of knowledge.

119. BBI denies the allegations contained in ¶ 119 for lack of knowledge.

120. BBI denies the allegations contained in ¶ 120 for lack of knowledge.

121. BBI denies the allegations contained in ¶ 121 for lack of knowledge.

122. BBI denies the allegations contained in ¶ 122 for lack of knowledge.

123. BBI denies the allegations contained in ¶ 123 for lack of knowledge.

124. BBI denies the allegations contained in ¶ 124 for lack of knowledge.

125. BBI denies the allegations contained in ¶ 125 for lack of knowledge.

126. BBI denies the allegations contained in ¶ 126 for lack of knowledge.

127. BBI denies the allegations contained in ¶ 127 for lack of knowledge.

128. BBI denies the allegations contained in ¶ 128 for lack of knowledge.

129. BBI denies the allegations contained in ¶ 129 for lack of knowledge.

**Indictment and Plea Agreement**

130. The criminal charges speak for themselves, BBI denies the ¶ 130 to the extent they are factually incorrect.

131. The criminal charges speak for themselves, BBI denies the ¶ 131 to the extent they are factually incorrect.

132. The criminal charges speak for themselves, BBI denies the ¶ 132 to the extent they are factually incorrect.

133. The criminal charges speak for themselves, BBI denies the ¶ 133 to the extent they are factually incorrect.

134. The criminal charges speak for themselves, BBI denies the ¶ 134 to the extent they are factually incorrect.

135. BBI denies the allegations contained in ¶ 135 for lack of knowledge.

136. BBI denies the allegations contained in ¶ 136 for lack of knowledge.

137. BBI denies the allegations contained in ¶ 137 for lack of knowledge.

138. BBI denies the allegations contained in ¶ 138 for lack of knowledge.

139. BBI denies the allegations contained in ¶ 139 for lack of knowledge.

140. BBI denies the allegations contained in ¶ 140 for lack of knowledge.

141. BBI denies the allegations contained in ¶ 141 for lack of knowledge.

142. BBI denies the allegations contained in ¶ 142 for lack of knowledge.

143. BBI denies the allegations contained in ¶ 143 for lack of knowledge.

144. BBI denies the allegations contained in ¶ 144 for lack of knowledge.

145. BBI denies the allegations contained in ¶ 145 for lack of knowledge.

146. BBI denies the allegations contained in ¶ 146 for lack of knowledge.

147. BBI denies the allegations contained in ¶ 147 for lack of knowledge.

148. BBI denies the allegations contained in ¶ 148 for lack of knowledge.

149. BBI denies the allegations contained in ¶ 149 for lack of knowledge.

150. BBI denies the allegations contained in ¶ 150 for lack of knowledge.

151. BBI denies the allegations contained in ¶ 151 for lack of knowledge.

152. BBI denies the allegations contained in ¶ 152 for lack of knowledge.

153. BBI denies the allegations contained in ¶ 153 for lack of knowledge.

154. BBI denies the allegations contained in ¶ 154 for lack of knowledge.

155. BBI denies the allegations contained in ¶ 155 for lack of knowledge.

156. BBI denies the allegations contained in ¶ 156 for lack of knowledge.

157. BBI denies the allegations contained in ¶ 157 for lack of knowledge.

158. The criminal charges speak for themselves, BBI denies the ¶ 158 to the extent they are factually incorrect.

159. BBI denies the allegations contained in ¶ 159 for lack of knowledge.

160. BBI denies the allegations contained in ¶ 160 for lack of knowledge.

**Plaintiff Doe**

161. BBI denies the allegations contained in ¶ 161 for lack of knowledge.

162. BBI denies the allegations contained in ¶ 162 for lack of knowledge.

163. BBI denies the allegations contained in ¶ 163 for lack of knowledge.

164. BBI denies the allegations contained in ¶ 164 for lack of knowledge.

165. BBI denies the allegations contained in ¶ 165 for lack of knowledge.

166. BBI denies the allegations contained in ¶ 166 for lack of knowledge.

167. BBI denies the allegations contained in ¶ 167 for lack of knowledge.

168. BBI denies the allegations contained in ¶ 168 for lack of knowledge.

169. BBI denies the allegations contained in ¶ 169 for lack of knowledge.

170. BBI denies the allegations contained in ¶ 170 for lack of knowledge.

171. BBI denies the allegations contained in ¶ 171 for lack of knowledge.

172. BBI denies the allegations contained in ¶ 172 for lack of knowledge.

173. BBI denies the allegations contained in ¶ 173 for lack of knowledge.

## CLASS ALLEGATION

174. BBI admits the Plaintiffs bring this action pursuant to Iowa Rule of Civil Procedure 1.261, but denies the class definition in ¶ 174 for lack of knowledge.

175. BBI denies the allegations contained in ¶ 175 for lack of knowledge.

176. BBI denies the allegations contained in ¶ 176 for lack of knowledge.

177. BBI denies the allegations contained in ¶ 177.

178. BBI denies the allegations contained in ¶ 178, including subparagraphs A through F.

179. BBI denies the allegations contained in ¶ 179.

180.	BBI denies the allegations contained in ¶ 180.

## COUNT I: INTRUSION UPON SECLUSION
### Gregory Scott Stephen

181–184.	Defendant BBI makes no response to Count I of Plaintiffs' Petition as said Count is not directed at this Defendant. However, to the extent that said Count could be construed to apply to this Defendant, BBI denies each and every allegation herein.

## COUNT II: NEGLIGENCE
### Gregory Scott Stephen

185–189.	Defendant BBI makes no response to Count II of Plaintiffs' Petition as said Count is not directed at this Defendant. However, to the extent that said Count could be construed to apply to this Defendant, BBI denies each and every allegation herein.

## COUNT III: NEGLIGENT HIRING, SUPERVISION, AND RETENTION
### Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa

190.	Defendant BBI restates and re-alleges its answers to ¶¶ 1–189 as if fully set forth herein.

191.	BBI denies the allegations contained in ¶ 191.

192.	BBI denies the allegations contained in ¶ 192.

193.	BBI denies the allegations contained in ¶ 193.

194.	BBI denies the allegations contained in ¶ 194.

195.	BBI denies the allegations contained in ¶ 195.

196.	BBI denies the allegations contained in ¶ 196.

197.	BBI denies the allegations contained in ¶ 197.

198.	BBI denies the allegations contained in ¶ 198.

199.	BBI denies the allegations contained in ¶ 199.

200.	BBI denies the allegations contained in ¶ 200.

**WHEREFORE**, the Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa, respectfully requests that the Court dismiss the above-captioned cause of action with costs assessed to Plaintiffs and for such other and further relief as the Court deems necessary and just.

### COUNT IV: NEGLIGENCE
### Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa

201. Defendant BBI restates and re-alleges its answers to ¶¶ 1–200 as if fully set forth herein.

202. BBI denies the allegations contained in ¶ 202.

203. BBI denies the allegations contained in ¶ 203.

204. BBI denies the allegations contained in ¶ 204.

205. BBI denies the allegations contained in ¶ 205.

206. BBI denies the allegations contained in ¶ 206.

207. BBI denies the allegations contained in ¶207.

208. BBI denies the allegations contained in ¶ 208.

209. BBI denies the allegations contained in ¶ 209.

**WHEREFORE**, the Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa, respectfully requests that the Court dismiss the above-captioned cause of action with costs assessed to Plaintiffs and for such other and further relief as the Court deems necessary and just.

### COUNT V: NEGLIGENCE
### Amateur Athletic Union of the United States, Inc.

210–224. Defendant BBI makes no response to Count V of Plaintiffs' Petition as said Count is not directed at this Defendant. However, to the extent that said Count could be construed to apply to this Defendant, BBI denies each and every allegation herein.

### COUNT VI: NEGLIGENCE
### Adidas Group

225–237. Defendant BBI makes no response to Count VI of Plaintiffs' Petition as said Count is not directed at this Defendant. However, to the extent that said Count could be construed to apply to this Defendant, BBI denies each and every allegation herein.

### AFFIRMATIVE DEFENSES

1.  The Plaintiffs have not satisfied the requirements of Iowa Civil Procedure 1.262(1).

2.  The Plaintiffs are unable to demonstrate that class certification would fairly and efficiently adjudicate the controversy.

3.  The Plaintiffs have not shown John Doe will fairly and adequately protect the interests of the class.

4.  The Plaintiffs have filed their Petition in an improper venue.

5.  Iowa Code Chapter 668 should be applied to any potential claim of negligence.

6.  BBI denies that Gregory Scott Stephen was an employee, but to the extent there is any finding that he was an employee, all acts were committed outside the scope of any alleged employment.

7.  Any damages claimed were due to the sole proximate cause of Stephen and not action or lack of action by the BBI.

## **JURY DEMAND**

**COMES NOW** the Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa, by and through its attorneys, Betty, Neuman & McMahon, P.L.C., and hereby demands a trial by jury in the above-captioned cause of action.

BETTY, NEUMAN & McMAHON, P.L.C.

By: */s/ Martha L. Shaff*
     Martha L. Shaff    #AT0007215

By: */s/ Brandon W. Lobberecht*
     Brandon W. Lobberecht    #AT0011918

By: */s/ Michael S. McLeran*
     Michael S. McLeran    #AT0013445

1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: mls@bettylawfirm.com
   bwl@bettylawfirm.com
   msm@bettylawfirm.com

**ATTORNEYS FOR DEFENDANT, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA**

## **CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS**

I hereby certify that on _____January 22, 2020_____, I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

| | |
|---|---|
| Guy R. Cook<br>Adam D. Zenor<br>Michael C. Kuehner<br>Michael D. Currie<br>Grefe & Sidney, P.L.C.<br>500 E. Court Ave., Suite 200<br>Des Moines, IA  50309<br>T: 515-245-4300<br>F: 515-245-4452<br>E: gcook@grefesidney.com<br>  azenor@grefesidney.com<br>  mkuehner@grefesidney.com<br>  mcurrie@grefesidney.com<br>**ATTORNEYS FOR PLAINTIFFS** | Jeffrey L. Goodman<br>Nicole L. Keller<br>Goodman Law, P.C.<br>1501 W. 42nd Street, Suite 300<br>West Des Moines, IA  50266<br>T: 515-267-8600<br>F: 515-224-2075<br>E: jeff@golawpc.com<br>**ATTORNEYS FOR DEFENDANT,**<br>**AMATEUR ATHLETIC UNION OF**<br>**THE UNITED STATES, INC.** |
| Connie Alt<br>Dana L. Oxley<br>Shuttleworth & Ingersoll, P.L.C.<br>115 3rd Street SE, #500<br>Cedar Rapids, IA  52401<br>T: 319-365-9461<br>F: 319-365-8443<br>E: cma@shuttleworthlaw.com<br>  dlo@shuttleworthlaw.com | Matthew A. Levin *(Pro Hac Vice)*<br>Stanton R. Gallegos *(Pro Hac Vice)*<br>Markowitz Herbold P.C.<br>1455 SW Broadway, Suite 900<br>Portland, OR  97201<br>T: 503-295-3085<br>F: 503-323-9105<br>E: stantongallegos@markowitzherbold.com<br>  mattlevin@markowitzherbold.com |

**ATTORNEYS FOR ADIDAS AMERICA, INC.**

　　　　　　　　　　　　　　　　　　　　_____*/s/ Martha L. Shaff*_____