IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS GROUP,<br><br>Defendants. | CASE NO. 3:20-cv-00005<br><br><br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

**COMES NOW** the undersigned, Michael C. Kuehner, and respectfully requests the Court enter an Order granting withdrawal from this case as counsel for Plaintiff John Doe and all others similarly situated.

Attorneys Guy R. Cook and Laura N. Martino of Grefe & Sidney, P.L.C. are counsel of record and will remain counsel of record. Accordingly, this withdrawal does not adversely affect the interests of Plaintiff in any way.

WHEREFORE, Michael C. Kuehner, respectfully requests that the Court grant this motion and permit him to withdraw as counsel on behalf of Plaintiff John Doe and all others similarly situated.

Respectfully submitted,

**Certificate of Service**
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on July 16, 2020, by CM/ECF.

ZENOR KUEHNER, PLC

/s/ Michael C. Kuehner

By: */s/ Michael C. Kuehner*
   Michael C. Kuehner, AT0010974
   111 East Grand Avenue, Ste. 400
   Des Moines, IA 50309
   Phone: 515-650-5100
   michael@zenorkuehner.com

Copies to:

Matthew A. Levin, *Pro Hac Vice*
Stanton Gallegos, *Pro Hac Vice*
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
MattLevin@MarkowtizHerbold.com
StantonGallegos@MarkowitzHerbold.com

ATTORNEY FOR PLAINTIFF

Connie Alt
Molly M. Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT ADIDAS AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street.Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.

Martha L. Shaff
Brandon W.Lobberecht
Betty, Neuman & MCMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
mls@bettylawfirm.com
bwl@bettylawfirm.com

ATTORNEYS FOR DEFENDANT, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA