IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GREGORY S. STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC. and ADIDAS AMERICA, INC.<br><br>    Defendants. | Case No. 3:20-CV-0005-JAJ-CFB<br><br><br><br>**JOINT AGENDA FOR FEBRUARY 3, 2021 STATUS CONFERENCE** |

Counsel for Plaintiffs and Defendant Barnstormers Basketball, Inc. have convened and agree that there are no pending issues between them that require attention at the Status Conference scheduled for February 3, 2021.

1

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on February 3, 2021, by email.

*/s/ Guy R. Cook*

Copies to:

Martha L. Shaff
Brandon W. Lobberecht
Betty, Neuman & MCMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
mls@bettylawfirm.com
bwl@bettylawfirm.com

ATTORNEYS FOR DEFENDANT, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA

Matthew A. Levin, *Pro Hac Vice*
Stanton Gallegos, *Pro Hac Vice*
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
MattLevin@MarkowtizHerbold.com
StantonGallegos@MarkowitzHerbold.com

Connie Alt
Molly Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT ADIDAS AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.

GREFE & SIDNEY, P.L.C.

By: */s/ Guy R. Cook*
    Guy R. Cook, AT0001623

By: */s/ Laura N. Martino*
    Laura N. Martino, AT0005043

By: */s/ Benjamin T. Erickson*
    Benjamin T. Erickson, AT0012927

500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Phone: 515/245-4300
Fax: 515/245-4452
gcook@grefesidney.com
lmartino@grefesidney.com
berickson@grefesidney.com

ATTORNEYS FOR PLAINTIFF