IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:20-CV-0005-JAJ-CFB<br><br><br><br>**PLAINTIFFS' MOTION FOR DEFAULT AGAINST DEFENDANT GREGORY SCOTT STEPHEN** |

COMES NOW, Plaintiff John Doe, by and through the undersigned counsel, and moves for entry of default against Defendant Gregory Scott Stephen., pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 41.

1. On November 2, 2018, Plaintiff filed a Class Action, Petition at Law & Jury Demand in the Iowa District Court for Johnson County, LACV080364 *See* ECF Docket No. 1-1, pgs. 10-32.

2. Defendant Gregory Scott Stephen was served with Plaintiffs' Class Action, Petition at Law and Jury Demand on November 6, 2018. *See* ECF Docket No. 1-1, pg. 35.

3. Defendant Gregory Scott Stephen failed to Answer, move, or otherwise defend the Plaintiffs' Class Action, Petition at Law and Jury Demand within 21 days from the date of service.

4. On January 9, 2020, Defendant Adidas removed this matter to this Court. *See* ECF Docket No. 1.

5. Since removal, Defendant Gregory Scott Stephen has not Answered, moved, or defended this lawsuit.

6. Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), the Clerk must enter default against Defendant Gregory Scott Stephen.

WHEREFORE, Plaintiff John Doe, and all others similarly situated, respectfully requests the Clerk enter default against Third-Party Defendant Gregory Scott Stephen.

**Certificate of Service**
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on December 7, 2021, by CM/ECF.

/s/ Guy R. Cook

Copies to:

Martha L. Shaff
Brandon W. Lobberecht
Betty, Neuman & McMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
martha.shaff@bettylawfirm.com
brandon.lobberecht\@bettylawfirm.com

ATTORNEYS FOR DEFENDANT,
BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA

Matthew A. Levin, *Pro Hac Vice*
Stanton Gallegos, *Pro Hac Vice*
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
MattLevin@MarkowtizHerbold.com
StantonGallegos@MarkowitzHerbold.com

GREFE & SIDNEY, P.L.C.

By: /s/ Guy R. Cook
    Guy R. Cook, AT0001623

By: /s/ Laura N. Martino
    Laura N. Martino, AT0005043

By: /s/ Benjamin T. Erickson
    Benjamin T. Erickson, AT0012927

   500 E. Court Ave., Ste. 200
   Des Moines, IA  50309
   Phone:  515/245-4300
   Fax: 515/245-4452
   gcook@grefesidney.com
   lmartino@grefesidney.com
   berickson@grefesidney.com

ATTORNEYS FOR PLAINTIFF

Connie Alt
Molly Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT ADIDAS
AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT AMATEUR
ATHLETIC UNION OF THE UNITED STATES,
INC.