IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC., AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | 3:20-cv-00005-JAJ-SHL<br><br><br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL |

Before the Court is Defendant Barnstormers Basketball, Inc.'s Motion to Continue Trial and Pretrial Deadlines (expedited relief requested). (ECF 75.) Defendant seeks to continue trial while the Court decides on the method of proper notice for the class. (Id.) Named Plaintiff John Doe resists the Motion, arguing Defendant has failed to show good cause for continuing trial. (ECF 81.) The Court discussed the Motion with counsel for Doe and Defendant Barnstormers at the December 14, 2021 Status Conference. (ECF 82.) The other Defendants, Amateur Athletic Union of the United States, Inc. and Adidas America, Inc., did not appear at the Status Conference or file anything indicating their positions on a continuance.

Fed. R. Civ. P. 16(b)(4) allows the Court to modify its scheduling order for "good cause shown." The Court finds Defendant Barnstormers has established good cause to continue trial in this matter. There are procedural and substantive complexities associated with a class action that do not exist in a non-class case, and which have resulted in motion practice relating to, among other issues, class certification and the proper form of notice to the class. There is good cause to continue trial while the parties await ruling on the latter of these issues. Concluding otherwise would have the effect of either compressing the notice period or causing notice not to be fully effectuated by the time trial is held. While the Court understands and is sympathetic to Plaintiff's

strong desire to reach trial, under the circumstances present here a continuance is appropriate. The Court therefore GRANTS the Motion to Continue Trial. The trial, final pretrial conference, and pretrial deadlines are all continued pending further order.

Due to the upcoming retirement of the presiding district judge, Chief District Judge Jarvey, a new trial date will not be set at this time. Instead, as discussed at the Status Conference, the Parties should consult with their clients as to whether they are willing to consent to the undersigned United States Magistrate Judge presiding over the case through final judgment. If so, the Parties should complete the consent form attached to this Order. If the Parties consent, the case will proceed in the same manner as it would if the presiding judge was a district judge, including, but not limited to, the parties having the right to appeal to the United States Court of Appeals for the Eighth Circuit. The Parties are, of course, free to withhold consent without any adverse substantive consequences.

The Court sets a Telephonic Status Conference for January 7, 2022, at 10:30 AM. On or before January 4, 2022, the parties should file a status report identifying open issues and (if they agree to consent to the undersigned presiding over the case) the consent form. At a minimum, the parties should be prepared to discuss trial scheduling at the Telephonic Status Conference. Counsel shall call 1-877-336-1839 and enter code 3234426 to join the call.

IT IS SO ORDERED.

Dated December 15, 2021.

_____
Stephen H. Locher
UNITED STATES MAGISTRATE JUDGE