IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:20-CV-0005-JAJ-CFB<br><br><br>**JOINT STATUS REPORT IN ADVANCE OF JANUARY 7, 2022 STATUS CONFERENCE** |

COME NOW, Plaintiffs and Defendant Barnstormers Basketball, Inc., and for their joint status report in advance of the January 7, 2022 status conference, state:

## I.     PROCEDURAL BACKGROUND

On September 23, 2021, the Court entered an order certifying the proposed class and ordering Plaintiff to file his proposed notice no later than October 8, 2021. ECF No. 70. On October 8, 2021, Plaintiff filed a proposed notice and memorandum of authorities in support. ECF No. 72. On October 15, 2021, Defendant filed its proposed notice and Responses to Plaintiffs' Proposed Class Action Notice. ECF No. 73. On October 20, 2021, Plaintiff filed its Reply to Defendant's Proposed Notice to Class Members. ECF No. 74.

## II.     CONSENT TO MAGISTRATE

The parties have agreed to consent to have this case referred to Magistrate Judge Stephen H. Locher. The parties have filed their fully executed joint consent form contemporaneously herein.

1

### III. OPEN ISSUES

The following have been identified as open issues and matters in need of resolution:

1. **Class Notice**. There are open disputes regarding the class notice form and mechanisms for which the notice will be provided to class members. These disputes are fully articulated in the parties' pleadings pertaining to the class action notice. *See* ECF Nos. 72, 73, 74.

2. **Motions in Limine**. Prior to the trial continuous, the parties identified a number of evidentiary issues scheduled to be heard at the December 28, 2021 pre-trial conference. It is expected that these open issues will be presented to and heard by the Court at the re-scheduled pre-trial conference.

3. **Additional Issues**. The parties reserve the right to identify additional issues upon receipt of the Court's ruling on the class notice.

**Certificate of Service**
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on January 4, 2022, by CM/ECF.

  /s/ Abigail Akers

Copies to:

Martha L. Shaff
Brandon W. Lobberecht
Betty, Neuman & MCMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
martha.shaff@bettylawfirm.com
brandon.lobberecht@bettylawfirm.com

ATTORNEYS FOR DEFENDANT,
BARNSTORMERS BASKETBALL, INC. d/b/a
BARNSTORMERS BASKETBALL OF IOWA

Matthew A. Levin, *Pro Hac Vice*
Stanton Gallegos, *Pro Hac Vice*

GREFE & SIDNEY, P.L.C.

By: */s/ Guy R. Cook*
    Guy R. Cook, AT0001623

By: */s/ Laura N. Martino*
    Laura N. Martino, AT0005043

By: */s/ Benjamin T. Erickson*
    Benjamin T. Erickson, AT0012927

By: */s/ Michael D. Currie*
    Michael D. Currie, AT0012256

500 E. Court Ave., Ste. 200
Des Moines, IA  50309
Phone:  515/245-4300
Fax: 515/245-4452
gcook@grefesidney.com
lmartino@grefesidney.com

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
MattLevin@MarkowtizHerbold.com
StantonGallegos@MarkowitzHerbold.com

Connie Alt
Molly Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT ADIDAS AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.

berickson@grefesidney.com
mcurrie@grefesidney.com

ATTORNEYS FOR PLAINTIFF