IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:20-CV-0005-JAJ-CFB<br><br>**JOINT STATUS REPORT** |

COME NOW, Plaintiffs and Defendant Barnstormers Basketball, Inc., and for their joint status report, state:

1. On March 2, 2022, the parties met and conferred regarding the Court's February 22, 2022 Order pertaining to notice to class members.

2. Defendant, pursuant to the opinions of a marketing professional with experience in using social media platforms, Lauren Crew, believes it will be unable to send mass notices to thousands of social media "followers" at the same time due to constraints and limitations within the social media platforms. *See* attached letter of Lauren Crew in support. Ms. Crew's professional experience includes working as the marketing coordinator for the Quad Cities Chamber of Commerce, the marketing and events director for Moeller nights, marketing specialist for MindFire Communications, director of The Echo River Music Experience, and copywriter for TYME LLC.

1

3. Defendant has agreed to post the Notice on its Twitter, Facebook, and Instagram accounts on March 8, 2022.

4. Defendant has also agreed to send the Notice to each and every individual email address in its possession affiliated with a past or present Barnstormers participant through TeamSnap. These notices will be sent on March 8, 2022.

5. Plaintiff has agreed to send individualized notices to identifiable Barnstormer participants (present and former) via mail on March 8, 2022.

6. Plaintiff has also agreed to arrange for posting of the notice in the Des Moines Register and The Gazette on March 8, 2022.

7. Plaintiff has also agreed to post the notice on the Grefe & Sidney, PLC website and on the "Justice for Victims of Greg Stephen" Facebook page on March 8, 2022.

8. The parties have agreed prospective class members will have until April 8, 2022 (30 days from the issuance of the Notice) to exclude themself from the class.

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on March 2, 2022, by CM/ECF.

_/s/ Abigail Akers_

Copies to:

Martha L. Shaff
Brandon W. Lobberecht
Betty, Neuman & MCMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
martha.shaff@bettylawfirm.com
brandon.lobberecht@bettylawfirm.com

ATTORNEYS FOR DEFENDANT,
BARNSTORMERS BASKETBALL, INC. d/b/a
BARNSTORMERS BASKETBALL OF IOWA

GREFE & SIDNEY, P.L.C.

By: _/s/ Guy R. Cook_
    Guy R. Cook, AT0001623

By: _/s/ Laura N. Martino_
    Laura N. Martino, AT0005043

By: _/s/ Benjamin T. Erickson_
    Benjamin T. Erickson, AT0012927

By: _/s/ Michael D. Currie_
    Michael D. Currie, AT0012256

500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Phone: 515/245-4300
Fax: 515/245-4452

Matthew A. Levin, *Pro Hac Vice*
Stanton Gallegos, *Pro Hac Vice*
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
MattLevin@MarkowtizHerbold.com
StantonGallegos@MarkowitzHerbold.com

Connie Alt
Molly Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT ADIDAS AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.

gcook@grefesidney.com
lmartino@grefesidney.com
berickson@grefesidney.com
mcurrie@grefesidney.com

ATTORNEYS FOR PLAINTIFF