IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:20-CV-0005-JAJ-CFB<br><br><br>**JOINT STATUS REPORT IN ADVANCE OF April 11, 2022 STATUS CONFERENCE** |

COME NOW, Plaintiffs and Defendant Barnstormers Basketball, Inc., and for their joint status report in advance of the April 12, 2022 status conference, state:

1. The class action notice was issued pursuant to the Court's February 22, 2022 Order.

2. The opt-out period has now ended.

3. The parties agree that Plaintiff will produce any and all questionnaires and opt-out requests by April 15, 2022.

4. Defendant Barnstormers Basketball, Inc., has filed a motion seeking the re-opening of discovery and a demand that Plaintiffs produce a trial management plan. Plaintiffs resist. Pursuant to Local Rule 7(e), a written resistance will be filed by April 19, 2022, or 14 days after filing of Defendant's motion.

5. Additionally, Defendant Barnstormers Basketball, Inc., seeks to have all social media posts on Barnstormers Basketball, Inc. affiliated pages ordered by the Court in accordance with the class notice now be removed. Plaintiff does not agree.

1

6. Counsel for Plaintiffs and Defendant Barnstormers Basketball, Inc. have convened and agree there are no additional pending issues between the parties that require attention at the Status Conference scheduled for April 12, 2022.

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on April 11, 2022, by CM/ECF.

_/s/ Abigail Akers_

Copies to:

Martha L. Shaff
Brandon W. Lobberecht
Betty, Neuman & MCMahon, P.L.C.
1900 East 54th Street
Davenport, IA 52807-2708
martha.shaff@bettylawfirm.com
brandon.lobberecht@bettylawfirm.com

ATTORNEYS FOR DEFENDANT,
BARNSTORMERS BASKETBALL, INC. d/b/a
BARNSTORMERS BASKETBALL OF IOWA

Matthew A. Levin, *Pro Hac Vice*
Stanton Gallegos, *Pro Hac Vice*
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
MattLevin@MarkowtizHerbold.com
StantonGallegos@MarkowitzHerbold.com

Connie Alt
Molly Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT ADIDAS
AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.

GREFE & SIDNEY, P.L.C.

By: _/s/ Guy R. Cook_____
    Guy R. Cook, AT0001623

By: _/s/ Laura N. Martino_____
    Laura N. Martino, AT0005043

By: _/s/ Benjamin T. Erickson_____
    Benjamin T. Erickson, AT0012927

By: _/s/ Michael D. Currie_____
    Michael D. Currie, AT0012256

   500 E. Court Ave., Ste. 200
   Des Moines, IA  50309
   Phone:  515/245-4300
   Fax: 515/245-4452
   gcook@grefesidney.com
   lmartino@grefesidney.com
   berickson@grefesidney.com
   mcurrie@grefesidney.com

ATTORNEYS FOR PLAINTIFF

1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT AMATEUR
ATHLETIC UNION OF THE UNITED STATES,
INC.