## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY SCOTT STEPEHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | Civil No.      3:20-cv-00005<br><br>**DEFENDANT BARNSTORMERS BASKETBALL, INC. D/B/A BARNSTORMERS BASKETBALL OF IOWA'S MOTION FOR SANCTIONS FOR FAILURE TO TIMELY SUPPLEMENT DISCOVERY RESPONSES** |

**COMES NOW** the Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa ("BBI"), by and through its attorneys, Betty, Neuman & McMahon, P.L.C., and pursuant to Fed. R. Civ. P. 37(c) hereby moves the Court for sanctions for failure to timely supplement discovery.

1.      The trial in this matter is scheduled for August 1, 2022.  [Dkt. 90].

2.      On December 3, 2020, the Court entered an order closing discovery on **June 1, 2021**. [Dkt. 54].

3.      On May 27, 2021, Defendant propounded Interrogatories to John Doe and Potential Class Members (hereinafter "class discovery). [See Class Discovery, p. 1-2 attached to Brief as Exhibit "A"].

4.      On June 30, 2021, the Plaintiffs served their Answers the Class Discovery.  [See Answers to Class Discovery, p. 1; attached to Brief as Exhibit "B"].

5.      On May 31, 2022, **<u>a little over two months before trial</u>**, the Plaintiffs served their First Supplemental Answers to the class discovery. [See Exhibit "C" (FILED UNDER SEAL), p. 1 attached to Brief].

6.   Fed. R. Civ. P. 26(e) provides:

>  "[A] party who has made a disclosure under Rule 26(a) – or who has responded to an interrogatory, request for production, or request for admission – must supplement or correct its disclosure or response: (A) **in a timely manner** if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing. . .".

Fed R. Civ P. 26(e)(2022) (emphasis added).

7.      As set forth in the Brief filed contemporaneously with this Motion, the Plaintiff did not meet the requirements of Fed. R. Civ. P. 26(e) as they failed to supplement their discovery in a timely manner.

8.   Fed. R. Civ. P. 37(c)provides:

> "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e) the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at trial, unless the failure was substantially justified or is harmless".

Fed. R. Civ. P. 37(c) .

9.      On June 10, 2022, the Defendant made a good faith but unsuccessful attempt to resolve this matter without intervention of the Court.  [Email Between Counsel; Exhibit "D"].

WHEREFORE, the Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa request the Court grant this Motion for Sanctions for failing to timely supplement discovery and provide any other relief the Court deems just and equitable.

BETTY, NEUMAN & McMAHON, P.L.C.

By: ___*/s/ Martha L. Shaff*_____
      Martha L. Shaff          #AT0007215

By: ___*/s/ Brandon W. Lobberecht*_____
      Brandon W. Lobberecht    #AT0011918


1900 East 54th Street
Davenport, IA 52807-2708
T: 563-326-4491
F: 563-326-4498
E: martha.shaff@bettylawfirm.com
   brandon.lobberecht@bettylawfirm.com

**ATTORNEYS FOR DEFENDANT,
BARNSTORMERS BASKETBALL, INC. d/b/a
BARNSTORMERS BASKETBALL OF IOWA**

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS

I hereby certify that on _____ June 10, 2022 _____, I electronically filed the

foregoing document with the Clerk of Court using the ECF system and a true copy of the

foregoing was served either electronically or by U.S. First Class Mail upon the following:

Guy R. Cook
Adam D. Zenor
Michael C. Kuehner
Michael D. Currie
Grefe & Sidney, P.L.C.
500 E. Court Ave., Suite 200
Des Moines, IA  50309
T: 515-245-4300
F: 515-245-4452
E: gcook@grefesidney.com
   azenor@grefesidney.com
   mkuehner@grefesidney.com
   mcurrie@grefesidney.com
**ATTORNEYS FOR PLAINTIFFS**

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 W. 42nd Street, Suite 300
West Des Moines, IA  50266
T: 515-267-8600
F: 515-224-2075
E: jeff@golawpc.com
**ATTORNEYS FOR DEFENDANT,
AMATEUR ATHLETIC UNION OF
THE UNITED STATES, INC.**

Connie Alt
Shuttleworth & Ingersoll, P.L.C.
115 3rd Street SE, #500
Cedar Rapids, IA  52401
T: 319-365-9461
F: 319-365-8443
E: cma@shuttleworthlaw.com
   dlo@shuttleworthlaw.com

Matthew A. Levin *(Pro Hac Vice)*
Stanton R. Gallegos *(Pro Hac Vice)*
Markowitz Herbold P.C.
1455 SW Broadway, Suite 900
Portland, OR  97201
T: 503-295-3085
F: 503-323-9105
E: stantongallegos@markowitzherbold.com
   mattlevin@markowitzherbold.com
**ATTORNEYS FOR ADIDAS AMERICA, INC.**

_____ */s/ Brandon W. Lobberecht.*