## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. Magistrate Judge

Case No. 3:20-cv-00005-SHL : Clerk's Court Minutes – Final Pretrial Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| John Doe | Gregory Scott Stephen, Barnstormers Basketball, Inc., Amateur Athletic Union of the United States, Inc., and Adidas America, Inc., |

Plaintiff(s) Counsel: Guy R. Cook, Benjamin Ted Erickson, Michael Darrell Currie

Defendant(s) Counsel: Martha L. Shaff, Brandon Wayne Lobberecht

Court Reporter: Deb Thornburg  :  Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiff's Motion for Leave to Amend Count II of the Third Amended Petition to Dismiss Count II [162] | Granted | : | |
| Plaintiff's Motion to Dismiss Count II of the Third Amended Petition [163] | Granted | : | |
| Defendants' Second Motion in Limine [120] | | : | X |
| Plaintiff's First Motion in Limine [131] | | : | X |

Proceedings:

The Court begins the hearing on the record to hear continued argument on pending motions. Court addresses the pending Plaintiff's Motion for Leave to Amend Count II of the Third Amended Petition to Dismiss Count II [162] and the Plaintiff's Motion to Dismiss Count II of the Third Amended Petition [163]. Defendants do not object to these Motions. Court grants both Motions [162] and [163]. Court hears arguments on the Defendants' Second Motion in Limine [120]. Court hears arguments on the Plaintiff's First Motion in Limine [131]. Court takes up procedural trial matters. Adjourned.

Time Start: 9:03 a.m.
Time End: 10:11 a.m.
Date: July 1, 2022

/s/ M. Mast
_____
Deputy Clerk