IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| JOHN DOE, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SCOTT STEPHEN, BARNSTORMERS BASKETBALL, INC. d/b/a BARNSTORMERS BASKETBALL OF IOWA, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC., and ADIDAS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:20-CV-0005-SHL<br><br><br>**JOINT NOTICE OF SETTLEMENT** |

COME NOW, Plaintiff John Doe, and Defendant, Barnstormers Basketball, Inc. d/b/a Barnstormers Basketball of Iowa (BBI), and hereby give notice to the court of settlement.

| | |
|---|---|
| **Certificate of Service**<br>The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on July 29, 2022, by CM/ECF.<br><br>*/s/ Rose Field*<br><br>Copies to:<br><br>Matthew A. Levin, *Pro Hac Vice*<br>Stanton Gallegos, *Pro Hac Vice*<br>MARKOWITZ HERBOLD PC<br>1455 SW Broadway, Suite 1900<br>Portland, OR 97201<br>MattLevin@MarkowitzHerbold.com<br>StantonGallegos@MarkowitzHerbold.com | GREFE & SIDNEY, P.L.C.<br><br>By: */s/ Guy R. Cook*<br>　　Guy R. Cook, AT0001623<br><br>By: */s/ Laura N. Martino*<br>　　Laura N. Martino, AT0005043<br><br>By: */s/ Benjamin T. Erickson*<br>　　Benjamin T. Erickson, AT0012927<br><br>By: */s/ Michael D. Currie*<br>　　Michael D. Currie, AT0012256<br><br>500 E. Court Ave., Ste. 200<br>Des Moines, IA 50309<br>Phone: 515/245-4300 |

1

Connie Alt
Molly Parker
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 3rd St. SE, #500
Cedar Rapids, IA 52401
cma@shuttleworthlaw.com
mmp@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT
ADIDAS AMERICA, INC.

Jeffrey L. Goodman
Nicole L. Keller
Goodman Law, P.C.
1501 42nd Street. Suite 300
West Des Moines, IA 50266
jeff@golawpc.com
nicole@golawpc.com

ATTORNEYS FOR DEFENDANT
AMATEUR ATHLETIC UNION OF THE
UNITED STATES, INC.

Fax: 515/245-4452
gcook@grefesidney.com
lmartino@grefesidney.com
berickson@grefesidney.com
mcurrie@grefesidney.com

ATTORNEYS FOR PLAINTIFF

BETTY, NEUMAN & McMAHON, P.L.C.

By: /s/ Martha L. Shaff
       Martha L. Shaff, AT0007215

By: /s/ Brandon W. Lobberecht
       Brandon W. Lobberecht AT0011918

1900 East 54th Street
Davenport, IA 52807-2708
martha.shaff@bettylawfirm.com
brandon.lobberecht@bettylawfirm.com

ATTORNEYS FOR DEFENDANT,
BARNSTORMERS BASKETBALL, INC.
d/b/a BARNSTORMERS BASKETBALL
OF IOWA